William A. Harrison (HI Bar No. 2948)
wharrison@hamlaw.net
HARRISON & MATSUOKA
American Savings Bank Tower
1001 Bishop Street, Suite 1180
Honolulu, Hawai`i 96813
Tel: (808) 523-7041

Daniel Cooper (*pro hac vice*)
daniel@sycamore.law
Jesse C. Swanhuyser (*pro hac vice*)
jesse@sycamore.law
SYCAMORE LAW, INC.
1004 O'Reilly Avenue, Ste. 100
San Francisco, California 94129
Tel: (415) 360-2962

Attorneys for Plaintiff
WAI OLA ALLIANCE

(*additional counsel listed on next page*)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF HAWAII**

| | |
|---|---|
| WAI OLA ALLIANCE, a public interest association, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE UNITED STATES DEPARTMENT OF DEFENSE, THE UNITED STATES DEPARTMENT OF THE NAVY, JOINT TASK FORCE RED HILL, THE UNITED STATES NAVY REGION HAWAII, and THE UNITED STATES NAVY FACILITIES ENGINEERING COMMAND—HAWAII <br><br> Defendants. | Civil Case No. 1:22-cv-00272-LEK-RT <br><br><br> **THIRD AMENDED COMPLAINT FOR DECLARATORY RELIEF AND INJUNCTIVE RELIEF** <br><br><br><br> **Federal Water Pollution Control Act, 33 U.S.C. § 1251, *et seq*.;** <br> **Resource Conservation and Recovery Act, 42 U.S.C. § 6901, *et seq*.** |

THIRD AMENDED COMPLAINT                        1                        <u>1:22-cv-00272-LEK-RT</u>

Philip Gregory (*pro hac vice*)
pgregory@gregorylawgroup.com
GREGORY LAW GROUP
1250 Godetia Drive
Redwood City, California 94062
Tel: (650) 278-2957

Jason Flander (*pro hac vice*)
jrf@atalawgroup.com
James T. Brett (*pro hac vice*)
jtb@atalawgroup.com
AQUA TERRA AERIS LAW GROUP
4030 Martin Luther King Jr. Way
Oakland, California 94609
Tel: (916) 202-3018

THIRD AMENDED COMPLAINT                    2                    1:22-cv-00272-LEK-RT

The Wai Ola Alliance, a community association of Hawai`i residents seeking to protect the waters of O`ahu, by and through its counsel, hereby alleges:

## I.  INTRODUCTION

1.  The Wai Ola Alliance and its individual members (the "Alliance" or "Plaintiffs") bring this citizen enforcement action against the United States Department of the Navy, the United States Department of Defense, Joint Task Force Red Hill, the United States Navy Region Hawaii, and the United States Navy Facilities Engineering Command—Hawaii (collectively the "Navy" or "Defendants") to preserve the rights of present and future generations in the life-giving waters of Hawai`i.

2.  The Alliance seeks to abate conduct by the Defendants that jeopardizes the environment, socio-economic health, and cultural fabric of O`ahu, including specifically through its:

    a.  significant ongoing violations of the Federal Water Pollution Control Act ("Clean Water Act") 33 U.S.C. § 1251, *et seq*.; and

    b.  significant ongoing violations of the Resource Conservation and Recovery Act ("RCRA"), 42 U.S.C. § 6901, *et seq*.

3.  Defendants have violated, and will continue to violate:

    a.  the Clean Water Act section 301 prohibition on the unpermitted discharges of pollutants to waters of the United States, 33 U.S.C. § 1311(a); and

    b.  the RCRA section 7002(a) prohibition on conduct that may present an imminent and substantial endangerment to human health and the environment, 42 U.S.C. § 6972(a).

4.  For purposes of this Complaint, the Red Hill Bulk Fuel Storage Facility (the "Facility" or "Red Hill") shall mean the 20 USTs, surge tanks, pipelines and related infrastructure used to transport products, including fuel, to and from Hotel Pier, Kilo Pier, Mike Pier, Bravo Pier, and Sierra Pier.

5.    Despite defueling and now closing the Red Hill Bulk Fuel Storage Facility (the "Facility" or "Red Hill") underground storage tanks ("USTs") and pipelines, the Navy has and will continue to discharge pollutants, including but not limited to petroleum-based pollutants (e.g., jet propellant-5, jet propellant-8, marine diesel), from point sources at and near the Facility to waters of the United States, including but not limited to Pearl Harbor (hereinafter "Pu`uloa") and Hālawa Stream, without permit authorization from the United States Environmental Protection Agency ("U.S. EPA") or any agency of the State of Hawai`i ("Hawai`i") in violation of the prohibition on such discharges in the Clean Water Act's section 301(a). 33 U.S.C. § 1311(a).

6.    The Navy's operation, ongoing defueling, and intended closure of the Facility, including but not limited to the past and present handling, storage, treatment, transportation, and/or disposal of solid waste, has and will continue to present imminent and substantial endangerment to health and the environment through historic, existing, and impending contamination of the irreplaceable Southern O`ahu Basal Aquifer (the "Aquifer").

7.    Plaintiffs request declaratory and injunctive relief for ongoing violations of the Clean Water Act resulting from the Navy's operation, defueling, and closure of the Facility and connected structures. *See* 33 U.S.C. § 1365(a)(1); 42 U.S.C. § 6972(a)(1)(A) and (B).

8.    Plaintiffs request declaratory and injunctive relief for ongoing violations of RCRA resulting from the Navy's operation, defueling, and closure of the Facility and connected structures. *See* 33 U.S.C. § 1365(a)(1); 42 U.S.C. § 6972(a)(1)(A) and (B).

9.    Plaintiffs further seek the imposition of civil penalties, as appropriate, for violations of the Clean Water Act. 33 U.S.C. § 1319(d).

## II.    JURISDICTION AND VENUE

10.    This Court has subject matter jurisdiction over the Alliance and the Navy

THIRD AMENDED COMPLAINT                    4                    1:22-cv-00272-LEK-RT

(collectively the "Parties") and over the subject matter of this action pursuant to section 505(a)(1)(A) of the Clean Water Act, 33 U.S.C. § 1365(a)(1)(A), and section 7002 of RCRA, 42 U.S.C. § 6972(a).

11.   This Court has federal question jurisdiction pursuant to 28 U.S.C. § 1331 because this action arises under the Clean Water Act, RCRA, and the Declaratory Judgment Act, 28 U.S.C. § 2201, *et seq*.

12.   Plaintiffs seek declaratory relief establishing that Defendants have violated the Clean Water Act and RCRA. *See* 28 U.S.C. § 2201(a).

13.   Plaintiffs seek injunctive relief related to Clean Water Act violations pursuant to 33 U.S.C. § 1365(a)(1), directing Defendants to:

  a. abate all discharges of pollutants from the Facility to waters of the United States without a permit; and

  b. require the Navy to take appropriate actions to prevent unlawful discharges of pollutants to waters of the United States during and after closure of the Facility.

14.   Plaintiffs seek injunctive relief related to RCRA violations, pursuant to 42 U.S.C. § 6972(a)(1)(A) and (B), directing Defendants to:

  a. eliminate imminent and substantial endangerments to health and the environment presented by ongoing threats from past unlawful disposal, including without limitation:

    i. full remediation of contaminants in groundwater, including without limitation the contaminant plume caused by releases from the Facility in May and November 2021 to the Aquifer (the "Contaminant Plume"); and

    ii. full remediation of any and all contaminants in the subsurface environment, including without limitation perched groundwater, rock formations, and soils;

   b. eliminate imminent and substantial endangerments to health and the environment resulting from all future releases, including from ongoing defueling (e.g., UST sludge removal, pipeline decommissioning/removal) and closure (e.g., UST removal) activities, including without limitation:

      i. full remediation of any and all contaminants in the subsurface environment, including without limitation perched groundwater, rock formations, and soils;

   c. install, maintain, and operate a network of monitoring wells sufficient to assess and prevent adverse water quality impacts to all municipal supply wells potentially affected by past or future releases from the Facility.

15. Plaintiffs request the Court award reasonable litigation costs, including fees for attorneys, experts, and consultants, incurred in bringing this action. *See* 42 U.S.C. § 6972(e); 33 U.S.C. § 1365(d).

16. The relief requested is authorized pursuant to 28 U.S.C. §§ 2201–2202 (power to issue declaratory relief in case of actual controversy and further necessary relief based on such a declaration).

17. As a jurisdictional pre-requisite to enforcing the Clean Water Act and RCRA in Federal District Court, prospective citizen plaintiffs must serve a Notice of Violation and Intent to File Suit letter ("Notice Letter") on potential defendants, and certain state and federal agencies.

18. Under the Clean Water Act, the Notice Letter must contain, *inter alia*, sufficient information to allow the recipient to identify the standard, limitation, or order alleged to be violated, and the activity alleged to constitute a violation, and be sent via certified mail at least sixty (60) days prior to filing a complaint to the owner of the facility alleged to be in violation of the Clean Water Act. 33 U.S.C. §§ 1365(a), (b); 40 C.F.R. § 135.2(a)(1).

19. A copy of any Clean Water Act Notice Letter must be mailed to the Administrator of the U.S. EPA, the Regional Administrator of the U.S. EPA for the

region in which a violation is alleged to have occurred, and the chief administrative officer for the water pollution control agency for the State in which the violation is alleged to have occurred. 33 U.S.C. § 1365(b); 40 C.F.R. § 135.2(b)(1)(A).

20.    Under RCRA, the Notice Letter must contain, *inter alia*, sufficient information to permit the recipient to identify the specific permit, standard, regulation, condition, requirement, or order which has allegedly been violated, the activity alleged to constitute the violation(s), and be sent via certified mail at least ninety (90) days prior to filing a complaint to the person(s) responsible for the alleged violation. 42 U.S.C. § 6972(b)(2)(A); 40 C.F.R. § 254.3.

21.    A copy of any RCRA Notice Letter must also be mailed to the Administrator of the U.S. EPA, the Regional Administrator of the U.S. EPA for the region in which a violation is alleged to have occurred, and the chief administrative officer of the solid waste management agency for the State in which the violation is alleged to have occurred. 40 C.F.R. § 254.2.

22.    On November 2, 2021, the Alliance sent by certified mail a Notice Letter (the "2021 Notice Letter") alleging RCRA violations to the Navy, including specifically Lloyd J. Austin III, Secretary of Defense (Certified Mailing No. 7021 0950 0000 5373 2963), the Honorable Carlos Del Toro, Secretary of the Navy (Certified Mailing No. 7021 0950 0000 5373 2956), Admiral Samuel J. Paparo, Commander of the U.S. Pacific Fleet (Certified Mailing No. 7021 0950 0000 5373 2932).

23.    A true and correct copy of the 2021 Notice Letter is attached hereto as **Exhibit A** and is incorporated by reference.

24.    The Alliance sent a copy of the 2021 Notice Letter by certified mail to the United States Attorney General (Certified Mailing No. 7021 0950 0000 5373 2918), the Administrator of the U.S. EPA (Certified Mailing No. 7021 0950 0000 5373 2925), the Regional Administrator of U.S. EPA Region IX (Certified Mailing No. 7021 0950 0000 5373 2901), the Governor of Hawai`i (Certified Mailing No.

7021 0950 0000 5373 2895), and Director of the Hawai`i State Department of Health (Certified Mailing No. 7021 0950 0000 5373 2888).

25.    On February 7, 2022, the Alliance sent by certified mail a supplemental Notice Letter (the "2022 Notice Letter") alleging ongoing violations of RCRA and the Clean Water Act to the Navy, including specifically Lloyd J. Austin III, Secretary of Defense (Certified Mailing No. 7021 1970 000 1422 8468), the Honorable Carlos Del Toro, Secretary of the Navy (Certified Mailing No. 7021 1970 0000 1422 8444), Admiral Samuel J. Paparo, Commander of the U.S. Pacific Fleet (Certified Mailing No. 7021 1970 0000 1422 8437), and Rear Admiral Timothy Kott, Commander of Navy Region Hawai`i (Certified Mailing No. 7021 1970 0000 1422 8420).

26.    A true and correct copy of the 2022 Notice Letter is attached hereto as **Exhibit B** and is incorporated by reference.

27.    On February 7, 2022, the Alliance sent by certified mail a copy of the 2022 Notice Letter to the United States Attorney General (Certified Mailing No. 7021 1970 0000 1422 8482), the Administrator of the U.S. EPA (Certified Mailing No. 7021 1970 0000 1422 8475), the Regional Administrator of U.S. EPA Region IX (Certified Mailing No. 7021 1970 0000 1422 8413), the Governor of Hawai`i (Certified Mailing No. 7021 1970 0000 1422 8406), and Director of the Hawai`i State Department of Health (Certified Mailing No. 7021 1970 0000 1422 8390).

28.    As a courtesy, the Alliance also sent the 2021 Notice Letter and 2022 Notice Letter to Lieutenant General Darrell K. Williams, Director of Defense Logistics Agency (Certified Mailing No. 7021 1970 0000 1422 8451 and 7021 1970 0000 1422 8451), the agency that owns the fuel stored at Red Hill.

29.    More than ninety (90) days have passed since the 2021 Notice Letter and 2022 Notice Letter were issued to the Navy, and sent to the above listed Federal and State agencies. *See* 42 U.S.C. § 6972(b)(2)(A).

30.     More than sixty (60) days have passed since the 2021 Notice Letter and 2022 Notice Letter were issued to the Navy, and sent to the above listed Federal and State agencies. *See* 33 U.S.C. § 1365(b)(1).

31.     On March 13, 2023, the Alliance sent by certified mail a second supplemental Notice Letter (the "2023 Notice Letter") alleging ongoing violations of RCRA and the Clean Water Act to the Navy, again including Lloyd J. Austin III, Secretary of Defense (Certified Mailing No. 7022 3330 0002 2643 5198), the Honorable Carlos Del Toro, Secretary of the Navy (Certified Mailing No. 5150 7022 3330 0002 2643), and Admiral Samuel J. Paparo, Commander of the U.S. Pacific Fleet (Certified Mailing No. 7022 3330 0002 2643 5143).

32.     The 2023 Notice Letter was also addressed to Capitan Cameron J. Geertsema Commander, Navy Facilities Engineering Command – Hawaii (Certified Mailing No. 7022 3330 0002 2643 5167), and Rear Admiral Stephen D. Barnett Commander, Navy Region Hawaii, and Rear Admiral Timothy Kott, Commander of Navy Region Hawai`i (Certified Mailing No. 7022 3330 0002 2643 5136).

33.     On March 13, 2022, the Alliance sent by certified mail a copy of the 2023 Notice Letter to the United States Attorney General (Certified Mailing No. 7022 3330 0002 2643 5174), the Administrator of the U.S. EPA (Certified Mailing No. 7022 3330 0002 2643 5181), the Regional Administrator of U.S. EPA Region IX (Certified Mailing No. 7022 1670 0002 1677 1702), the Governor of Hawai`i (Certified Mailing No. 7022 1670 0002 1677 1726), and Director of the Hawai`i State Department of Health (Certified Mailing No. 7022 1670 0002 1677 1733).

34.     As a courtesy, the Alliance also sent the 2023 Notice Letter to Lieutenant General Darrell K. Williams, Director of Defense Logistics Agency (Certified Mailing No. 7022 3330 0002 2643 1740), and Rear Admiral John. F. Wade, Commander, Joint Task Force Red Hill.

35.    More than ninety (90) days have passed since the 2023 Notice Letter was issued to the Navy and sent to the above-listed Federal and State agencies. *See* 42 U.S.C. § 6972(b)(2)(A).

36.    Plaintiffs are informed and believe, and allege, that neither the U.S. EPA nor the State of Hawai`i has commenced or is diligently prosecuting a court action to redress violations alleged in the Notice Letters, the First Amended Complaint, the Second Amended Complaint, or this Third Amended Complaint. 33 U.S.C. § 1365(b)(2).

37.    Venue is proper in the District of Hawai`i because the alleged violations of the Clean Water Act and RCRA occurred and are occurring on the island of O`ahu, which is located within this judicial district. *See* 42 U.S.C. § 6972(a); 33 U.S.C. §§ 1319(b), 1365(c)(1).

## III.   THE PARTIES

### A.    WAI OLA ALLIANCE

38.    The Hawaiian words "wai ola," from which the Alliance's name is derived, translate into English as "the water of life."

39.    The Alliance is a community-based organization composed of environmentally and culturally focused individuals and organizations dedicated to protecting the waters of Hawai`i from the effects of past and ongoing releases, discharges, and disposal of petroleum pollutants from Red Hill to the Aquifer, Pu`uloa, Hālawa Stream, and other nearby surface waters.

40.    The Alliance and its individual members are committed to preserving the human right to water, to vibrant functioning aquatic ecosystems, and to clean and healthy drinking water for present and future generations.

41.    With this action, the Alliance seeks to protect interests that are related to its organizational purposes.

42.    Members of the Alliance, and the named plaintiffs in this action, include:

THIRD AMENDED COMPLAINT                    10                    1:22-cv-00272-LEK-RT

a. Mary Maxine Kahaulelio (a.k.a., Auntie Max), who was born and raised on O`ahu, is a native Hawaiian kupuna, and is currently a community organizer and activist for the rights of native Hawaiians;

b. Clarence Ku Ching (a.k.a., Uncle Ku), who was born and raised on O`ahu, served as a trustee to the Office of Hawaiian Affairs, is a native Hawaiian kupuna, and is currently a community organizer, and activist for the rights of native Hawaiians;

c. Melodie Aduja, who lives on O`ahu, served as a Hawai`i State Senator for District 23 (2003–2004), and is currently the co-chair of the Environmental Caucus, Democratic Party of Hawai`i. Other than the period that she spent attending law school in the State of California obtaining a law degree and LL.M. degree, her primary place of residence has been on the island of O`ahu.  She is a former deputy prosecuting attorney for the City and County of Honolulu, and a former state senator for the 23rd senatorial district on Windward O`ahu. Melodie Aduja is a publicly elected member of the 10-member Community Representation Initiative ("CRI") established pursuant to the 2023 Administrative Order on Consent between the U.S. Environmental Protection Agency ("EPA"), the Navy, and the Defense Logistics Agency ("DLA"). For Melodie's family, using Pearl Harbor as a viable resource for sustenance is no longer an option, and they avoided using it in its entirety based on its visible contamination, signage not to consume the sea life, and the lack of abundance of safe-eating, healthful fish and shellfish. Melodie states that she will never swim, dive, snorkel, paddleboard, kayak, or even go boating in Pearl Harbor or its surrounding shoreline communities if there is any risk of the water making any contact with her person for fear that the contaminants will cause illness to her body. She will not drink tap water from Navy waterline sources as the result of Red Hill spills. She will not drink tap water from City and County of

Honolulu Board of Water supply sources unless granular activated carbon GAC filtered first;

d. Kim Coco Iwamoto, who lives on O`ahu, served as a member of Hawai`i's State Board of Education (2006–2011), and currently owns and operates a business on O`ahu. As a former shareholder in companies that provide ecotourism services, an avid user of the O`ahu coastline for swimming, boating, and surfing, and a property owner, Kim-Coco has invested heavily in organizations that promote the responsible use and protection of the environment. It is clear to her that she has, and will, continue to fiscally benefit from her return on investment, a pristine environment. Since 2013, she has invested over $1.3M through personal donations to non-profit charities committed to protecting the environment and personal contributions to political campaigns focused on protecting Hawaii's natural resources. She is concerned that the U.S. Navy's continued contamination of the Southern O`ahu Basal Aquifer due to its past and present operations at Red Hill will result in irreparable harm to the environment, undermining her fiscal investments in the environment. Kim has purchased water filtration devices for her family home in a desperate effort to protect her family from water contamination caused by the Navy. However, she worries about her family's health and safety given the ongoing pollution by the Navy of the Aquifer;

e. Peter Doktor, who lives on O`ahu, is a U.S. military veteran, was a high school teacher, and is currently a social justice and peace activist. As a teacher, he always tried to integrate current events into his curriculum. As part of that unit, he used Honolulu Board of Water Supply water quality monitoring reports to show the students how to use data and critical thinking skills to understand the contents of their drinking water. He shared with his students what he believed to be true—that O'ahu has some of the purest

water in the world. He encouraged the students to drink O'ahu tap water, rather than spend their money and the planet's resources on imported bottled water. He suffers deep remorse, regret, fear, and anger with myself for having "preached" the clean water gospel, and unwittingly encouraged students to drink water tainted with toxic chemicals spilled into the Aquifer by the U.S. military over the last 80 years. Peter has one child, who was born in 2012. In 2014, after the first major petroleum release from Red Hill that the public was made aware of, he learned that the facility had been leaking fuel into the soil and groundwater since it was first opened in the 1940s. He was traumatized and fearful at the thought that his wife had been drinking contaminated water during her pregnancy, and that his 2-year-old had been drinking that water for their whole life.  According to reports and medical studies he has read, there are very serious long-term learning, behavioral, and neurological impacts that may impact his child from their exposure. He is regularly overwhelmed at the thought that he didn't or couldn't protect his child, wife, or self from the threat posed by Oahu tap water. Each time there is another release at Red Hill, he is reminded that he, his wife, and their child have been drinking water from the Aquifer into which the Navy has knowingly leaked and spilled fuel for decades;

f. Steven Hanaloa Helelā is a native Hawaiian activist who lives on O`ahu and has worked for decades to protect native lands and waters of Hālawa, O`ahu, and throughout Hawai`i;

g. Kalamaokaaina Niheu, who lives on O`ahu, is a native Hawaiian, family medicine physician, published author on the effects of militarization in Hawai`i, and co-founder of Mauna Medic Healers Hui. She is terrified about the medical and public health impacts for her community and her ʻāina, and her own health and wellbeing. Part of Kalamaoka'aina's work with Onipa'a Na Hui Kalo has been to support restoration of kalo (taro) farming in places

like Kalauao ahupua'a. Specifically, Onipa'a Na Hui Kalo supports mahi'ai ("farmer" together with the act of farming) Anthony Deluze, who, with the help of numerous volunteers including herself, has restored and brought life to organic kalo fields in Ka'ōnohi at Kalauao ahupua'a on the harbor side of Pearlridge Center. The Navy's contamination of the Aquifer, and the springs that flood the kalo fields at Kalauao ahupua'a, causes harm to the kalo, including in whether it's honest and appropriate to call it "organic." It causes her very real emotional and physical pain to know that the kalo—big brother to all kanaka—is being poisoned. Kalamaoka'aina has largely avoided eating po'i made from kalo grown in fields flooded with spring water close to Red Hill because the water and the kalo contain the Navy's toxic jet fuel. Although degraded by decades of intense use by the U.S. military, including recent spills from Hotel and Kilo Piers, Pu'uloa continues to serve as a spiritually and politically important place for Kalamaoka'aina and other kanaka. When she visits (or even sees) Pu'uloa today, she is saddened and angry and shocked that what was an abundant source of life for her family at Kalauao ahupua'a, and for all kanaka on O'ahu, is now so polluted that she can see and smell the impact of the Navy's disrespect for the island and its people. If it weren't for the Navy's pollution of Pu'uloa, she would fish and swim in Pu'uloa and Pu'uloa would be an integral part of Kalamaoka'aina's life as she tries to live a traditional lifestyle;

h.  Dr. Lynette Hiilani Cruz (a.k.a., Auntie Lynette), who lives on O`ahu, is a native Hawaiian kupuna and retired professor of anthropology at Hawai`i Pacific University, and is currently a community organizer and advocate for social and environmental justice. As a child, Lynette would gather oysters from Pearl Harbor, and it was safe to swim and grow food. Unfortunately, she can no longer gather oysters in the area as the water is contaminated. She does not encourage others to visit the area because the extent of water

THIRD AMENDED COMPLAINT                    14                    1:22-cv-00272-LEK-RT

and soil contamination is unknown. She is concerned about the pollutants pouring into the Aquifer harming water quality and subsequently harming humans, fish, and wildlife that use and enjoy these waters, as well as the areas subject to discharge from these waters. She knows that the discharge of pollutants from the Facility has the potential to continuously harm fish, wildlife, and people using the Aquifer, Puʻuloa, Hālawa Stream, and other nearby surface waters and in hydrologically connected portions of the Pacific Ocean, which are all of great interest to the Alliance. In addition to the pollutants harming the Alliance's institutional and organizational interests, it also harms her interests as an individual and a member and supporter of the Alliance. Everyone on the island, including Lynette, enjoys and uses all of the island's waters;

i. James J. Rodrigues (a.k.a., Uncle Sparky), who was born and raised on Oʻahu, is a native Hawaiian kupuna and community activist for social and environmental justice; and

j. Jade Mahina Frank, who was born and raised on Oʻahu, is a native Hawaiian and currently is a community organizer and warrior for climate justice. Her aesthetic, recreational, and cultural enjoyment is significantly diminished by the visible and olfactory impacts of the Navy's pollution. While it causes Jade emotional and physical pain to see and smell what the Navy has done to Oʻahu's sacred wai, the pollution also prevents her from participating in activities that generations of her family had done—activities that maintain her culture, and her religious and physical health. She can no longer canoe, dive, or fish in Puʻuloa the way she should be able to, all of which lessons the quality of jer life and is an insult the efforts of her ancestors to live in balance with the natural world.  The Navy's poisoning of the sole source Aquifer on Oʻahu also causes Jade deep distress and real financial harm. Jade has switched to drinking bottled and/or filtered water while at home,

THIRD AMENDED COMPLAINT                    15                    1:22-cv-00272-LEK-RT

which imposes both mental/emotional and financial costs onto herself, her family, and the numerous others in the community who are similarly concerned at the Navy's inability and unwillingness to be transparent about the harms they have done to the Aquifer. Many of Jade's "big" life decisions are influenced by the fact that the Navy has contaminated the Aquifer, could still have a catastrophic spill that renders the Aquifer unusable, and continues to damage Pu'uloa and the island as a whole. For Jade, like many young people (in particular kanaka youth), she is unsure it makes sense for her to plan to live on O'ahu. She decided to go to college on the mainland and is exploring career paths away from family and community, in large part because she is terrified that the island will be effectively uninhabitable if the contamination is as bad as she fears, or gets worse. These decisions not only have cost her financially but cause her real emotional and spiritual pain in being so far from her family, her kanaka community, and island of her ancestors.

43. The Alliance is based in Honolulu.

44. The Alliance has members who reside in and around Honolulu.

45. At all relevant times, Plaintiffs were and are "person[s]" within the meaning of Section 1004(15) of RCRA. *See* 42 U.S.C. § 6903(15).

46. At all relevant times, Plaintiffs were and are "citizens" within the meaning of Clean Water Act. *See* 33 U.S.C. §§ 1362(5), 1365(a), (g).

47. The environmental, health, aesthetic, spiritual, economic, and recreational interests of Alliance members have been, are being, and will continue to be adversely affected by the Navy's ongoing violations of the Clean Water Act and RCRA.

48. Continuing commission of the acts and omissions alleged herein will cause Plaintiffs irreparable harm, for which they have no plain, speedy, or adequate remedy at law.

49.     The relief sought herein will redress the harms to Plaintiffs caused by Defendants' violations of the Clean Water Act and RCRA.

**B.     THE UNITED STATES DEPARTMENTS OF DEFENSE AND THE NAVY**

50.     The Navy is the maritime service branch of the United States Armed Forces.

51.     The Navy is led by the Secretary of the Navy.

52.     The Navy is a military department and instrumentality of the Department of Defense ("DOD").

53.     DOD is led by the Secretary of Defense.

54.     The Navy and DOD are each a "person" as defined in, and/or otherwise properly subject to liability for violations of, RCRA and the Clean Water Act. 42 U.S.C. § 6903(15); 33 U.S.C. § 1362(5).

55.     The Navy is the owner and operator of Red Hill.

56.     The DOD and the Navy have created additional administrative and/or command layers for defueling, closure, and environmental remediation activities.

57.     To address what it describes as the "Red Hill problem set," DOD has assigned defueling, closure, and environmental remediation responses to different commands, each of which is an instrumentality of DOD or the Navy.

58.     Responsibility for Facility defueling has been assigned to the Joint Task Force Red Hill ("JTF"), which reports directly to the U.S. Indo-Pacific Command ("INDOPACOM").

59.     INDOPACOM is an instrumentality of DOD.

60.     Responsibility for closure of the Facility has been assigned to Navy Region Hawaii.

61.     Navy Region Hawaii is an instrumentality of the Navy.

62.     Responsibility for environmental remediation at the Facility is assigned to Navy Facilities Engineering Command – Hawaii.

THIRD AMENDED COMPLAINT                    17                    1:22-cv-00272-LEK-RT

63.     Navy Facilities Engineering Command – Hawaii is an instrumentality of the Navy.

IV.     **STATUTORY BACKGROUND**

A.     **THE CLEAN WATER ACT**

64.     According to the Supreme Court, "[t]he Clean Water Act [] was enacted [] to restore and maintain the chemical, physical, and biological integrity of the Nation's waters. [33 U.S.C.] § 1251(a)." *Gwaltney of Smithfield v. Chesapeake Bay Foundation* (1987) 484 U.S. 49, 52 (internal quotations and citation omitted).

65.     Section 301(a) of the Clean Water Act is titled *ILLEGALITY OF POLLUTANT DISCHARGES EXCEPT IN COMPLIANCE WITH LAW*. 33 U.S.C. § 1311(a).

66.     Section 301(a) provides: "Except as in compliance with this section and sections 1312, 1316, 1317, 1328, 1342, and 1344 of this title, the discharge of any pollutant by any person shall be unlawful." *Id.*

67.     "In order to achieve [its] goals, § 301(a) of the Act makes unlawful the discharge of any pollutant into navigable waters except as authorized by specified sections of the Act. 33 U.S.C. § 1311(a)." *Gwaltney of Smithfield*, 484 U.S. at 52 (internal quotations and citations omitted); *see also* David M. Bearden et. al., Cong. Rsch. Serv., RL30798, *Environmental Laws: Summaries of Major Statutes Administered by the Environmental Protection Agency* 25 (2011) ("To achieve its objectives, the [A]ct embodies the concept that all discharges into the nation's waters are unlawful, unless specifically authorized by a permit.").

68.     The Clean Water Act provides for the issuance of permits that authorize the discharge of pollutants into navigable waters in compliance with specified effluent standards. In section 402(a), 33 U.S.C. § 1342(a), the Act established the National Pollutant Discharge Elimination System, under which the U.S. EPA (or a state authorized by U.S. EPA) may issue a permit for the discharge of any pollutant provided that the authorized discharge complies with the effluent standards specified

in the permit or otherwise imposed by the Act. *Sierra Club v. Va. Elec. & Power Co.*, 903 F.3d 403, 405 (4th Cir. 2018).

69.     The term "navigable waters" includes waters of the United States. 33 U.S.C. § 1362(7).

70.     "The term "discharge" when used without qualification includes a discharge of a pollutant, and a discharge of pollutants." 33 U.S.C. § 1362(16).

71.     "The term 'pollutant' means dredged spoil, solid waste, incinerator residue, sewage, garbage, sewage sludge, munitions, chemical wastes, biological materials, radioactive materials, heat, wrecked or discarded equipment, rock, sand, cellar dirt and industrial, municipal, and agricultural waste discharged into water." 33 U.S.C. § 1362(6); *see also Cty. Of Maui v. Haw. Wildlife Fund* (2020) 140 S.Ct. 1462, 1465 ("the Act defines 'pollutant' broadly.")

72.     "The term 'discharge of a pollutant' and the term 'discharge of pollutants' each means (A) any addition of any pollutant to navigable waters from any point source, [and] (B) any addition of any pollutant to the waters of the contiguous zone or the ocean from any point source other than a vessel or other floating craft." 33 U.S.C. § 1362(12); *see also Cty. Of Maui*, 140 S.Ct. at 1469 (the Act "defines the term discharge of a pollutant as any addition of any pollutant to navigable waters [including navigable streams, rivers, the ocean, or coastal waters] from any point source." (brackets in original) (internal quotations omitted)).

73.     "The term "point source" means any discernible, confined and discrete conveyance, including but not limited to any pipe, ditch, channel, tunnel, conduit, well . . . from which pollutants are or may be discharged." 33 U.S.C. § 1362(14); *Cmty. Ass'n for Restoration of the Env't v. Henry Bosma Dairy*, 305 F.3d 943, 955 (9th Cir. 2002) ("the definition of a point source is to be broadly interpreted.")

74.     Section 505(a)(1) of the Clean Water Act provides for citizen enforcement against any "person" who is alleged to be in violation of an "effluent

THIRD AMENDED COMPLAINT                    19                    1:22-cv-00272-LEK-RT

standard or limitation . . . or an order issued by the Administrator or a State with respect to such a standard or limitation." 33 U.S.C. § 1365(a)(1), (f).

75. "Effluent standard or limitation" is defined to include the prohibition in section 301(a) against unpermitted discharges. 33 U.S.C. § 1365(f)(1); *see also Am. Frozen Food Inst. v. Train*, 539 F.2d 107, 128 (D.C. Cir. 1976) (the Clean Water Act's section 301(a) prohibition on unpermitted discharges is self-executing).

76. A "person" under the Clean Water Act includes individuals, corporations, partnerships, associations, States, municipalities, commissions, and political subdivisions of a State, or any interstate body. 33 U.S.C. § 1362(5).

77. Section 505(d) of the Clean Water Act allows a prevailing or substantially prevailing party to recover litigation costs, including fees for attorneys, experts, and consultants where it finds that such an award is appropriate. 33 U.S.C. § 1365(d); *see also St. John's Organic Farm v. Gem County Mosquito Abatement Dist.*, 574 F.3d 1054, 1062–1064 (9th Cir. 2009) (holding that the court's discretion to deny a fee award to a prevailing plaintiff is narrow, and denial is "extremely rare.").

**B.      THE RESOURCE CONSERVATION AND RECOVERY ACT**

78. The Congressional objective in crafting RCRA was "to promote the protection of health and the environment." 42 U.S.C. § 6902(a).

79. With RCRA, Congress established a National Policy according to which solid waste, including petroleum waste, "should be treated, stored, or disposed of so as to minimize the present and future threat to human health and the environment." 42 U.S.C. § 6902(b).

80. RCRA section 7002(a)(1)(B) provides that citizens may commence a civil action "against any person including the United States and any other governmental instrumentality or agency [and] including any past or present generator, past or present transporter, or past or present owner or operator of a treatment, storage, or disposal facility who has contributed or who is contributing to the past or present handling, storage, treatment, or transportation, or disposal of any solid or hazardous

waste which may present and imminent and substantial endangerment to health or the environment." 42 U.S.C. § 6972(a)(1)(B).

81.    RCRA defines "person" to include "an individual, trust, firm, joint stock company, corporation (including a government corporation), partnership, association, State, municipality, commission, political subdivision of a State, or any interstate body and shall include each department, agency, and instrumentality of the United States." 42 U.S.C. § 6903(15).

82.    RCRA defines "solid waste" as "any garbage, refuse, sludge from a waste treatment plant, water supply treatment plant, or air pollution control facility and other discarded material, including solid, liquid, semisolid, or contained gaseous material resulting from industrial, commercial, mining, and agricultural operations, and from community activities." 42 U.S.C. § 6903(27).

83.    Under Section 1004(3), "[t]he term 'disposal' means the "discharge, deposit, injection, dumping, spilling, leaking, or placing of any solid waste . . . into or on any land or water so that such solid waste or hazardous waste or any constituent thereof may enter the environment or be emitted into the air or discharged into any waters, including ground-waters." 42 U.S.C. § 6903(3) (emphasis added).

84.    Courts have interpreted "solid waste" to mean materials "that are truly discarded, disposed of, thrown away, or abandoned." *American Min. Congress v. U.S.E.P.A*, 824 F.2d 1177, 1190 (D.C. Cir. 1987). Unless a discarded material is part of an ongoing industrial process or is actively being reused, it will, after it has served its intended purpose, constitute solid waste. *Id*.

85.    An action for injunctive relief is authorized by RCRA. 42 U.S.C. § 6972(a) ("The district court shall have jurisdiction . . . to restrain" any imminent and substantial endangerment).

## V.    FACTUAL BACKGROUND

### A.    THE RED HILL BULK FUEL STORAGE FACILITY

86.    The Facility was constructed between 1940 and 1943.

87.    The Facility was a classified state secret from the time it was being constructed until 1995.

88.    The Facility includes twenty (20) "field constructed" underground storage tanks ("USTs"), seven (7) miles of tunnels, approximately twenty-nine (29) miles of pipelines, surge tanks, ground storage tanks, slop oil and oil recovery facilities, and the remains of burn pits for petroleum product disposal.

89.    The USTs are connected by pipelines to fueling stations at various piers along Pu`uloa, including but not limited to Hotel Pier, Kilo Pier, Mike Pier, Bravo Pier, and Sierra Pier.

90.    Hotel Pier was built in 1941 and is located immediately south to the mouth of Hālawa Stream (see IMAGE 1). Ramon Mendoza, *Pearl Harbor Hotel Pier Release* 3 (2021), *available at* https://health.hawaii.gov/ust/files/2021/11/R-Pearl-Harbor-Hotel-Pier-Release.USCG_.Area_.Mtg_.ppt.pdf.

IMAGE 1



Hotel Pier (*Yellow*)    Hālawa Stream (*Blue*)    Manifold Area (*Red*)

91.    Hotel Pier has been used as a refueling hub for large Navy vessels since World War II. *Id.*; Naval Facilities Eng'g Command, *Hotel Pier Plume Delineation Pearl Harbor Naval Supply Center* 2 (Draft, 2021).

92.     Hotel Pier is used for both "receipt and issue" of fuel. (Michael Baker Int'l, *2019 One-Time Static Liquid Pressure Testing Report of Four Sections ([redacted] Feet) of Petroleum Pier Pipelines* 1 (2019), *available at* https://health.hawaii.gov/ust/files/2021/11/R-2019-08-13-REDACTED-JBPHH-2019-One-time-SLPT-of-Four-Sections-xxxxx-Feet-of-Pier-Pipelines.pdf.

93.     Petroleum products, including fuel, for distribution from Hotel Pier are supplied via Valve Station 3 (VS-3). Mendoza, *Pearl Harbor Hotel Pier Release* at 3.

94.     Prior to Facility defueling, Valve Station 3 (VS-3) was supplied by large subsurface product lines connected to the Facility's USTs and a commercial multi-product pipeline. *Id*. Following defueling, Hotel Pier continues to receive products, including fuel, from the commercial multi-product pipeline which originates upstream from Hotel Pier and crosses Hālawa Stream.

95.     A 2015 report assessing pipeline integrity recommended "[i]solating and temporarily deactivating or permanently closing the defuel line on the Hotel Pier." Enter. Eng'g, Inc., *Integrity Management Plan – POL Pipelines NAVSUP FLC Pearl Harbor, HI (PRL)* 6 (Interim Final Submission, 2015).

96.     Kilo Pier is located parallel to and immediately south of Hotel Pier (see IMAGE 2).

97.     Piping at Hotel, Kilo, Sierra, Mike and Bravo piers are over Pu`ulo and/or in Pu`uloa during high tide.

///

///

///

///

///

IMAGE 2



| Hotel Pier (*Yellow*) | Hālawa Stream (*Blue*) | Kilo Pier (*Green*) |

98.    The Facility derives its name from the ridge into which the USTs were built, known as Kapūkaki or "Red Hill."

99.    Each UST has the capacity to hold 12.5 million gallons of petroleum-based fuel.

100.    Before Facility defueling operations began on October 16, 2023, eighteen (18) USTs were operational, two (2) were not in service, and at least fourteen (14) USTs contained petroleum-based fuel.

101.    Each UST was used to store petroleum-based fuels over the course of the Facility's operation including diesel marine fuel ("F-76") and multiple types of jet propellent fuel ("JP-5," "JP-8," and "F-24").

102.    Petroleum fuels and oils stored at Red Hill, and that have leaked and/or spilled are "solid waste" under RCRA. *See* 42 U.S.C. § 6903(27); In the Matter of Red Hill Bulk Fuel Storage Facility, U.S. EPA Dkt. No. RCRA 7003-R9-2015-01, Haw. Dep't of Health Dkt. No. 15-UST-EA-01 (2015) ("2015 AOC").

103.    Petroleum fuels and oils stored at Red Hill, and that have been discharged to surface waters, are "pollutants" under the Clean Water Act, including but not limited to fuel oil and jet propellent fuel. *See* 33 U.S.C. § 1362(6).

THIRD AMENDED COMPLAINT                    24                    1:22-cv-00272-LEK-RT

104.    The lower tunnel houses pipelines and other equipment that carried fuel from the USTs to distribution points at Pu`uloa.

105.    Some of the Facility's pipelines are exposed, buried, or depending on tides, located under water.

106.    Each UST was constructed with a quarter-inch steel "liner" reinforced with three to four feet of concrete.

107.    The concrete reinforces the steel "liners," but does not provide fluid containment.

108.    The tops and bottoms of each tank are domed half-inch steel.

109.    The quarter-inch steel "liners" each have approximately two acres of surface area. Bechtel Corp., *Engineering Survey of U.S. Navy Petroleum Facilities at Pearl Harbor* 12 (1949) ("Bechtel Eng'g Survey").

110.    The USTs are located approximately 100 to 200 feet below the ground surface.

111.    The Navy cannot physically assess, inspect, maintain, or protect the backside of the USTs, and therefore the potential for a corrosion induced failure in the tanks has been a concern for decades. *See Bechtel Eng'g Survey* at 9-11; Letter from Earnest Y. W. Lau, Bd. of Water Supply, City & Cnty. of Honolulu, to Roy K. Amemiya, Jr., City & Cnty. of Honolulu (May 4, 2017) at 2–3, 11.

112.    The Navy did not possess an operating permit from the State of Hawai`i or the U.S. EPA for the Facility over the course of the Navy's operation of the Facility.

113.    Hawai`i Department of Health ("DOH") has assigned Facility Identification Number 9-102271 to Red Hill.

**B.    THE SOLE SOURCE AQUIFER**

114.    The USTs are positioned approximately 100 feet above an underlying groundwater aquifer.

115.    In 2010, the Navy stated as follows: "The [F]acility sits over an aquifer system that supplies potable water to Naval Station (NAVSTA) Pearl Harbor and public water systems on the island of Oahu, HI." Naval Audit Service, *Audit Report N2010-0049* 11 (Aug. 15, 2010).

116.    The underlying groundwater aquifer system is called the Southern Oʻahu Basal Aquifer.

117.    U.S. EPA designated the Aquifer as a "sole source" aquifer in 1987. 52 Fed. Reg. 45496.

118.    The "sole source" designation means that there are no alternative drinking water source(s) that could physically, legally and economically supply all those who depend on the Aquifer for fresh water.

119.    The Aquifer is an irreplaceable source of fresh water.

120.    According to U.S. EPA, the Aquifer is the "principal source of drinking water" for the island, which "[i]f contaminated, would create a significant hazard to public health." 52 Fed. Reg. at 45497.

121.    Approximately 77% of residents on Oʻahu rely on the Aquifer for water.

122.    There are multiple potable water supply wells, which supply residents with water from the Aquifer, located in the vicinity of Red Hill.

123.    Potable water supply wells located in the vicinity of Red Hill include, but are not limited to:

a.    the Navy's Red Hill Shaft well 2254-01 ("Red Hill Shaft"), which is located approximately 3,000 feet west and hydraulically downgradient from Red Hill;

b.    the Honolulu Board of Water Supply's ("HBWS") Hālawa Shaft well 2354-01 ("Hālawa Shaft"), which is located approximately 5,000 feet northwest of Red Hill; and

c.    the HBWS Moanalua wells 2153-10, 2153-11, and 2153-12, which are located approximately 6,500 feet south of Red Hill.

THIRD AMENDED COMPLAINT                          26                          1:22-cv-00272-LEK-RT

124.    According to the Navy, "the basal Aquifer water table lies between 15 and 20 feet above mean sea level, and regionally, groundwater flows toward Pearl Harbor." U.S. Department of the Navy, *Red Hill Bulk Fuel Storage Facility*, *Tank Closure Plan* (Nov. 1, 2022) at 42.

125.    Data collected by the U.S. Geological Survey in 2015 show that the groundwater level at Hālawa Shaft is about three (3) feet lower than that beneath the Facility's USTs, demonstrating that the hydraulic gradient could drive contaminant migration to Hālawa Shaft. Lau, Bd. of Water Supply, City & Cnty. of Honolulu, to Roy K. Amemiya, Jr., City & Cnty. of Honolulu at 1–2.

126.    Since at least 2008, the Navy acknowledged that cleaning up and/or remediating the impact of a large spill would be infeasible. Naval Facilities Eng'g Command, *Red Hill Bulk Fuel Storage Facility Final Groundwater Protection Plan* ES-3 (2008) ("*2008 Groundwater Protection Plan*").

127.    The Navy has stated: "Under site conditions, remediation of a large fuel release would be extremely costly and technically difficult, due to the underground nature of Red Hill, the steep ridgeline upon which Red Hill is located, the distance from ground surface to the Aquifer (between 400 and 500 feet on the Red Hill ridgeline), and finally because of the complex hydrogeology associated with the fractured basalt aquifers. Pump and treat methods could be implemented but would be costly and inefficient in this environment. Multi-phased extraction may be more efficient, but very complex at the depths required." Naval Facilities Eng'g Command, *Interim Update Red Hill Bulk Fuel Storage Facility Final Groundwater Protection Plan* at ES-4 (2014) ("2014 Groundwater Protection Plan Interim Update"); *see also* Letter from Steven Linder, Red Hill Project Coordinator, U.S. EPA Region 9, and Roxanne Quan, Interim Red Hill Project Coordinator, Haw. Dep't of Health to Gordie Meyer, Commander, Navy Region Haw., Notice of Deficiency for the Tank Upgrade Alternatives Decision Document and New Release Detection Alternatives Decision

THIRD AMENDED COMPLAINT                    27                    1:22-cv-00272-LEK-RT

Document, for Red Hill Administrative Order on Consent Statement of Work Sections 3.5 and 4.8 (Oct. 26, 2020) ("Notice of Deficiency") attach. B at 8.

### C.    THE STATE EMERGENCY ORDERS AND HAWAII ADMINISTRATIVE RULES

128.    As a result of ongoing spills and fuel releases at Red Hill, as recently as 2021, the Hawaii DOH issued a series of Emergency Orders pursuant to chapters 91 and 342L of the Hawai'i Revised Statutes ("HRS") and chapters 11-1 and 11-280.1 of the Hawai'i Administrative Rules ("HAR").

129.    On December 6, 2021, DOH issued the first Emergency Order ("First Emergency Order") premised on its position that the Facility "poses an imminent and ongoing peril to human health and safety and the environment." Haw. Dep't of Health, *Emergency Order* (Dec. 6, 2021); *DOH Decision and Order* at ¶ 39.

130.    The First Emergency Order requires the Navy take, among others, the following three (3) actions:

a.    complete an investigation that is similar to what was required under the 2015 AOC to "assess the Facility operations and system integrity;"

b.    submit a detailed work plan and schedule for making repairs to the Facility and revisions to operating procedures; and

c.    remove fuel from the Facility.

Haw. Dep't of Health, *First Emergency Order* at 4.

131.    The First Emergency Order does not require the permanent closure of the Facility. Haw. Dep't of Health, *First Emergency Order* at 4.

132.    On January 3, 2022, DOH adopted the requirements of the Emergency Order in a Second Order ("Second Emergency Order"). Haw. Dep't of Health, Docket No. 21-UST-EA-02 (Jan. 3, 2022).

133.    On February 2, 2022, the Navy filed challenges to the First Emergency Order and Second Emergency Order in Federal District Court and Hawaii Circuit Court.

134. The Navy later withdrew both challenges to the First Emergency Order and Second Emergency Order.

135. On March 7, 2021, the Secretary of Defense announced that the Red Hill Facility would be defueled and then closed.

136. On information and belief, the decision to defuel and close Red Hill may be withdrawn unilaterally by the Secretary of Defense.

137. On May 6, 2022, both the December 6, 2021 and January 3, 2022 Emergency Orders were withdrawn pursuant to HAR §11-1-21(c) and replaced with a Final Order ("Final Emergency Order"). Haw. Dep't of Health, Docket No. 22-UST-EA-01 (May 6, 2022).

138. The Final Emergency Order requires the Navy to defuel the Facility at the earliest date consistent with safe defueling, and permanently close the Facility, as well as:

    a. continue to maintain the groundwater treatment system at Red Hill Shaft to minimize movement of the contaminated plumes and take steps to recover the Red Hill Shaft as a drinking water source; and

    b. submit a phased plan for the defueling and closure of the Facility, including an implementation schedule.

Haw. Dep't of Health, *Final Emergency Order* at 5.

139. Specifically, the Final Emergency Order calls for the permanent closure of the 20 USTs, four surge tanks, and associated pipelines.

    i. **The Final Emergency Order Does Not Address the Navy's Clean Water Act Violations**

140. The Final Emergency Order does not require the repair or closure of Hotel Pier, Kilo Pier, Mike Pier, Bravo Pier, or Sierra Pier, and associated pipelines.

141. The Final Emergency Order does not address remediation of past or ongoing surface water contamination caused by Hotel Pier, Kilo Pier, Mike Pier, Bravo Pier, or Sierra Pier, and associated pipelines, at Pu`uloa.

142.    The various closure plans and supplemental documents submitted by the Navy pursuant to the Final Emergency Order between November 1, 2022 and May 31, 2023 do not require the repair or closure of Hotel Pier, Kilo Pier, Mike Pier, Bravo Pier, or Sierra Pier.

ii.    **The Final Emergency Order Does Not Address Remediation of the Entirety of the Aquifer or Remediation of Pu`uloa.**

143.    In the Final Emergency Order, DOH reserves the right to bring other actions that are necessary to protect public health and environment, "including, but not limited to, actions related to remediation" of the Aquifer.

144.    The Final Emergency Order requires that "closure of the Facility must occur in accordance with chapter 11-280.1, HAR. [The Navy] must comply with all applicable provisions of state law regarding the closure of the Facility, and the permanent closure of the Facility must occur in a manner approved by the [Hawaii] Department [of Health] and as set forth in the Closure Phase of the Closure Plan." Haw. Dep't of Health, *Final Emergency Order* at 7.

145.    On information and belief, Defendants have not complied with planning and reporting timelines required by the HAR, including delays on preparing for and implementing remediation of the Aquifer. See HAR §§ 11-280.1-62, 11-280.1-63, 11-280.1-65; 11-280.1-66.

146.    The Final Emergency Order additionally requires that the Navy "continue to characterize the release(s) and develop strategies for remediation of impacted groundwater in accordance with 11-280.1, HAR." Haw. Dep't of Health, *Final Emergency Order* at 8.

147.    HAR chapter 11-2780.1 sets out rules regarding underground storage tanks. Applicable here, HAR §11-280.1-65.3 sets out site clean-up criteria following a release event. Specifically, it requires that "[o]wners and operators [to] remediate soil, surface water, and groundwater, and materials contaminated by releases from USTs or

THIRD AMENDED COMPLAINT                    30                    1:22-cv-00272-LEK-RT

tank systems in a manner that is protective of human health and the environment and achieves cleanup as described in subsection (b)." HAR §11-280.1-65.3.

148.    HAR §11-280.1-65.3 subsection (b) requires that soil, groundwater, and surface water at the site is remediated to residual concentrations that meet one either Default Tier 1 Screening Levels as presented in Table 1 in HAR §11-280.1-65.3 subsection (e), or site-specific action levels as approved by DOH.

149.    The Final Emergency Order limits remediation efforts pursuant to HAR §11-280.1-65.3 to "impacted groundwater"—not surface waters. Haw. Dep't of Health, *Final Emergency Order* at 8.

150.    The Final Emergency Order does not address the scope of groundwater remediation efforts.

151.    The Final Emergency Order contains no requirements addressing imminent and substantial endangerment caused by the Navy's past releases from the Facility to portions of the Aquifer closest to municipal supply wells owned and operated by the HBWS.

152.    The Navy's Closure Plan submitted on November 1, 2022, states that remediation of groundwater as set out in the Final Emergency Order "will be performed in conjunction with the long-term monitoring (LTM) program described in the Groundwater Protection Plan (GWPP) (DON 2014) and applicable Navy, State, and Federal regulations and requirements." U.S. Department of the Navy, *Red Hill Bulk Fuel Storage Facility*, *Tank Closure Plan* (Nov. 1, 2022) at 42 ("Closure Plan").

153.    Although the Closure Plan expressly states that groundwater flows to Pu`uloa, the Closure Plan does not address the remediation of surface waters. *Id*.

**D.    2023 ADMINISTRATIVE CONSENT ORDER**.

154.    On June 2, 2023, U.S. EPA released an administrative consent order (EPA Dkt. No. RCRA 7003-R9-2023-001, EPA Dkt. No. PWS-AO-2023-001)("2023 Consent Order") regarding the Red Hill Bulk Fuel Storage Facility.

155.    The "2023 Consent Order" provides for the performance by Navy and DLA of activities related to the safe "Defueling" and "Closure," as those terms are defined within the 2023 Consent Order, of the Red Hill Bulk Fuel Storage Facility and for performance by the Navy of activities related to the delivery of a safe and resilient supply of drinking water to the Navy-owned water system on Oʻahu.

156.    U.S. EPA entered into the 2023 Consent Order pursuant to its authorities delegated under 42 U.S.C. § 6973 and 42 U.S.C. § 300(i).

157.    The 2023 Consent Order concludes that "that Navy's and DLA's handling or disposal of solid waste may present an imminent and substantial endangerment to health or the environment."

158.    The 2023 Consent Order further concludes that "[v]olatile hydrocarbons associated with fuel in drinking water may endanger the health of persons by causing acute and chronic health effects such as cough, difficulty breathing, abdominal pain and vomiting, drowsiness, restlessness, convulsions, dermatitis, and skin damage. These contaminants present in or likely to enter underground sources of drinking water near the Facility that are the source of water for the JBPHH System may present an imminent and substantial endangerment to the health of persons."

159.    The 2023 Consent Order requires the Navy to submit to U.S. EPA monitoring, defueling, and closure plans, according to specifications included in an attached "Statement of Work."

i.    **The 2023 Consent Order Does Not Address Remediation of Impacted Surface Waters at Puʻuloa or Discharges from Piers**

160.    The 2023 Consent Order requires the development of a Closure Plan that includes "a description of the sequence and process in which the 20 USTs, and the rest of the Facility Subject to Closure, will be emptied and cleaned; the infrastructure and procedures needed to perform the Work; the method of permanent Closure (e.g., remove, fill, or close in place); management and disposition of any accumulated sludge or waste material in accordance with federal and state regulations; site assessment and

THIRD AMENDED COMPLAINT                    32                    1:22-cv-00272-LEK-RT

release response action activities to be completed as part of Closure; a schedule for performing each activity, and any other requirements for Closure in HAR Subchapter 6 (Release Response Action) (HAR §§ 11-280.1-60 — 11-280.1-67) and Subchapter 7 (Out-of-Service UST Systems and Closure) (HAR §§ 11-280.1-70 — 11-280.1-75)." 2023 Consent Order at 12.

161. Thus, under the 2023 Consent Order, the Closure Plan must conform with, among other requirements, the requirements for closure in HAR Subchapter 6 (Release Response Action) (HAR §§ 11-280.1-60 — 11-280.1-67) and Subchapter 7 (Out-of-Service UST Systems and Closure) (HAR §§ 11-280.1-70 — 11-280.1-75). *Id*.

162. While HAR Subchapter 6 (Release Response) §11-280.1-65.3 Site cleanup criteria calls for the remediation of "soil, surface water, and groundwater, and materials contaminated by releases from USTs or tank systems in a manner that is protective of human health and the environment…," the 2023 Consent Order limits site assessment and release response to "soil, groundwater, and soil vapor that may have been contaminated by the Facility Subject to Closure.." 2023 Consent Order at 12 (defining "Close" or "Closure".)

163. Thus, remediation requirements under the 2023 Consent Order do not include impacted surface waters including Pu`uloa.

164. Additionally, the 2023 Consent Order defines "the Facility Subject to Closure" for purposes of conducting site assessments and release response actions pursuant to HAR chapters 6 and 7, including site cleanup, as the "20 field-constructed bulk fuel USTs ("20 USTs"), surge tanks, and the pumps, infrastructure, and associated piping between the 20 USTs and the pumphouse at the Red Hill Bulk Fuel Storage Facility." 2023 Consent Order at 5.

165. Therefore, infrastructure at Hotel Pier, Kilo Pier, Mike Pier, Bravo Pier, and Sierra Pier are not included in the Closure Plan drafted pursuant to the 2023 Consent Order.

166.    Additionally, the Upper Tank Farm below Adit 1 and past the pumphouse, which consists of at least 6 fuel storage tanks, is not subject to closure under the 2023 Consent Order.

167.    The 2023 Consent Order defines the "Facility Subject to Defueling" as "the Facility Subject to Closure as well as all of the pipelines and related infrastructure that will be used for defueling the 20 USTs downstream of the pumphouse. Facility Subject to Defueling infrastructure includes the pipelines and associated infrastructure between the pumphouse and the piers, as well as any pipelines and associated infrastructure that will be used to transfer fuel from the 20 USTs to above-ground tanks at the Red Hill Bulk Fuel Storage Facility." 2023 Consent Order at 5-6.

168.    The 2023 Consent Order does not address past or ongoing discharges at Hotel Pier, Kilo Pier, Mike Pier, Bravo Pier, and Sierra Pier since these areas are excluded from "Facility Subject to Defueling" and "Facility Subject to Closure" as defined in the 2023 Consent Order.

169.    The 2023 Consent Order requires that the Navy develop and begin implementation of a phased Source Water Protection Plan ("SWPP") consisting of: Phase I: Efforts to Safeguard Drinking Water Quality in the Red Hill Shaft During Facility Defueling and Closure) and Phase II: Efforts to Safeguard Drinking Water Quality at All JBPHH System Well Sites.

170.    Under the 2023 Consent Order, Phase I requires the Navy to implement protective measures for Red Hill Shaft through defueling.

171.    Drinking water protections under the 2023 Consent Order are limited to the JBPHH water system.

172.    Although the Aquifer is the sole water source for the island, no risk assessments or protocols exist under the 2023 Consent Order to protect residents outside the JBPHH water system under service of the HBWS.

173.    Impacts to community water supply outside the JBPHH water system are not addressed by the 2023 Consent Order.

**E.      DEFUELING AND CLOSURE**

174.    The Final Emergency Order sets out a bifurcated Facility closure process consisting of the Defueling Phase led by Joint Task Force-Red Hill and the Closure Phase led by the Navy, *i.e.* the Navy Closure Task Force – Red Hill ("NCTF-RH").

175.    On June 30, 2022—more than six (6) months after DOH issued the First Emergency Order—the Navy released a defueling plan ("June Defueling Plan").

176.    On July 19, 2022, DOH rejected the June Defueling Plan, citing the Navy's failure to include substance, details, and timelines. DOH further criticized the plan for failing to fully address any of the Emergency Order's minimum requirements.

177.    The Navy submitted four supplements to the June Defueling Plan on September 7, 2022, September 22, 2022, May 16, 2023, and November 14, 2023.

178.    In conjunction with the Navy and DOH, the Joint Task Force – Red Hill (JTF) began gravity-based defueling of the Facility on October 16, 2023.

179.    The Navy reports that defueling, including removal of accessible residual fuel, was completed ahead of schedule on March 28, 2024.

180.    The Navy reports that it removed 104,703,574 gallons of fuel.

181.    Section 8 of the Final Emergency Order specifies that the Tank Closure Plan shall describe the "site assessment in connection with the Facility's permanent closure." It also specifies that the Navy will "…continue to characterize the release(s) and develop strategies for remediation of impacted groundwater in accordance with 11-280.1, HAR."

182.    The Navy submitted a groundwater modeling report in 2021 to "assess potential dissolved fuel migration directions and distances with Red Hill Shaft turned off, as well as the potential effectiveness of using Red Hill Shaft for remediation and capture." U.S. Dep't of the Navy, *Red Hill Bulk Fuel Facility Tank Closure Plan* (Nov. 1, 2022) at 50-51.

183.    On March 17, 2022 the DOH and EPA provided a disapproval letter to the Navy citing deficiencies in the Navy's groundwater modeling report. *Id.*

THIRD AMENDED COMPLAINT                    35                    1:22-cv-00272-LEK-RT

184. In 2022 the Navy estimated completing groundwater modeling in September 2024. *Id*. at 51.

185. As of the filing of this complaint, the Navy has not released any plans, assessments, or reports addressing remediation of the Aquifer.

**F. DISCHARGES TO SURFACE WATERS FROM RED HILL**

i. **The Affected Surface Waters**

186. Pu`uloa was an abundant food source for communities of the sovereign Hawaiian Kingdom on O`ahu.

187. Pu`uloa was a sacred feature for communities of the sovereign Hawaiian Kingdom on O`ahu.

188. Historically, Pu`uloa's waters were known as "Wai Momi" or "pearl waters."

189. Native oysters, and oyster reefs, were once abundant and integral parts of the marine ecosystem and local culture.

190. Stories about Pu`uloa are recorded in history through native Hawaiian chants, songs, and legends.

191. According to Kānaka Maoli beliefs, Pu`uloa is home to the shark goddess Ka`ahupahau, who protected O`ahu and strictly enforced kind, fair behavior on the part of both sharks and humans.

192. Pu`uloa has been degraded by decades of intense use and misuse by the U.S. military.

193. Pu`uloa continues to serve as a spiritually and politically important place to Hawai`i's native people.

194. Pu`uloa is a navigable water and a water of the United States.

195. Pu`uloa and hydrologically connected portions of the Pacific Ocean that provide commercial and recreational fisheries, habitat for endangered species, wetlands, and water-contact recreation areas. Env't Prot. Agency, *National Priorities*

THIRD AMENDED COMPLAINT                    36                    1:22-cv-00272-LEK-RT

*List Site Narrative for Pearl Harbor Naval Complex* 1 (July 29, 1991), *available at* https://semspub.epa.gov/work/09/2400179.pdf.

196.   Ahupua`a is the Hawaiian term that describes distinct geographic, socioeconomic, and cultural regions.

197.   Most commonly, an ahupua`a extends from the sea into the mountains, or from "ridge to reef."

198.   Hālawa Valley is an ahupua`a.

199.   Hālawa Valley is located on the southern portion of the island of Oahu.

200.   The ahupua`a of Hālawa is highly sacred to Kānaka Maoli.

201.   According to Kānaka Maoli beliefs, Hālawa is the birthplace and home to the Mother Earth goddess called Papahānaumoku.

202.   Hālawa Valley is home to one of only two or three known remaining Hale o Papa, which are women's temples where Papahānaumoku is worshipped.

203.   Hālawa Stream flows from East to West through Hālawa Valley.

204.   Hālawa Stream empties into Pu`uloa south of the Pearl Harbor National Memorial, and immediately north of Hotel Pier.

205.   Hālawa Stream is a water of the United States.

ii.   **2020 Hotel Pier Discharges**

206.   Hotel Pier is approximately 0.6 acres and is bordered by Hālawa Stream and Pearl Harbor to the north, northeast, northwest, and west. "The northeast (Wharf H-6) and northwest (Wharf H-5) borders of [Hotel Pier] adjoining Hālawa Stream and Pearl Harbor, respectively, comprise a concrete sea wall approximately 3-5 feet above the water surface depending on the tidal stage." Naval Facilities Eng'g Systems Command Hawaii JBPHH, *Draft Hotel Pier Plume Delineation, Pearl Harbor Naval Supply Center* (May 2021) at 1.

207.   Before the start of defueling and closure of the Facility pursuant to the Final Emergency Order and 2023 Consent Order, Hotel Pier was used as a fuel pipeline manifold area for jet fuel (F-24 and JP-5) and diesel fuel (F-76) from the

Facility's USTs and a commercial multi-product pipeline.. *Id*. Following defueling, Hotel Pier continues to receive products, including fuel, from the commercial multi-product pipeline which originates upstream from Hotel Pier and crosses Hālawa Stream.

208. Over the course of its use, Hotel Pier has conveyed fuel from two USTs at the Facility, Valve Station-3 (VS-3), which is a valve pit containing valves for diesel, JP-5, and gasoline pipelines, former aboveground storage tank (AST) 451, and former Buildings (Bldgs.) 408 and 1541 and existing Bldg. 499 identified as a diesel fuel pumping station. *Id*. at 2.

209. On March 17, 2020, at approximately 9:14 a.m. HST, the Navy notified DOH of a discharge of oil to Pu`uloa and Hālawa Stream at Hotel Pier ("Hotel Pier Discharge 1"). Haw. Dep't of Health, *Notice of Interest in a Release Or Threatened Release of Hazardous Substances* 1 (December 21, 2020); *see also* Haw. Dep't of Health, *Emergency Order* 2 (December 5, 2021), *available at* https://health.hawaii.gov/about/files/2021/12/Emergency-Order-12.05.2021-signed.pdf.

210. The Navy believed the "discharge of petroleum into Hālawa Stream" (Wharf H-6) and the ocean (Wharf H-5) was from a 4-inch diameter steel pipe oriented perpendicular to the seawall, the end of which is submerged at high tide. Naval Facilities Eng'g Systems Command Hawaii JBPHH, *Draft Hotel Pier Plume Delineation, Pearl Harbor Naval Supply Center* (May 2021) at 1.

211. The Navy "sealed the [4-inch diameter steel] pipe." *Id*.

212. After sealing the 4-inch pipe, the Navy reported that the rate at which petroleum contamination was being released from the 4-inch pipe to the environment slowed, but did not stop. *Id*.

213. Based on visual observations reported by the Navy, the release rate from the 4-inch pipe subsequently increased and necessitated additional mitigation effort, e.g., more frequent change-outs of sorbent material. *Id*.

THIRD AMENDED COMPLAINT 38 1:22-cv-00272-LEK-RT

214.   On June 2, 2020, at approximately 1:45 p.m. HST, the Navy again notified DOH of a discharge of oil to Pu`uloa and Hālawa Stream at Hotel Pier ("Hotel Pier Discharge 2") ("Hotel Pier Discharge 1" and "Hotel Pier Discharge 2" are collectively referred to as the "2020 Hotel Pier Discharges"). Haw. Dep't of Health, *Notice of Interest in a Release Or Threatened Release of Hazardous Substances*; *see also* Haw. Dep't of Health, *Emergency Order*.

215.   DOH assigned UST Facility Identification Number 9-102271 to both 2020 Hotel Pier Discharges.

216.   The Navy did not disclose the 2020 Hotel Pier Discharges to the public until 2021.

217.   The Navy could not initially determine whether the source of the 2020 Hotel Pier Discharges was from previously identified releases of petroleum contaminants, e.g., the 127,000-gallon underground contaminant plume discovered in 1997, or the result of a new, "active" leak. Email from James Saul, U.S. Navy, to Sherri Eng, U.S. Navy (Feb. 2, 2021).

218.   According to the Navy, as of September 2020, the rate of discharge from the 2020 Hotel Pier Discharges was visually estimated to be approximately 20 gallons per day, based on a 6-second video showing non-aqueous phase liquid ("NAPL") floating to the surface of the harbor. Naval Facilities Engineering Systems Command Hawaii JBPHH HI, *Draft Hotel Pier Plume Delineation, Pearl Harbor Naval Supply Center* (May 2021) at 1.

219.   On January 14, 2021, the Navy sent DOH a letter explaining that:

    a.  the source of the 2020 Hotel Pier Discharges had not yet been identified;

    b.  enhanced containment efforts were required; and

    c.  the Navy had only engaged in "preliminary efforts on potential remedial measures" to date.

Letter from J.G. Mayer, Captain, U.S. Navy, to Keith Kawaoka, Deputy Dir. for Env't Health, State of Haw. Dep't of Pub. Health (Jan. 14, 2021), *available at*

https://health.hawaii.gov/ust/files/2021/11/R-Navy.Response.NOI_.Release-of-HS-at-H-Pier1585-1.pdf.

220. As of January 21, 2021, the Navy was treating the 2020 Hotel Pier Discharges as "a 'remediation' effort [and] not an 'active' leak." Email from Trent Kalp, Captain, U.S. Navy, to Karlie Blake et al., Commander, U.S. Navy 1 (Draft Jan. 21, 2021).

221. On January 21, 2021, the Navy had "significant political concerns if ~~this~~ [the 2020 Hotel Pier Discharges] were to become an 'active' leak [because] 1) Activist organizations will use this to advance their anti-Red Hill narrative . . . at a sensitive time as the contested case hearing begins and legislative season starts, 2) community and regulator confidence in past, current and future pipeline pressure and tank tightness testing will be questioned . . . because we can only test to the fidelity of current technology." *Id.*

222. As of January 21, 2021, nearly a year after first reporting the 2020 Hotel Pier Discharges, the Navy was "pursuing a contractor . . . to definitely rule out an 'active' leak." *Id.*

223. As of January 27, 2021, "no leak ha[d] been confirmed" by the Navy at Hotel Pier. Email from Trent Kalp, U.S. Navy, to James Meyer, U.S. Navy 1 (Jan. 27, 2021).

224. In the February 1, 2021 internal email, the Navy's NOSC James Derrell Saul wrote "[t]here is still product in the water from H6 around the corner to H1 corner, but it is in globs, patches, and streaks now whereas before there were much larger areas with a solid layer of product." Email from James Saul, U.S. Navy, to Sherri Eng, U.S. Navy (Feb. 1, 2021).

225. On February 2, 2021, NOSC James Derrell Saul sent an email to DOH's Sherri Eng titled *Hotel Release Daily Situation Report 2/2/21*, in which he summarized

THIRD AMENDED COMPLAINT                          40                          1:22-cv-00272-LEK-RT

a February 2, 2021 visit to Hotel Pier with, among others, PENCO[1] staff, and representatives of DOH and the United States Coast Guard ("Coast Guard"). Email from James Saul, U.S. Navy, to Sherri Eng, U.S. Navy (Feb. 2, 2021).

226.    In the February 2, 2021 internal email, NOSC James Derrell Saul indicated that PENCO staff person Mr. DC Carter "was firm in his belief that there [was] an active leak" during the February 2, 2021 visit to Hotel Pier. *Id.*

227.    During the February 2, 2021 visit, NOSC James Derrell Saul observed that oil "sheen was escaping and the boom was improperly secured." *Id.*

228.    As of February 2021, PENCO was planning "to perform environmental response actions to contain, recover, and mitigate, the ongoing oil discharge into the waters of Pearl Harbor through the quay walls at the foot of Hotel Pier and the surrounding piers." Pac. Env't Corp., *Site Specific Health & Safety Plan for the Hotel Piers Spill Investigation & Mitigation, Pearl Harbor, Honolulu, Hawaii* at 4.0 (2021), *available at* https://health.hawaii.gov/ust/files/2021/11/PENCO-HOTEL-PIERS-HS-SITE-PLAN.pdf.

229.    On February 4, 2021, James G (Gordie) Meyer (CAPT USN NAVFAC HAWAII PEARL (USA)) sent an email to James R Sullivan (R CR USN NFEXWC PHE CA (USA)) at 11:42 am with the subject line *RE: JBPHH Potential Fuel Leak 0 Request EXWC assistance* in which he writes: "We have a relatively significant amount of fuel being released into the water at Pearl Harbor daily . . . could be from an active fuel line . . . not only environmental concern but also as it relates to the Red Hill fuel system." Email from James Meyer, Captain, U.S. Navy, to James Sullivan, Commander, U.S. Navy (Feb. 4, 2021).

230.    In the February 4, 2021 email, James G. (Gordie) Meyer wrote that the Navy "has done some pressure tests, most have passed, but the fidelity of the tests can't rule out a slow ongoing release." *Id.*

---

[1] Pacific Environmental Corporation, or PENCO, provides oil spill recovery and clean-up services to the Navy.

THIRD AMENDED COMPLAINT                    41                    1:22-cv-00272-LEK-RT

231.    In the February 4, 2021 email, Meyer wrote that "DOH is very interested in this ongoing fuel release and we would like to quell any concerns of this being an active released and tied to Red Hill (even if that tie is not accurate, the media and opponents to Red Hill don't care)." *Id.*

232.    On February 5, 2021, James R Sullivan (R CR USN NFEXWC PHE CA (USA)) sent an email to James G (Gordie) Meyer (CAPT USN NAVFAC HAWAII PEARL (USA)) at 11:37 am with the subject line *RE: JBPHH Potential Fuel Leak 0 Request EXWC assistance* in which he describes the need to "[i]dentify Source of JP5 currently observed seeping into Pearl Harbor." Email from James Sullivan, U.S. Navy, to James Meyer, U.S. Navy (Feb. 5, 2021).

233.    The document titled *2021 One-time Leak Detection Testing Report of 11 Sections of Petroleum Pipelines* states that it "documents the first time that leak detection testing ha[d] been performed on the 14 sections of petroleum pipelines associated with [Valve Station 3 (VS 3)]." Michael Baker Int'l, *2021 One-time Leak Detection Testing Report of 11 Sections of Petroleum Pipelines* at 1.

234.    The Incident Status Summary prepared by NOSC James Derrell Saul on March 17, 2021 states that "[d]aily efforts continue to locate the source[.]" Derrell Saul, Navy On-Scene Coordinator Representative, *U.S. Navy, Incident Status Summary* 1 (Mar. 17, 2021), *available at* https://health.hawaii.gov/ust/files/2021/11/R-INCIDENT-STATUS-SUMMARY-3-17-21.pdf.

235.    The source of the 2020 Hotel Pier Discharges remained unidentified for at least 365 days after the Navy initially notified DOH of the release.

236.    The Incident Status Summary prepared by NOSC James Derrell Saul on March 31, 2021 states that "excavation revealed a steady flow of fuel that replenishes when vacuumed out." Saul, *Incident Status Summary* at 3.

237.    As of May 2021, the Navy "presume[d]" that the 2020 Hotel Pier Discharges had "originated from a leaking underground fuel pipeline at the manifold

THIRD AMENDED COMPLAINT                    42                    1:22-cv-00272-LEK-RT

area adjoining the release points into Pearl Harbor and Hālawa Stream." Naval Facilities Eng'g Command, *Hotel Pier Plume Delineation Pearl Harbor Naval Supply Center* at 26.

238.    The 2020 Hotel Pier Discharges discharged petroleum from multiple release points into surface waters. *Id*.

239.    On June 30, 2021, DOH sent the Navy a letter stating that, based on available data—including specifically the pressure test failures and existing evidence of a release to surface waters—DOH "is confirm[ing] that a release from the Red Hill Bulk Storage Facility has occurred." Letter from Keith Kawaoka, Deputy Director for Env't Health, Haw. Dep't of Health, State of Haw., to Timothy Kott, Rear Admiral, U.S. Navy 1 (June 30, 2021).

240.    According to the Incident Status Summary prepared by NOSC James Derrell Saul on July 15, 2021, "[a]ll evidence continues to support the defuel line as the likely source" of the 2020 Hotel Pier Discharges. Derrell Saul, Navy On-Scene Coordinator Representative, U.S. Navy, *Incident Status Summary* 1 (July 15, 2021), *available at* https://health.hawaii.gov/ust/files/2021/11/INCIDENT-STATUS-SUMMARY-7-15-21.pdf.

241.    On August 2, 2021, the Navy sent DOH an INITIAL ABATEMENT MEASURES AND SITE ASSESSMENT, HOTEL PIER ("Initial Abatement Assessment") for DOH HEER INCIDENT RELEASE CASE NOS. 20200317-0914 AND 20200602-1345. Sherri Eng, U.S. Navy, *Initial Abatement Measures & Site Assessment, Hotel Pier* (August 2, 2021), *available at* https://health.hawaii.gov/ust/files/2021/11/R-2021-08-02-Hotel-Pier-initial-abatement-and-site-assessment.pdf.

242.    The Navy's August 2, 2021 Initial Abatement Assessment states that "[t]he cleanup and recovery actions . . . are currently ongoing." *Id*. at p. 1.

243.    On August 2, 2021, the Navy sent a letter to DOH in which it states that "[t]he recovery of product decreased from 40 to 50 gallons during the initial release, down to 1 to 2 gallons during the current period." Email from Sherri Eng, U.S. Navy, to Roxanne Kwon, Haw. Dep't of Health (Aug. 2, 2021) attachment at 1, *available at* https://health.hawaii.gov/ust/files/2021/11/R-2021-08-02-email-I-abatement-mea-site-assessment.pdf.

244.    On August 2, 2021, the Navy sent a letter to DOH in which it states that "[i]t is believed that the source of the release was the defuel line[,] which has been secured. Residual jet fuel/diesel and small amounts of historic product remain in the surrounding area, and are being recovered, but some amount will likely remain over time." *Id.* at 3.

### iii.    Ongoing Discharges from Hotel Pier to Surface Waters

245.    As of January 7, 2022, "clean up and recovery actions [related to the 2020 Hotel Pier Discharges] were ongoing." Commander, U.S. Navy, *Quarterly Release Response Report Hotel Pier* 5 (2022).

246.    As of January 7, 2022, the Navy had not definitively established the source of the 2020 Hotel Pier Discharges to waters of the United States. *Id*.

247.    As of January 7, 2022, the Navy had not definitively established the extent of the soil or water contamination caused by the 2020 Hotel Pier Discharges. *Id.* (Navy describes "[c]ontamination appears to be confined to area of Valve Station 3 (VS-3), and the area to the west.").

248.    As of June 13, 2024, the Navy has not drafted an environmental hazard evaluation and environmental hazard management plan to evaluate the hazards and future management strategy for petroleum contamination at Hotel Pier as recommended in the Navy's Hotel Pier Plume Delineation Report in May 2021. Naval Facilities Eng'g Systems Command Hawaii JBPHH, *Draft Hotel Pier Plume Delineation, Pearl Harbor Naval Supply Center* (May 2021) at 26.

THIRD AMENDED COMPLAINT                    44                    1:22-cv-00272-LEK-RT

249. On information and belief, the Navy has neither identified the source of the leak that caused 2020 Hotel Pier discharge or repaired it.

250. The Navy has not eliminated the source of the 2020 Hotel Pier discharge to waters of the United States.

251. Pursuant to the Final Emergency Order, the Navy contracted with Simpson Gumpertz & Heger Inc. ("SGH") to conduct an independent assessment of Facility integrity prior to defueling. On April 29, 2022, SGH issued a report (redacted) entitled Final Assessment Report, Assessment of Red Hill Underground Fuel Storage Facility, Pearl Harbor, Hawai`i (29 April 2022) ("SGH Assessment"). Simpson Gumpertz & Heger, Inc, *Final Assessment Report, Assessment of Red Hill Underground Fuel Storage Facility* (April 29, 2022).

252. The SGH Assessment referenced a 2019 Petroleum Oil, Lubricant (POL) Integrity Management Plan (IMP). The IMP highlights that Hotel Pier uses a polyvinyl chloride (PVC) FOR line to transport petroleum fuels. "The report states that "the existing PVC drain-pipe was installed with nitrile seals which the manufacturer states are not rated for fuel service." Fuel concentrations in waste stream can be 100% which may cause gaskets to break down over time. Should the gasket fail, the waste stream will drain into [Pearl Harbor]." Simpson Gumpertz & Heger, Inc, *Final Assessment Report, Assessment of Red Hill Underground Fuel Storage Facility* (April 29, 2022) at 71-72.

253. Despite recommendations in SGH's Assessment and JTF's Defueling Consolidated Repair/Enhancement List to replace the nitrile seals, in January 2023, the DOH approved the Navy's decision to not replace the nitrile seals on the PVC pipes at Hotel Pier prior to defueling. Haw. Dep't of Heath, *Enclosure to DOH Response to JTF-RH Response to DOH Requests for Information Regarding Red Hill Bulk Fuel Storage Facility Defueling Plan* (January 2023).

254. Further, site inspections performed by SGH between January 19, 2022 and April 18, 2022 identified "penetrations" in PVC lines that "are part of the

THIRD AMENDED COMPLAINT                    45                    1:22-cv-00272-LEK-RT

collection system for spills and fluid within the trough that contains the fuel pipe" directly under Hotel Pier. *Id*. at 134.

255.    According to the SGH Assessment, SGH engineers also identified delaminated bent caps at Hotel Pier between January 19, 2022 and April 18, 2022. *Id*.

256.    SGH made more than 200 recommendations for repairs in its 800-page Assessment, 43 of which were deemed necessary for defueling. Simpson Gumpertz & Heger, Inc, *Final Assessment Report, Assessment of Red Hill Underground Fuel Storage Facility* (April 29, 2022).

257.    However, the hundreds of repairs recommended by SGH do not encompass all repairs required to rehabilitate the Facility. They include only a small sub-set of repairs deemed essential for safe defueling.

258.    The SGH Assessment specifically documents extensive pipe corrosion, pipe pitting, pipe hanger failure, severe valve corrosion, and improper pipe routing, at Hotel, Kilo, Sierra, Mike and Bravo piers. *Id.* at 158–165.

259.    By October 24, 2022, the JTF-RH identified 253 repairs and enhancements necessary for defueling. Twenty-four of these repairs were specific to Hotel Pier. Joint Task Force- Red Hill, *Defueling Consolidated Repair/Enhancement List* (October 24, 2022).

260.    As of January 2033, the DOH identified approximately 27 pipeline repairs which it determined to be "more than minor" and a potential reason to pause defueling.  Issues identified by DOH includes a 55% metal loss in pipe walls of a FOR pipeline. DOH also identified severe corrosion and pitting at several locations between ADIT 3 and S-311 with wall loss estimated at 60%-79%. Haw. Dep't of Heath, *Enclosure to DOH Response to JTF-RH Response to DOH Requests for Information Regarding Red Hill Bulk Fuel Storage Facility Defueling Plan* (January 2023).

261.    Repairs to the Hotel Pier FOR pipeline were deemed unnecessary by the DOH and Navy and thus not completed prior to defueling. The FOR pipeline primarily

collects stormwater but will collect fuel if released onto Hotel Pier. Joint Task Force-Red Hill, *Defueling Consolidated Repair/Enhancement List* (October 24, 2022).

262.    Pipeline infrastructure at Hotel Pier was in poor condition before and during defueling.

263.    As of the filing of this complaint, Hotel Pier remains in use to transport fuel and the infrastructure at Hotel Pier remains in poor condition.

264.    Hotel Pier is not subject to closure under the Final Emergency Order or the 2023 Consent Order.

265.    Piping at Hotel Pier is over Pu`ulo and/or in Pu`uloa during high tide.

266.    Fuel is transported through a commercial multi-product pipeline over Hālawa Stream to Hotel Pier.

267.    The Navy has discharged pollutants, including but not limited to petroleum products such as jet fuel, from a point source into Hālawa Stream in the vicinity of Hotel Pier.

268.    The Navy has discharged pollutants, including but not limited to petroleum products such as fuel, from a point source into Pu`uloa in the vicinity of Hotel Pier.

### iv.    **2021 Kilo Pier Discharge**

269.    On July 16, 2021, the Navy discharged petroleum from a pipeline into Pu`uloa at Kilo Pier ("Kilo Pier Discharge"). Letter from Sherri Eng, Dir., Reg'l Env't Dep't, U.S. Navy, to Roxanne Kwan, Haw. Dep't of Health (July 23, 2021); *DOH Decision and Order.*

270.    The Kilo Pier Discharge was reported to DOH on July 16, 2021 at approximately 9:25 p.m. Letter from Kathleen Ho, Deputy Director for Env't Health, to Timothy Kott, Rear Admiral, U.S. Navy (Sept. 20, 2021).

271.    On July 23, 2021, the Navy submitted a confirmed release notification form ("Confirmed Release Form") to DOH stating that approximately 150 gallons of diesel fuel was released at Kilo Pier from DOH facility identification number 9-

102271. Sherri Eng, Dir., Reg'l Env't Dep't, U.S. Navy, *Confirmed Release Notification Form* 2 (July 23, 2021).

272. The Kilo Pier Discharge occurred into a boomed area of Pu`uloa at Wharf K10 and/or Wharf K11. *Id*. at 1.

273. The July 23, 2021 Confirmed Release Form identifies the source of the release as piping. *Id.* at 2.

274. The July 23, 2021 Confirmed Release Form identifies the cause of the release as "corrosion." *Id.*

275. The July 23, 2021 Confirmed Release Form states that the area into which the release occurred was "already boomed." *Id.*

276. DOH sent the Navy a letter on September 20, 2021, regarding the release of F76 marine diesel fuel at "Wharf K-10/11 (aka Kilo Wharf/Pier)" into the surface waters of Pu`uloa. Letter from Kathleen Ho, Deputy Director for Env't Health, to Timothy Kott, Rear Admiral, U.S. Navy at 2.

277. According to the September 20, 2021 letter from DOH, the Navy stated that the Kilo Pier Discharge was caused by corrosion at the ten (10) inch multipurpose fuel line that is visible and located beneath Kilo Wharf/Pier on Astoria Street. *Id*.

278. According to the September 20, 2021 letter from DOH, the multipurpose fuel line that was the source of the Kilo Pier Discharge is connected to Valve Station 3 (VS-3). *Id.*

279. The Kilo Pier pipeline is designated as a multi-product pipeline with connections to the F-76, JP-5, and F-24 pipelines at Valve Station 3 (VS-3). Michael Baker Int'l, *2021 One-time Leak Detection Testing Report of 11 Sections of Petroleum Pipelines* at 1.

280. According to the September 20, 2021 letter from DOH, the Kilo Pier Discharge continued for one week. Letter from Kathleen Ho, Deputy Director for Env't Health, to Timothy Kott, Rear Admiral, U.S. Navy at 2.

THIRD AMENDED COMPLAINT                    48                    1:22-cv-00272-LEK-RT

v.     **Ongoing Discharges from Kilo Pier to Surface Waters**

281.    As of the filing of this Complaint, Kilo Pier actively transports fuel and remains in use by the Navy. Kilo Pier is not subject to closure under the Final Emergency Order or the 2023 Consent Order.

282.    Kilo pier was last modified in 2013- prior to the 2021 Kilo Discharge. Simpson Gumpertz & Heger, Inc, *Final Assessment Report, Assessment of Red Hill Underground Fuel Storage Facility* (April 29, 2022) at 71.

283.    Kilo Pier is divided into several berthing locations. In its April 2022 Assessment Report, SGH identified one or more berthing locations at Kilo Pier as "serious" as defined by "advanced deterioration, overstressing or breakage may have significantly affected the load-bearing capacity of primary structural components. The SGH report stated that "local failures are possible" if repairs apprised at approximately $36.7 M are not made. *Id*.

284.    On information and belief, repairs valued at $36.7 M have not been made at Kilo Pier since this finding in 2022.

285.    Further, site inspections performed by SGH between January 19, 2022 and April 18, 2022 identified an active leak from a corroded water pipe on the underside of Kilo Pier directly into Pu'loa. Simpson Gumpertz & Heger, Inc, *Final Assessment Report, Assessment of Red Hill Underground Fuel Storage Facility* (April 29, 2022) at 136.

286.    Piping at Hotel Kilo is over Pu`ulo and/or in Pu`uloa during high tide.

287.    Poor infrastructure at Kilo Pier contribute to ongoing discharges from Kilo Pier to surface water as the filing of the complaint in this action before and after defueling.

288.    The Navy has discharged pollutants, including but not limited to petroleum products such as jet fuel, from a point source into Hālawa Stream in the vicinity of Hotel Kilo.

289. The Navy has discharged pollutants, including but not limited to petroleum products such as fuel, from a point source into Pu`uloa in the vicinity of Hotel Kilo.

**G. Environmental Impacts of Oil Spills**

290. Petroleum can be rapidly lethal to fish, birds, mammals, and shoreline organisms due to the readily dissolved components of oil and the physical effects of smothering and destruction of the thermal insulation and buoyancy provided by fur and feathers.

291. Chronic and sublethal effects are associated with the less soluble components of oil such as the polycyclic aromatic hydrocarbons, and some effects may be expressed long after brief exposures.

292. Exposure to oil can occur through coating of the epidermis (skin, fur, feathers), inhalation of aerosols of particulate oil and volatile hydrocarbons by air-breathing wildlife in contact with surface oil, ingestion of oil by birds and mammals via preening, and ingestion of contaminated sediments and plant materials.

293. Oil can be acutely toxic to fish in the 24- to 48-hour period following a discharge or spill.

294. This acute toxicity is typically attributable to the light molecular weight petroleum hydrocarbons such as benzene, toluene, ethylbenzene, xylene, and other light petroleum distillates.

295. Effects include the first genetic and molecular responses of cells to impacts on rates of reproduction, growth, disease, and survival.

**H. History of Leaks, Spills, Releases, and Discharges from Red Hill (1943–2017)**

296. The Facility became operational in 1943.

297. Between its construction and 1995, "public access [was prohibited] and independent investigations were not conducted" at Red Hill. *2008 Groundwater Protection Plan* at 1-2.

THIRD AMENDED COMPLAINT 50 1:22-cv-00272-LEK-RT

298.     The Navy acknowledges that records from that era indicate that "one or more" tanks leaked. *2014 Groundwater Protection Plan Interim Update* at 1-3.

299.     The Navy does not possess accurate records or other accounts of spills, leaks, releases, and discharges of petroleum contaminants ("Release Incidents") from Red Hill between 1943 and 2017.

300.     The Navy's records verify at least seventy (70) Release Incidents from Red Hill between 1943 and 2017, i.e., an average rate of nearly one (1) documented Release Incident per year of operation.

301.     The total amount of fuel released during the seventy (70) recorded Release Incidents is unknown, even to the Navy.

302.     According to DOH, it is "more likely than not" that the Navy has "understated the true number of releases [and] total volume of fuel actually released" from the Facility. Haw. Dep't of Health, Hearings Officer's Proposed Decision and Order, Findings of Fact, and Conclusions of Law (Dec. 27, 2021) 6 (¶ 25) affirmed by DOH, Final Decision, Order, Findings of Fact, and Conclusions of Law (Jan. 3, 2022) ("*DOH Decision and Order*").

303.     Some examples of Release Incidents between 1943 and 1998 from the USTs for which the Navy does have records (or partial records) include:

    a.  in October of 1947, the Navy reports a "leak noted; unknown amount" at Tank 2, after which the UST was emptied;

    b.  in July of 1949, Tank 16 released approximately 11,000 gallons over eleven (11) days, but the records have "no additional information;"

    c.  several months later in December of 1949, Tank 16 released approximately 18,000 gallons over four (4) days;

    d.  between April and May of 1958 "[a]pproximately 1500 gallons leaked from" Tank 9;

    e.  in June 1969 Tank 17 was leaking at a rate of approximately 1 gallon per 1.5 minutes over at many as 24-hours;

f.  between August 1970 and April 1972, Tank 1 experienced an "[u]nexplained fuel drop amounting to 31,294 gallons;"

g.  between May 1975 and August 1978, the Navy reports that Tank 1 again experienced an "[u]nexplained fuel drop," this time "amounting to 32,765 gallons;"

h.  in January, July, September, and October of 1981, the Navy reports the discovery of "severe" and other leaks in Tanks, 10, 13, 15, and 16 following tank repair projects, but the Navy has "no details;" and

i.  in 1998 the Navy reported finding "holes in the steel liner" of Tank 19 during a maintenance project. *2008 Groundwater Protection Plan* at 3-2, 3-5.

304.  In 2014, the Navy stated that "[p]revious Site Investigations (SIs) at the Facility showed that past [] releases have contaminated the fractured basalt, basal groundwater, and soil vapor beneath the Facility with petroleum hydrocarbons." *2014 Groundwater Protection Plan Interim Update* at ES-1.

305.  Starting on January 13, 2014, the Navy reported a Release Incident of JP-8 fuel from Tank 5 ("2014 Release Incident"), one month after placing Tank 5 back into service after routine scheduled maintenance, including cleaning, inspection, and repairs.

306.  The 2014 Release Incident continued for at least five (5) days until January 18, 2014.

307.  The Navy estimates that at least 27,000 gallons were released during the 2014 Release Incident. 2015 AOC at 5.

308.  The Navy has been unable to determine the total about of fuel released to the environment from Tank 5 between January 13 and 18, 2014. 2015 AOC at 5.

309.  The Navy was unable to locate any of the fuel released during the 2014 Release Incident despite conducting multiple investigations. 2015 AOC at 5.

310.   The Navy's groundwater monitoring well nearest to Tank 5 showed a "signature spike of petroleum products" following the 2014 Release Incident. Petitioner's Post-Hr'g Mem. at 9 (¶ 37), In the Matter of Red Hill Bulk Fuel Storage Facility, U.S. EPA Dkt. No. RCRA 7003-R9-2015-01, Haw. Dep't of Health Dkt. No. 15-UST-EA-01 (2015) ("HBWS Post-Hr'g Mem.").

311.   The Navy's groundwater monitoring program confirmed that fuel released during the 2014 Release Incident was not contained within the Facility.

312.   Following the 2014 Release Incident, U.S. EPA, U.S. EPA Region IX, DOH, the Navy, and the Defense Logistics Agency initiated a process to negotiate the 2015 AOC Administrative Order on Consent.

313.   The 2015 AOC was structured to establish a process for collecting the necessary data and evaluating technical solutions to address past fuel releases, and to reduce the potential for future releases.

314.   On September 28, 2015, U.S. EPA, U.S. EPA Region IX, DOH, the Navy, and the Defense Logistics Agency executed the 2015 AOC.

315.   To date, the Navy has completed some data collection and evaluation work required by the 2015 AOC.

316.   Many of the deliverables required by the 2015 AOC were never completed or approved by state or federal regulators, including key Navy reports, and the Navy's tank upgrade proposals.

317.   On February 24, 2022, HBWS manager and chief engineer Ernie Lau said, "there's still no real progress on the [2015] AOC." Christina Jedra, *Regulators Were Watching the Navy's Red Hill Fuel Facility. What Went Wrong?*, Honolulu Civil Beat (Feb. 24, 2022), available at http://www.civilbeat.org/2022/02/regulators-were-watching-the-navys-red-hill-fuel-facility-what-went-wrong/.

318.   In addition to Release Incidents at the Facility's USTs, leaks and spills from the Facility's pipeline infrastructure have resulted in contamination of Pu'uloa, Hālawa Stream, and other surface waters.

319.    In 1989, the Navy's investigation in the area near Valve Station 3 (VS-3) at Hotel Pier found soils contaminated with hydrocarbons. Mendoza, *Pearl Harbor Hotel Pier Release* at 3.

320.    In 1992, the area that includes Hotel Pier and Valve Station 3 was listed on the National Priorities List.[2] *Id*.

321.    Between 1992 and 1996, a Remedial Investigation identified a subsurface plume containing diesel fuel (F-76) and residual oil adjacent to Hotel Pier. *Id*. at 4.

322.    In 1994, the Navy released approximately 8,000 gallons of waste oil to the environment near Hotel Pier. *Id.*

323.    In 1997, the Navy released at least 2,500 gallons of F-76 to the environment near Hotel Pier due to a damaged pressure gauge. *Id.*

324.    In 1997, a Remedial Investigation/Feasibility Study[3] identified a subsurface petroleum plume of approximately 127,000 gallons adjacent to Hotel Pier that was discharging into Pu`uloa. Naval Facilities Eng'g Command, *Hotel Pier Plume Delineation Pearl Harbor Naval Supply Center* at 2.

325.    The Navy suspected the source of the 127,000-gallon leak was Valve Station 3 (VS-3) and related subsurface petroleum pipelines. *Id*.

326.    In 1999, the Navy identified electrical lines, sewer and utility lines, and storm drains located throughout the Hotel Pier site were acting as preferential pathways for the migration and discharge of subsurface petroleum contaminants into Pu`uloa. *Id*. at 9.

327.    In 2001, the Navy installed liners, collection sumps, skimming equipment, and cutoff walls in the storm drain near Hotel Pier in an effort to limit contaminant discharge into Pu`uloa. *Id*.

---

[2] The National Priorities List is the priority list of hazardous waste sites in the United States eligible for long-term remedial investigation and remedial action (cleanup) financed by the federal Superfund program under the Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA).

[3] A Remedial Investigation/Feasibility Study is a CERCLA process for defining the nature and extent of contamination, assessing risk to human health and the environment, and developing a cleanup strategy to eliminate potentially harmful human health and environmental impacts.

328. A 2015 report assessing pipeline integrity recommended "[i]solating and temporarily deactivating or permanently closing the defuel line on the Hotel Pier." Enter. Eng'g, Inc., *Integrity Management Plan – POL Pipelines NAVSUP FLC Pearl Harbor, HI (PRL)* 6 (Interim Final Submission, 2015).

329. On August 23, 2016, the Navy stated the following with respect to the historical contaminant plume near Hotel Pier: "The sources of subsurface petroleum may have been spills in the vicinity of Valve Station 3 (VS-3), associated subsurface product lines for VS-3, and subsurface pipelines running parallel to [REDACTION] (ATS 2014)." Naval Facilities Eng'g Command, *Annual Performance Monitoring Report Product Recovery System Remedial Action Area* 1 (RAA-1) 1-1 (2015), *available at* https://health.hawaii.gov/ust/files/2021/11/42nd.HPier_.Monitoring.Report.pdf; *see also* Naval Facilities Eng'g Command, *Annual Performance Monitoring Report Product Recovery System Remedial Action Area* 1 (RAA-1) 1-1 (2016), *available at* https://health.hawaii.gov/ust/files/2021/11/43AnnualReport.HPier2017.pdf.

330. During the last assessment of the subsurface petroleum plume near Hotel Pier in September 2017 the Navy found ongoing contamination, including a 2.4-inch thick layer of contaminants. Naval Facilities Eng'g Command, *Hotel Pier Plume Delineation Pearl Harbor Naval Supply Center* at 10.

331. Nearly twenty (20) years after identifying the massive underground plume of petroleum contamination near Hotel Pier, significant pollution remained on site.

332. DOH has characterized the history of leaks, spills, discharges, and releases from Red Hill as "damning." *DOH Decision and Order* at 14 (¶ 65).

   i. **2021 Releases**

333. On May 6, 2021, fuel was released from Red Hill ("May 2021 Release Incident") during the refueling of Tank 20.

THIRD AMENDED COMPLAINT                55                1:22-cv-00272-LEK-RT

334.    The May 2021 Release Incident occurred despite actions taken by the Navy as part of its efforts to comply with the 2015 AOC.

335.    The May 2021 Release Incident occurred during the refueling of Tank 20.

336.    On or about October 14, 2021, the Navy made public a report containing the findings of its investigation into the May 2021 Release Incident.

337.    According to the report released on October 14, 2021, "[t]he estimated amount of JP-5 released in the lower Red Hill tunnel on 6 May is 1,618 gallons. 1,580 gallons were recovered, for a difference of approximately 38 gallons." Dep. Officer in Charge, NAVSUP Naval Petroleum Office, Mem. to Commander, NAVSUP (Sept. 15, 2021).

338.    As of February 25, 2022, the Navy revised the estimate of fuel released during the May 2021 Release Event upward from approximately 1,600 gallons to approximately 19,000 gallons.

339.    In May 2021, the Navy assured DOH and the public that fuel lost during May 2021 Release Incident did not reach the environment, i.e., was contained and/or captured inside the Facility.

340.    Two weeks before the May 2021 Release Incident, soil vapor monitor readings of volatile organic compounds near Tank 20 ranged between 173 and 223 parts per billion by volume (ppbv).

341.    On May 13, 2021, volatile organic compounds measurements near Tank 20 reached 232,667 ppbv.

342.    Fuel released during the May 2021 Release Incident reached the environment.

343.    On May 6, 2021, the Facility's "out of balance alarm in the [Automated Fuel Handling System]," which warns operators when the amount of fuel moving from source to destination is unequal was not, *but could have been*, set to alert operators of a 1,632-gallon imbalance.

THIRD AMENDED COMPLAINT                        56                        1:22-cv-00272-LEK-RT

344.    On October 28, 2021, Capitan Gordie Meyer told members of the DOH Fuel Tank Advisory Committee that the Navy could safely operate Red Hill going forward.

345.    On November 20, 2021, fuel was released from Red Hill ("November 2021 Release Incident") despite Capitan Gordie Meyer's assurances.

346.    The Navy has publicly stated that as much as 3,322 gallons of fuel reached the Aquifer as a result of the November 2021 Release Incident.

347.    The Navy initially reported that the fuel released during the November 2021 Release Incident was from a pipe associated with the Facility's fire suppression system.

348.    The Navy initially reported that there was no evidence indicating that the fuel released during the November 2021 Release Incident had reached the environment.

349.    The Navy initially reported that there was no evidence indicating that any drinking water source had been affected by the November 2021 Release Incident.

350.    The Navy initially reported that the amount of fuel released during the November 2021 Release Incident was approximately 14,000 gallons.

351.    In 2022, the Navy revised its estimate of how much fuel was released during the November 2021 Release Incident upward to approximately 19,000 gallons.

352.    On November 27, 2021, the Navy suspended its use of and operations at Red Hill.

353.    The Navy did not does not publicly disclose its suspension on use and operations of Red Hill on November 27, 2021.

354.    The Red Hill Shaft well is the closest of approximately five (5) wells in the vicinity of the Red Hill USTs.

355.    Water from the Red Hill Shaft well is used to supply water to as many as 93,000 individuals, mostly residents of military housing on and near JBPHH.

THIRD AMENDED COMPLAINT          57          1:22-cv-00272-LEK-RT

356.    By November 28, 2021, the Navy had received multiple complaints from residents receiving water from the Navy's water distribution system.

357.    On November 29, 2021, DOH issued a public health advisory telling families served by the Navy's water distribution system to avoid any use of water in their home which might expose them to the contamination—no drinking, cooking, washing, etc.

358.    Resident's complaints included reports of petroleum smell, chemical taste, and oily sheen in tap water.

359.    Individuals that consumed contaminated water reported suffering from nausea, stomach cramps, vomiting, skin rashes, sore throats, burning eyes, difficulty breathing, and headaches.

360.    Some individuals who consumed water contaminated with petroleum released during the November 2021 Release Incident required emergency medical attention.

361.    On December 1, 2021, testing showed petroleum contamination in water being distributed to school children at Red Hill Elementary, which is served by the Navy's water system.

362.    On December 2, 2021, the Navy confirmed that multiple tests had established the presence of volatile hydrocarbons associated with JP-5 or diesel fuel in Red Hill Shaft well.

363.    On December 6, 2021, the Navy finally makes a public disclosure that it suspended use and operation of Red Hill in November.

364.    As of February 25, 2022, the Navy public position was that fuel released during the November 2021 Release Incident reached the Aquifer via a drain line located in one of the Facility's tunnels.

365.    The Navy has acknowledged that it was unaware that the drain line existed at the time of the November 2021 Release Incident.

THIRD AMENDED COMPLAINT                    58                    1:22-cv-00272-LEK-RT

366.    The Navy became aware of the drain line when personnel reviewed schematics of the Facility from 1941.

367.    On December 2, 2021, HBWS shut down Hālawa Shaft as a precautionary measure because, in the words of HBWS manager and chief engineer Ernie Lau, water distributed to consumers draws water "from the same glass" as the Navy's contaminated Red Hill Shaft well.

368.    By December 10, 2021, HBWS had shuttered two additional wells due to fears that continued pumping could cause migration of the contaminant plume further into the Aquifer.

369.    The Navy lacks a sufficient understanding of how water moves in the Aquifer to determine when or if contamination will migrate into the HBWS Hālawa Shaft, ʻAiea and Hālawa wells that supply Honolulu and surrounding communities.

370.    On December 10, 2021, the Navy reported that results of analyses of water samples collected on December 5, 2021 from the Red Hill Shaft well, including for Total Petroleum Hydrocarbons as diesel ("TPH-d").

371.    The DOH Environmental Action Level ("EAL") for TPH-d is 400 micrograms per liter ("µg/L").

372.    EALs are contaminant concentration below which DOH assumes there is not a significant threat to human health or the environment.

373.    The Navy's analyses showed TPH-d as high as 140,000 µg/L in water collected at the Red Hill Shaft well.

374.    DOH has called the contamination caused by the November 2021 Release Incident a "humanitarian and environmental emergency and disaster." Haw. Dep't of Health, *Emergency Order* (Dec. 6, 2021); *DOH Decision and Order* at ¶ 39.

I.    **Risk Assessments and Facility Integrity (2010-2022)**

375.    In 2010, the Navy concluded that that "the age of the [F]acility presents a future risk of a moderate to large release of fuel to the underlying groundwater." Naval Audit Service, *Audit Report N2010-0049*.

376.    Corrosion is a pervasive threat to the integrity of the Facility's infrastructure, including but not limited to the USTs, pipelines, and valve systems. *See e.g.*, Enter. Eng'g, Inc., *Integrity Management Plan – POL Pipelines NAVSUP FLC Pearl Harbor, HI (PRL)* at 3 (recommending urgent repair of an F-76 pipeline identified as "critical infrastructure" due to "84% wall loss" caused by corrosion); *see also* Enter. Eng'g, Inc., *FLEET LOGISTICS CENTER (FLC) PEARL HARBOR JOINT BASE PEARL HARBOR HICKAM, HAWAII (PRL) POL Pipelines Integrity Management Plan (IMP)* B-14 (2019) (identifying one hundred ten (110) pipe supports on F-24, F-76, and JP-5 pipelines at Hotel Pier as "corroded beyond repair.")

377.    A 2015 report assessing pipeline integrity identified the need to "[r]epair[] failing [pipeline] coatings throughout the" Facility, including specifically at Mike Pier. Enter. Eng'g Inc. *Integrity Management Plan – POL Pipelines NAVSUP FLC Pearl Harbor, HI (PRL)* at 6.

378.    Naval Facilities Engineering Command released a Technical Report in September 2016 titled "Final Pigging Completion Report: Inspection and Repair of Red Hill Pipelines" ("2016 Pipeline Inspection Report"). Naval Facilities Eng'g Command, *FINAL PIGGING COMPLETION REPORT* (2016).

379.    The 2016 Pipeline Inspection Report identified hundreds of pipeline "anomalies" and other concerns, e.g., a 70.8% loss of metal due to corrosion in one section of the JP-8 pipeline, requiring "mandatory" repairs that "[a]re critical to the hydraulic and structural integrity of the piping." *Id.* at 8.

380.    The Navy has not completed all of the pipeline repairs recommended in the 2016 Pipeline Inspection Report.

381.    In 2018, the Navy contracted for a study called the *Quantitative Risk and Vulnerability Assessment (Phase I)* ("2018 Risk Assessment").

382.    Among the goals of the 2018 Risk Assessment was to assess the Facility's potential for future releases to the environment, including specifically to the Aquifer.

THIRD AMENDED COMPLAINT                    60                    1:22-cv-00272-LEK-RT

383. The Navy's 2018 Risk Assessment identified the Facility as "high-risk," i.e., there is a high probability of a future releases from the Facility to the Aquifer.

384. According to the 2018 Risk Assessment, 5,806 gallons of fuel will be released each year (Facility-wide) from chronic, undetected leaks.

385. The 2018 Risk Assessment identified probabilities for fuel releases from the Facility in the near and foreseeable future.

386. In 2019, Naval Supply Systems Command ("NAVSUP") conducted inspections of Navy fuel operations in Hawai`i, including but not limited to operations at Red Hill.

387. NAVSUP inspectors prepared a report containing findings from the 2019 inspections.

388. NAVSUP inspectors reported, among others, the following problems with the Navy's fuel operations:

    a. Leadership was not aware of its oversight responsibilities;

    b. Maintenance programs were insufficient;

    c. Failures to accurately certify and document inventory;

    d. Annual spill prevention trainings were not being conducted as required by state law;

    e. Minor leaks were not being cleaned up;

    f. The sources of leaks were not being fixed;

    g. Valves that should have been closed were left open; and

    h. Personnel were intentionally discharging fuel into secondary containment rather than following proper procedures.

389. In 2021, the HBWS expressed its concern that "corrosion that leads to through-wall holes in the ¼-inch thick steel liner used to contain fuel is well documented." HBWS Post-Hr'g Mem. at 6.

390. The Navy has documented through-wall holes in Tanks 2, 5, 6, 10, 15, 16, 17, 19, and 20.

391.    In a report first released to the public on January 20, 2022, the Navy stated the following:

   a.  "The Navy is responsible for the 6 May 2021 and 20 November 2021 fuel spills at the Red Hill Bulk Fuel Storage Facility (Red Hill) and subsequent water contamination;"

   b.  "[The Navy's] investigation [] revealed several preventable contributing factors including a culture of procedural non-compliance; material deficiencies; poor training and supervision; ineffective command and control; absence of ownership regarding operational safety; unacceptable immediate response actions, including a lack of timely, accurate, and thorough reporting; and a fundamentally flawed investigative process concerning the 6 May 2021 spill;" and

   c.  There are ongoing and "significant risks presented by fuel storage and transfer operations" at Red Hill, as well as other fuel storage facilities managed by the Navy around the world. Christopher J. Cavanaugh, U.S. Navy, *Command Investigation into the 6 May 2021 and 20 November 2021 Incidents at Red Hill Bulk Fuel Storage Facility* 4 (Jan. 20, 2022).

392.    As part of its April 2022 Assessment, SGH reviewed existing reports on tanks, pipelines, and piers at the Facility. Simpson Gumpertz & Heger, Inc, *Final Assessment Report, Assessment of Red Hill Underground Fuel Storage Facility* (April 29, 2022) at 20–80.

393.    SGH also conducted walk throughs, observing and photographing current conditions at the Facility. *Id.* at 89–164.

394.    SGH also modeled the risk of pipeline failures during defueling of the Facility. *Id.* at 212–243.

395.    The SGH Assessment documents extensive pipeline corrosion, failed coatings, improper repairs, inadequate pipe supports, inappropriate connections and

valving, and other failures in operation and management of the Facility by the Navy. *Id*. at 89–164.

396.    SGH stress modeling found that stresses on existing pipelines at the Facility will exceed acceptable levels during defueling at least five locations, with two significantly overstressed by defueling. *Id.* at 213, 216, 217, 225, 236.

397.    The SGH Assessment concludes that the "conditions observed in all tanks is similar[, and that] scanning has revealed numerous weld defects, including lack of fusion, porosity, and [] cracking." *Id*. at 200.

398.    The SGH Assessment contains a list of tasks to that must be completed at the Facility before defueling can be safely conducted. *Id.* at 303–307.

399.    The SGH Assessment recommends a total of twenty-nine (29) tasks, including development of procedures and manuals, pipe repairs and reconfiguration, valve and coupling replacement, and system evaluation. *Id.*

400.    Twelve (12) of the recommendations are characterized as high priority, which SGH defines as "critical to the hydraulic and structural integrity of the piping." *Id*.

**J.      ENVIRONMENTAL MONITORING AND REPORTING**

401.    Despite unambiguous guidance from DOH, and in conflict with the recommendations of internal Navy audits, the Facility's USTs were not equipped with precision leak detection systems. *HBWS Proposed Findings of Fact, Conclusions of Law, and Recommended Decision* at 17, ¶ 58; Naval Audit Service, *Audit Report N2010-0049* at 20.

402.    The absence of leak detection technology meant that the Navy could not and cannot accurately or quickly detect, and therefore respond to, leaks and spills. *Id.* at 20.

403.    As a result, the Navy relied heavily on "indirect" sources of data— including specifically soil vapor, groundwater, and rock core sampling—to assess if

and when leaks and spills occurred, and then to characterize the size and impact of spills that have occurred.

404.    In 2008, the Navy conducted soil vapor monitoring under at least eighteen (18) of the USTs. "[T]he highest soil vapor readings are beneath Tanks 6, 16, 14, 11, and 12." *2008 Groundwater Protection Plan* (2008) at 1-7.

405.    Recent testimony given by the Navy in hearings before DOH described "elevated or pronounced spikes of soil vapor readings at Tanks 20, 17, 18, 16, and 15 in particular" indicating the continued presence of vapor forming chemicals beneath the USTs.*HBWS Post-Hr'g Mem*. at 7.

406.    For decades, groundwater monitoring data collected at monitoring wells located under and near the Facility establish beyond dispute that fuel releases impact the Aquifer (see IMAGE 3).

**IMAGE 3**
Groundwater Contamination in Monitoring Well RHMW02 (2005-2019)



[Source: Honolulu Board of Water Supply]

407.    Samples collected between 2005 and 2009 demonstrate ongoing contamination of the groundwater above DOH Environmental Action Levels, which are pollutant concentrations below which DOH asserts there is no threat to human health or the environment. Naval Audit Service, *Audit Report N2010-0049* at 11–12.

408. The Navy's data show that Red Hill Monitoring Well No. 2 ("RHMW02"), which is located near the middle of the Facility, consistently exhibits the highest levels of contamination, particularly TPH. *Id*. at 12–13.

409. In the early 2000s, the Navy performed transverse rock-core analyses beneath each tank. 2015 AOC at 5. The study revealed evidence of petroleum staining beneath nineteen (19) of the Facility's twenty tanks. 2015 AOC at 5; *see also* Red Hill Bulk Fuel Storage Facility Community Informational Briefing, PURE WATER HAWAII, http://purewaterhawaii.org/red-hill-bulk-fuel-storage-facility-community-informational-briefing (last visited Sept. 3, 2021).

410. According to the Navy, "[t]he most likely source of the petroleum contamination [in rock core samples] was from the USTs, although it is possible that the leaks could have originated from buried piping or spills in the tunnels that seeped into the rock." *2014 Groundwater Protection Plan Interim Update* at 1-6.

411. Soil vapor, rock core, and groundwater monitoring data collected and reported by the Navy confirm "disposal" of petroleum contaminants from the Facility to the environment, including to the Aquifer.

412. Following the November 20, 2021 release of 19,000 gallons of petroleum described below, the Navy expanded groundwater sampling for petroleum constituents by creating a plan to install new groundwater monitoring wells.

413. The Navy agreed to install a minimum of 22 new groundwater monitoring wells in 2022 and 2023 in accordance with the September 2, 2022 Work Plan conditionally approved by the Regulatory Agencies on September 29, 2022,

414. These 22 new wells include "sentinel wells" intended to better evaluate the threat to regional water supply sources.

415. On or about October 21, 2022, the Navy began, for the first time, making the sampling results public by posting the sampling results on its website. http://jbphh-safewaters.org.

416. Data of soil and groundwater testing posted between December 5, 2022 and April 21, 2023 establish the presences of petroleum pollutants at twenty-five (25) Navy wells located at or around the Facility.

417. The twenty-five (25) Navy wells in which petroleum contaminants were detected include without limitation: HDMW2253-03, NMW24, RHMW01, RHAMW01R, RHMW02, RHMW03, RHMW04, RHWM06, RHMW08, RHMW09, RHMW11-05, RHMW12A, RHMW13-05, RHMW14-03, RHMW15-05, RHMW16, RHMW17, RHMW19, RHMW2254-01, RHP01, RHP03, RHP04A, RHP04B, and RHP04C.

418. Following the identification of Total Petroleum Hydrocarbons ("TPH") in the Navy's Aiea-Halawa well, HBWS closed one of its municipal supply wells, located 1.5 miles away downflow from the Navy Aiea-Halawa well.

### K. HUMAN HEALTH IMPACTS OF PETROLEUM EXPOSURE

419. Petroleum-based fuels have been released to the environment from Red Hill, including to Red Hill Shaft.

420. Fuels released from Red Hill are composed of a heterogeneous mixture of chemical constituents.

421. The primary contaminants of concern in fuels released from Red Hill to the Aquifer are middle distillates, which include lead, Total Petroleum Hydrocarbons ("TPH"), benzene, toluene, ethylbenzene, xylenes, naphthalene, 1-methylnaphthalenes, and 2-methylnaphthalenes.

422. Exposure to these toxic contaminants is harmful to human health. 2015 AOC at 6.

423. Since at least November 28, 2021, residents, schools, businesses, churches, and others served by the Navy's water distribution system have been exposed to toxic pollutants.

424. Exposed individuals have reported suffering from numerous ailments, including nausea, stomach cramps, vomiting, skin rashes, sore throats, burning eyes,

THIRD AMENDED COMPLAINT 66 1:22-cv-00272-LEK-RT

difficulty breathing, and headaches—including illness requiring emergency medical attention.

425. Approximately 6,000 people sought medical attention for ailments related to their exposure between November 20, 2021 and August 9, 2022.

426. So severe are the health impacts that state and federal agency officials warned residents not only to avoid drinking the water, but also to avoid contact through clothes washing, bathing, and other daily essential uses of water.

427. At least one family reported the death of a pet resulting from its exposure to water contaminated by Red Hill.

428. Since December 3, 2021, the Waiawa shaft has been the sole water source for the Joint Base Pearl Harbor-Hickam ("JBPHH") drinking water distribution system. Water from the Waiawa shaft, located 6.2 miles from the Facility, is monitored under the interagency-approved long-term monitoring plan (LTMP) for the Navy water distribution system to ensure it meets DOH and EPA standards for safe drinking water.

429. On October 19, 2023, three days after the start of Facility defueling, residents supplied water through the JBPHH drinking water distribution system reported health impacts including dermal irritation.

430. Photographs taken by residents on October 19, 2023 demonstrate the presence of an oily sheen on water from the JBPHH drinking water distribution system.

431. The Navy collected drinking water samples at five of the six homes and long-term monitoring samples at four of the six homes but found no elevated levels of TPH at any of the five homes.

432. Many individuals served by the Navy's water distribution system believe that their exposure to some or all of the toxic contaminants pre-dated recent releases, and continue despite assurances that the water is safe.

THIRD AMENDED COMPLAINT                    67                    1:22-cv-00272-LEK-RT

## VI.        CLAIMS FOR RELIEF

### FIRST CAUSE OF ACTION
**Defendants' Ongoing, Unpermitted Discharges of
Pollutants Violate Section 301(a) of the Clean Water Act
(33 U.S.C. §§ 1311(a), 1342, 1365(a), and 1365(f))**

433.     The Alliance re-alleges and incorporates all preceding paragraphs as if fully set forth herein.

434.     The Navy has violated section 301(a) of the Act by discharging pollutants to waters of the United States without permit authorization.

435.     Each and every discharge of pollutants to waters of the United States without permit authorization is a separate and distinct violation of section 301(a) of the Act. 33 U.S.C. § 1311(a).

436.     The Navy's violations of section 301(a) of the Act are ongoing and continuous.

437.     The Navy is subject to an assessment of coercive civil penalties for each and every violation of the Act and/or an order of this court pursuant to sections 309(d) and 505 of the Act. 33 U.S.C. §§ 1319(d), 1365; 40 C.F.R. § 19.4.

438.     An action for injunctive relief is authorized by section 505(a) of the Act. 33 U.S.C. § 1365(a). Continuing commission of the acts and omissions alleged above would irreparably harm the Alliance, named plaintiffs, and the residents of the State of Hawai`i, for which harm Plaintiff has no plain, speedy, or adequate remedy at law.

439.     An action for declaratory relief is authorized by 28 U.S.C. § 2201(a) because an actual controversy exists as to the rights and other legal relations of the Parties.

440.     The Navy is liable for at least 1,550 violations and days of violation of the Act's prohibition on unpermitted discharges of pollutants to waters of the United States from the Facility, and those violations are ongoing.

441.     The Alliance is informed and believes, and therefore alleges that the Navy is also discharging pollutants from prior spills near the Hotel, Kilo, Mike, and

THIRD AMENDED COMPLAINT                    68                    1:22-cv-00272-LEK-RT

Bravo piers, via seeps, storm drains, sumps, utility trenches, or other point sources to Pu`uloa, a water of the United States.

442. The Alliance will include additional violations and days of violations in this enforcement as discovered via this litigation.

## SECOND CAUSE OF ACTION
### Defendants' Ongoing Creation of an Imminent and Substantial Endangerment to Health and the Environment
### (42 U.S.C. § 6972(a))

1. Plaintiffs re-alleges and incorporates all preceding paragraphs as if fully set forth herein.

2. The past and continuing practices of Defendants have caused contamination and continue to contaminate the sole source Aquifer and connected soil and rock.

3. Defendants' treatment, handling, storage, transportation, and disposal of the solid wastes has and continues to present an imminent and substantial endangerment to public health and the environment, 42 U.S.C. § 6972(a)(1)(B).

4. The Navy has been aware of and on notice for decades that Red Hill's tanks and associated infrastructure, e.g., pipelines, are antiquated, corroding, leaking, improperly operated and maintained, and at risk of failure.

5. Given Red Hill's history of releases, the findings of 2018 Risk Assessment, and considering the events of the last two years, there plainly is no scenario in which O'ahu's water and environment are safe.

6. Pursuant to RCRA Section 7002, Defendants are subject to an injunction under RCRA ordering them to cease and abate any past or present handling, storage, treatment, and/or transportation of any solid waste or hazardous waste that may present an imminent and substantial endangerment to public health and/or the environment; engage in timely and full remediation of contaminants in groundwater, rock formations and soil; and prevent adverse water quality impacts to all municipal supply wells potentially affected by Aquifer contamination caused by the Facility.

7.     Plaintiffs' interests are harmed and will continue to be harmed by this imminent and substantial endangerment and by Defendants' failure to abate the endangerment unless the Court grants the relief herein sought.

WHEREFORE, the Alliance prays for judgment against Defendant as set forth hereafter.

### RELIEF REQUESTED

Wherefore, Plaintiffs respectfully request that this Court grant the following relief related to Plaintiffs' Clean Water Act cause of action:

a. Declare Defendants have violated, and are in violation of the Clean Water Act as alleged herein;

b. Enjoin any discharge of pollutants from the Facility to waters of the United States except as authorized by a permit;

c. Order Defendants to take appropriate actions to prevent unlawful discharges of pollutants to waters of the United States during and after closure of the Facility;

d. Impose civil coercive penalties for violations of the Clean Water Act. 33 U.S.C. § 1319(d);

e. Award Plaintiffs' reasonable attorneys' and expert witness fees, and costs incurring in bringing this litigation; and

f. Award any such other and further relief deemed appropriate by the Court.

Wherefore, Plaintiffs respectfully request that this Court grant the following relief related to Plaintiffs' RCRA cause of action:

a. Declare Defendants have violated, and are in violation of RCRA as alleged herein;

b. Enjoin any activity constituting the imminent and substantial endangerment of public health and/or the environment;

c. Issue injunctive relief obligating Defendants to eliminate imminent and substantial endangerments to health and the environment presented by ongoing

THIRD AMENDED COMPLAINT                    70                    1:22-cv-00272-LEK-RT

threats from past unlawful disposal, and future releases, including full remediation of contaminants in groundwater, rock formations and soil;

d. Issue injunctive relief obligating Defendants to install, maintain, and operate a network of monitoring wells sufficient to assess and prevent adverse water quality impacts to all municipal supply wells potentially affected by past or future releases from the Facility;

e. Award Plaintiffs' reasonable attorneys' and expert witness fees, and costs incurring in bringing this litigation; and

f. Award any such other and further relief deemed appropriate by the Court.

Dated: June 13, 2024                    Respectfully submitted,

                                        By:     /s/ Daniel Cooper
                                                Daniel Cooper
                                                /s/ Jesse C. Swanhuyser
                                                Jesse C. Swanhuyser
                                                SYCAMORE LAW, INC.
                                                Attorneys for Plaintiffs