**Exhibit B**



*February 7, 2022*

**SENT VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

The Honorable Lloyd J. Austin III
U.S. Secretary of Defense
1000 Defense Pentagon
Washington, DC 20301-1000

The Honorable Carlos Del Toro
Secretary of the Navy
1000 Navy Pentagon
Washington, DC 20350-1000

Lieutenant General Darrell K. Williams
Director of Defense Logistics Agency
8725 John J. Kingman Road
Fort Belvoir, Virginia 22060-6221

Admiral Samuel J. Paparo
Commander, U.S. Pacific Fleet
250 Makalapa Drive
JBPHH, Hawaii 96860-3131

**RE:  SUPPLEMENTAL NOTICE LETTER RE: ONGOING VIOLATIONS BY THE UNITED STATES NAVY OF THE RESOURCE CONSERVATION AND RECOVERY ACT, 42 U.S.C. § 6972(a)(1)(B), AT RED HILL BULK FUEL STORAGE FACILITY;**
**NOTICE OF VIOLATION AND INTENT TO FILE SUIT UNDER THE CLEAN WATER ACT, 33 U.S.C. § 1251 *et seq*.**

The Honorable Carlos Del Toro:

The Wai Ola Alliance sends this notice letter ("January 2022 Notice") to the United States Navy ("Navy") for two purposes. First, this letter supplements the Wai Ola Alliance's November 2, 2021 Notice of Intent to Sue Letter[1] ("November 2021 Notice Letter") with additional facts that have become available subsequent to the November 2021 Notice Letter regarding the Navy's ongoing violations of the Resource Conservation and Recovery Act ("RCRA"), 42 U.S.C. § 6901 *et seq*., at the Red Hill Bulk Fuel Storage Facility ("Red Hill"). Second, the Wai Ola Alliance now puts the Navy on notice of its intent to file a civil action and/or amend a pending civil action to add claims to abate the Navy's unlawful discharge of pollutants from Red Hill to waters of the United States in violation of the Clean Water Act ("CWA"), 33 U.S.C. § 1251 *et seq*.

The Wai Ola Alliance intends to file a citizen suit in U.S. District Court, District of Hawai'i ("Court") against the Navy to ensure the immediate and permanent elimination of: (i) the ongoing endangerment to human health and the environment caused by past, ongoing, and impending petroleum releases from Red Hill in violation RCRA; and (ii) the ongoing and continuous discharge of pollutants from Red Hill to waters of the United States in violation of the CWA. *See* 42 U.S.C. § 6972(a)(1)(B); 33 U.S.C. § 1365. The civil actions will seek a declaratory judgment from the Court that the Navy has violated and is currently violating RCRA and the CWA, injunctive relief eliminating the source of the imminent and substantial endangerment and the source of discharges

---

[1] The November Notice Letter is incorporated herein by reference and attached as Exhibit A.

to waters of the United States, civil penalties available under the Clean Water Act, and attorneys' and experts' fees and costs incurred.

In the November 2021 Notice Letter, the Wai Ola Alliance informed the Navy that Red Hill's ongoing endangerment to the island's irreplaceable groundwater aquifer stem from: (1) historical releases; (2) chronic, episodic releases, i.e., "leaks"; and (3) the imminent potential for catastrophic release. Since that time, the calamity that the Wai Ola Alliance sought to prevent—contamination of the Southern Oʻahu Basal Aquifer, on which 77% of the island's residents depend for fresh, clean drinking water—has regrettably occurred. Due to the Navy's decades long refusal to meaningfully address the threat posed by Red Hill's aging infrastructure and operational deficiencies, residents of Oʻahu, and military families in particular, are now suffering from the impacts of contamination having reached Oʻahu's irreplaceable sole source aquifer, and in many cases taps in residents' homes.

The Wai Ola Alliance is further informed that the Navy has and continues to discharge pollutants from Red Hill and its ancillary piping system to waters of the United States in violation of the Clean Water Act. Specifically, the Navy has and will continue to discharge pollutants from Red Hill into Puʻuloa without a CWA permit. The Wai Ola Alliance intends to include these violations of the Clean Water Act in its citizen enforcement action.

## I.      Background

### A.      The Wai Ola Alliance

The Wai Ola Alliance is an alliance of environmentally and culturally focused individuals and organizations dedicated to securing immediate action to protect the waters of Hawaiʻi —including surface and ground waters—from the effects of past and ongoing releases of petroleum pollutants from Red Hill. The Wai Ola Alliance and its individual members are committed to preserving the human right to water for present and future generations.

### B.      Owners and Operators of Red Hill

The Navy is the maritime service branch of the United States Armed Forces, and one of the eight uniformed services of the United States. The Navy is part of the Department of the Navy, alongside the U.S. Marine Corps. The Department of the Navy is headed by the civilian Secretary of the Navy. The Department of the Navy is itself a military department of the Department of Defense, which is headed by the Secretary of Defense. The Navy is a "person" as defined in RCRA and the CWA. *See* 42 U.S.C. § 6903(15); 33 U.S.C. § 1365(a)(1). The Navy is the owner and an operator of Red Hill.

The Defense Logistics Agency is a combat support agency in the U.S. Department of Defense that provides supplies to the military services and supports their acquisition of weapons, fuel, repair parts, and other materials. The Defense Logistics Agency supplies the U.S. military with nearly 100% of its fuel. The Defense Logistics Agency is a "person" as defined in RCRA and the CWA.

*See* 42 U.S.C. § 6903(15); 33 U.S.C. 1365(a)(1). The Defense Logistics Agency owns the fuel stored at Red Hill.

       C.       <u>The Red Hill Facility</u>

The 144-acre facility was activated in 1943 to support World War II efforts in the Pacific Theater. Red Hill is located on the southern side of the island of Oʻahu, approximately two and a half miles northeast of Joint Base Pearl Harbor-Hickam. Red Hill derives its name from the ridge on which it sits, known as Kapūkaki or "Red Hill."

Red Hill consists of twenty[2] "field constructed" underground storage tanks ("USTs"), each with the capacity to hold 12.5 million gallons of petroleum-based fuel. In addition to the USTs, Red Hill includes seven miles of tunnels, twenty-nine miles of exposed and buried pipelines, ventilation systems with air intakes and exhaust portals, a pumphouse, control room, surge tanks, slop oil and oil recovery facilities, the remains of burn pits for petroleum product disposal, and fueling stations at various piers in Puʻuloa.

       D.       <u>Affected Ground Waters</u>

Red Hill sits only 100 feet above the Southern Oʻahu Basal Aquifer. In 1987, the United States Environmental Protection Agency ("U.S. EPA") designated the Southern Oʻahu Basal Aquifer as a "sole source" aquifer. 52 Fed. Reg. 45496. According to U.S. EPA, the Southern Oʻahu Basal Aquifer is the "principal source of drinking water" for the island, which "[i]f contaminated, would create a significant hazard to public health." *Id.* at 45497. The ground water underlying Red Hill is effectively an irreplaceable source of water from which seventy-seven percent of the island's water supply comes.

There are multiple potable water supply wells situated in the vicinity of Red Hill. The U.S. Navy Red Hill Shaft well 2254-01 is located approximately 3,000 feet west and hydraulically downgradient from Red Hill. In November 2021, petroleum contamination was detected in the Red Hill Shaft well at 350 times the safe level for drinking water; and petroleum contamination has been detected in the tap water distributed to residents of the Joint Base Pearl Harbor-Hickam from the Red Hill Shaft well.

The Honolulu Board of Water Supply's ("HBWS") Hālawa Shaft well 2354-01 is located approximately 5,000 feet northwest of Red Hill. HBWS shut down its Hālawa Shaft well on December 2, 2021, as a precautionary measure because, in the words of HBWS manager and chief engineer Ernie Lau, the agency draws water "from the same glass" as the Navy's contaminated well.

Data collected by the U.S. Geological Survey in 2015 show that the groundwater level at Hālawa Shaft is about 3 feet lower than that beneath Red Hill's tanks, demonstrating that the hydraulic

---

[2] Tanks 1 and 19 have been removed from service, but not officially closed. Another two to three tanks are generally empty as part of the Navy's ongoing "clean, inspect, and repair" program. The Navy generally stores fuel in fourteen or fifteen tanks at Red Hill, with a total capacity of over 187 million gallons of fuel.

gradient could drive contaminant migration to Hālawa Shaft. Letter from Honolulu Bd. of Water Supply to City & Cnty. of Honolulu ("HBWS Letter (2017)") (May 4, 2017) at 1-2. HBWS has additional wells, including Moanalua wells 2153-10, 2153-11, and 2153-12, that are located in close proximity to Red Hill.

Prior to the most recent release events, the Navy acknowledged that cleaning up and/or remediating the impact of a large spill would be infeasible. *Groundwater Protection Plan* (2008) at ES-3. "Under site conditions, remediation of a large fuel release would be extremely costly and technically difficult, due to the underground nature of Red Hill, the steep ridgeline upon which Red Hill is located, the distance from ground surface to the aquifer (between 400 and 500 feet on the Red Hill ridgeline), and finally because of the complex hydrogeology associated with the fractured basalt aquifers. Pump and treat methods could be implemented but would be costly and inefficient in this environment. Multi-phased extraction may be more efficient, but very complex at the depths required." *Groundwater Protection Plan* (2014) at ES-4; *see also* Letter from Steven Linder, Red Hill Project Coordinator, U.S. EPA Region 9, and Roxanne Quan, Interim Red Hill Project Coordinator, State of Hawaii Department of Health to Gordie Meyer, Commander, Navy Region Hawaii, *Notice of Deficiency for the Tank Upgrade Alternatives Decision Document and New Release Detection Alternatives Decision Document, for Red Hill Administrative Order on Consent Statement of Work Sections 3.5 and 4.8* (Oct. 26, 2020) ("Notice of Deficiency") attach. B at 8.

  E.  <u>Affected Surface Waters</u>

Puʻuloa, also known as Pearl Harbor, was an abundant food source and sacred feature for communities of the sovereign Hawaiian Kingdom on Oʻahu. Historically, Puʻuloa's waters were known as "Wai Momi" or "pearl waters." Native oysters, and oyster reefs, were once abundant and an integral part of the marine ecosystem and local culture, recorded in history through Native Hawaiian chants, songs, and legends. Although degraded by decades of intense use by the U.S. military, Puʻuloa continues to serve as a spiritually and politically important place to Hawaiʻi's native people.

  F.  <u>Human Health Impacts</u>

The petroleum-based fuels released to the environment from Red Hill are composed of a broad, dynamic, and heterogeneous mixture of chemical constituents. The primary contaminants of concern are middle distillates, which include lead, TPH, benzene, toluene, ethylbenzene, xylenes, naphthalene, 1-methylnaphthalenes, and 2-methylnaphthalenes. Exposure to these constituents is harmful to human health. In the Matter of Red Hill Bulk Fuel Storage Facility, U.S. EPA Dkt. No. RCRA 7003-R9-2015-01, Hawaii DOH Dkt. No. 15-UST-EA-01 (2015) ("2015 AOC") at 6.

In recent weeks, military families whose water has been contaminated with petroleum released from Red Hill have reported suffering from numerous ailments, including nausea, stomach cramps, vomiting, skin rashes, sore throats, burning eyes, difficulty breathing, and headaches—including illness requiring emergency medical attention. So severe are the health impacts that residents were warned not only to avoid drinking the water, but to avoid contact through clothes washing, bathing,

and other daily essential uses of water. Military families have also reported the death of family pets that consumed the contaminated water.

### G. Environmental Impacts

Petroleum can be rapidly lethal to fish, birds, mammals, and shoreline organisms due to the readily dissolved components of oil and the physical effects of smothering and destruction of the thermal insulation and buoyancy provided by fur and feathers. Chronic and sublethal effects are associated with the less soluble components of oil such as the polycyclic aromatic hydrocarbons (PAHs), and some effects may be expressed long after brief exposures. Exposure to oil can occur through coating of the epidermis (skin, fur, feathers), inhalation of aerosols of particulate oil and volatile hydrocarbons by air-breathing wildlife in contact with surface oil; ingestion of oil by birds and mammals via preening, and ingestion of contaminated sediments and plant materials. Oil can be acutely toxic to fish in the 24- to 48- hour period following a spill. This is typically attributable to the light molecular weight petroleum hydrocarbons such as benzene, toluene, ethylbenzene, xylene (BTEX) and other light petroleum distillates. Effects include the first genetic and molecular responses of cells to impacts on rates of reproduction, growth, disease and survival (Lee et al. 2015).

## II. VIOLATIONS OF THE RESOURCE CONSERVATION AND RECOVERY ACT

### A. Statutory Background

RCRA was passed in 1976 as an amendment to the Solid Waste Disposal Act of 1965. The Act is the principal federal law governing the management and disposal of solid and hazardous waste. In passing the statute, Congress intended to "promote the protection of health and the environment" by "requiring that hazardous waste be properly managed in the first instance thereby reducing the need for corrective action at a future date." 42 U.S.C. § 6902(a)(5). RCRA set national goals, including to protect human health and the environment from the potential hazards of waste disposal, and to ensure that regulated wastes are managed in an environmentally sound manner "from cradle to grave"—i.e., including generation, transportation, treatment, storage, and disposal.[3]

In addition to the enforcement power given to the U.S. EPA, RCRA also confers on private citizens the right to initiate lawsuits demanding the abatement of imminent and substantial endangerments to public health and the environment. 42 U.S.C. § 9672(a)(1)(B). Liability under the Act exists where a person's disposal of solid waste "may present an imminent and substantial endangerment to [human] health or the environment." 42 U.S.C. § 6972(a)(1)(B). The Navy's operations at Red Hill have created and are currently causing an imminent and substantial endangerment to human health and the environment.

---

[3] *See* Summary of the Resource Conservation and Recovery Act, U.S. EPA LAWS AND REGULATIONS, https://www.epa.gov/laws-regulations/summary-resource-conservation-and-recovery-act (last visited Aug. 9, 2021).

B.    Past and Ongoing Endangerment from Pollutant Disposal

In its November 2021 Notice Letter, the Wai Ola Alliance summarized lines of evidence demonstrating that Red Hill has and continues to present an imminent and substantial endangerment to human health and the environment—including historic and ongoing leaks, evidence of hydrocarbons in the environment, deficiencies in Red Hill's operation and maintenance, and predicted future releases. As the Navy acknowledges, "site investigations have shown evidence of fuel releases which have resulted in contamination of the bed rock, soil, and groundwater surrounding the [Red Hill] tanks." *Navy Audit Report* (2010) at 2; *see also Groundwater Protection Plan* (2014) at ES-1. ("Previous environmental Site Investigations (SIs) at Red Hill showed that past [] releases have contaminated the fractured basalt, basal groundwater, and soil vapor beneath Red Hill with hydrocarbons.")

Red Hill's history of releases, according to Hawaii Department of Health ("DOH"), is "damning." DOH, HEARINGS OFFICER'S PROPOSED DECISION AND ORDER, FINDINGS OF FACT, AND CONCLUSIONS OF LAW (December 27, 2021) at ¶ 65, affirmed by DOH, FINAL DECISION, ORDER, FINDINGS OF FACT, AND CONCLUSIONS OF LAW (January 3, 2022) ("*DOH Decision and Order*"). Red Hill has averaged approximately one spill/release per year since it opened. There have been at least 76 reported releases from Red Hill totally at least 200,000 gallons of fuel, including the long-term release covered up by the Navy between 2020 and 2021, the release on May 6, 2021, and the November 20, 2021 release of an estimated 14,000 gallons to the aquifer. *HBWS Post-Hr'g Mem*. (June 24, 2019) at 2, ¶¶ 35, 43 (citing Norfleet Expert Rep.).

C.    Releases in 2020 and 2021

In 2018, a Navy study—called the *Quantitative Risk and Vulnerability Assessment (Phase I)* ("QRVA")—concluded that there was a high probability of future releases from Red Hill to the Southern Oʻahu Basal Aquifer. Specifically, the QRVA predicted that there was an 80% probability of a release from Red Hill of between 1,000 and 30,000 gallons before 2023, a 96% probability of a release that size before 2028, and a virtual certainty (99.8%) of a such a release before 2038. The QRVA predictions, unfortunately, have proven accurate.

During 2020 and 2021 numerous releases from Red Hill were reported, including acute release events as well as prolonged leaks. For example, the Navy reports a release of as much as 19,000 gallons on May 6, 2021. Despite the Navy's claims that this release was contained, soil vapor readings from below Red Hill spiked by more than one thousand times—from approximately 200 parts per billion by volume before the spill, to more than 200,000 parts per billion by volume on May 13, 2021—which confirms that fuel reached the environment.

Most dramatic is the release of November 20, 2021 ("November 2021 Event"). After receiving nearly a thousand complaints from military families that their tap water smelled of fuel and that their families and pets were falling ill, the Navy acknowledged in late November 2021 that petroleum released from Red Hill reached the Southern Oʻahu Basal Aquifer. The Navy further confirmed that the contamination had migrated to its Red Hill Shaft well and was being distributed to homes. The Red Hill Shaft well is the closest of approximately 5 wells in the vicinity of Red Hill

and is the first of the wells in which petroleum contamination has been found. The HBWS, the water supplier for the majority of O'ahu, has taken the precautionary measure of shutting down wells, including the Halawa Shaft well.

On November 29, 2021, DOH issued a public health advisory telling families served by the Navy's water system to avoid any use of water in their home which might expose them to the contamination—no drinking, cooking, washing, etc. The Navy has been unable to determine the cause of the release. One so-called "working theory" advanced by the Navy is that the fuel released in November may have originally been released during the May 2021 Event. According to DOH, "[t]he Navy [can] not [provide] a full picture of what happened, or why and how the release occurred." *DOH Decision and Order* at ¶ 35.

Not until December 5, 2021, however, did the Navy confirm the November 2021 Event release. In its accounts, the Navy states that at least 14,000 gallons of fuel leaked from a Facility pipeline. According to recent reporting, the leaked fuel then entered the groundwater through a pipeline that the Navy did not know existed at the time of the November 2021 Event.

On the same day, testing showed that total petroleum hydrocarbons ("TPH-d") flowing into homes on Joint Base Pearl Harbor-Hickam were as high 140,000 μg/L, which is 350 times the DOH environmental action level for drinking water toxicity. *DOH Decision and Order* at ¶ 47. According to DOH, "[e]verything about this evidence spoke three words: disaster, crisis, emergency." *DOH Decision and Order* at ¶ 41.

D.     Administrative Process

For its first 71 years of operation, Red Hill was effectively unregulated. Following a five-day release of nearly thirty thousand gallons of petroleum pollution in 2014, the Navy, the Defense Logistics Agency, U.S. EPA and DOH entered into an Administrative Order on Consent ("2015 AOC"). The 2015 AOC was intended to structure a process by which the Navy would investigate and remedy numerous deficiencies at Red Hill, and to reduce the potential for future releases. Many of the deliverables required by the 2015 AOC, however, still have not been approved by state or federal regulators, with key Navy reports disapproved, and the Navy's tank upgrade proposal rejected. Most importantly, 2015 AOC did not resolve Red Hill's long history of ongoing leaks and regular spills.

In 2018, under a new state law, Hawaii initiated a process which, for the first time, required so-called "field-constructed" USTs like those at Red Hill to secure a permit to continue operations. Hawai'i Administrative Rule ("HAR") Chapter 11.280.1. In order to issue an operating permit to the Navy for the Red Hill USTs, DOH must find that the "installation and operation of the UST [] tank system will be done in a manner that is protective of human health and the environment." HAR §§ 11-280.1–323(b). On September 12, 2021, DOH issued a proposed decision to grant the Facility an operating permit, notwithstanding challenges to the permit application from the Sierra Club and HBWS.

On November 20, 2021, with a final decision pending from DOH on the operating permit, Red Hill again released petroleum the Navy now estimates at 14,000 gallons. Unlike preceding events, the November 2021 release caused such significant contamination of the Southern Oʻahu Basal Aquifer that public drinking systems have become unusable. No fewer than four wells that provide Oʻahu's residents with drinking water have been closed as a result of the contamination. In response to the "humanitarian and environmental emergency and disaster" caused by the November 2021 release, DOH issued an Emergency Order on December 6, 2021. Emergency Order, Hawaii Department of Health (December 6, 2021); *DOH Decision and Order* at ¶ 39.

The Emergency Order, and subsequent administrative decisions, confirm a pattern of releases from the Facility to Oʻahu's precious underground and surface waters. *See e.g., DOH Decision and Order* at ¶ 41. Pursuant to the Emergency Order, the Navy must complete another investigation to "assess the Facility operations and system integrity" and, at some unknown point in the future, defuel the USTs. Emergency Order, Hawaii Department of Health (December 6, 2021) at 4. The Emergency Order, however, does not require the permanent closure of the Facility. *Id*.

Recently, DOH rescinded its proposed decision to grant the Facility an operating permit and re-opened its consideration of the Navy's application. To date, none of the administrative process have produced an outcome that eliminates the likelihood of future releases from Red Hill.

E.      Facility Presents an Imminent and Substantial Endangerment

The November 2021 release, and the Navy's response to it, confirm that Red Hill presents an imminent and substantial endangerment to human health and the environment. First, the November 2021 release occurred despite the various remedial measures implemented by the Navy pursuant to the 2015 AOC. Second, the Navy is unable to identify the source of the fuel that leaked during the November 2021 release. Third, the Navy cannot state with any degree of certainty how the fuel traversed soils, rocks, or the underground aquifer and migrated into the drinking water supply. Finally, the Navy lacks an adequate understanding of how water moves in the underground aquifer, and therefore cannot tell residents if or when the contamination might migrate into wells that supply Honolulu and surrounding communities.

Given Red Hill's history of releases, the findings of the QRVA, and considering the events of recent months, there plainly is no scenario in which Oʻahu's water and environment are safe. Under the very best-case scenario, Red Hill will continue to release thousands of gallons of petroleum contamination annually, at least some portion of which will reach the environment. Under the worst-case scenario, one or more of Red Hill's USTs fail, and the island's sole source aquifer is rendered useless for the foreseeable future. The Wai Ola Alliance is not willing to accept either outcome and demands that the Navy immediately close and permanently decommission Red Hill.

## III. ONGOING VIOLATIONS OF THE CLEAN WATER ACT

### A. Statutory Background

The CWA is the primary federal statute regulating the protection of the nation's water. The Act aims to prevent, reduce, and eliminate pollution in the nation's water in order to "restore and maintain the chemical, physical, and biological integrity of the Nation's waters." 33 U.S.C. § 1251(a). To accomplish this goal, Section 301(a) prohibits the discharge of any pollutant into waters of the United States that are not authorized by a National Pollutant Discharge Elimination System ("NPDES") permit issued pursuant to section 402(b). 33 U.S.C. §§ 1311, 1342(b).

### B. CWA Citizen Enforcement

Pursuant to the CWA's citizen suit provisions at section 505, any citizen may commence a civil action against any person, including the Navy, that is in violation of an effluent standard or limitation. 33 U.S.C. § 1365(a).  Sixty (60) days prior to initiating a civil suit, a citizen must give notice of its intention to file suit. 33 U.S.C. § 1365(b). Notice must be given to the alleged violator, the Administrator of the U.S. EPA, the Regional Administrator of the U.S. EPA, and the Executive Officer of the water pollution control agency in the State in which the violations occur. 40 C.F.R. § 135.2.

This January 2022 Notice Letter is being sent to the Navy as the responsible owner and operator of Red Hill. Pursuant to sections 505(a) and 505(b) of the CWA, this letter informs the Navy that the Wai Ola Alliance intends to file a federal enforcement action against it for ongoing violations of the CWA sixty (60) days from the date of the January 2022 Notice Letter. 33 U.S.C. §§ 1365(a)-(b).

### C. Unpermitted Discharges

Clean Water Act Section 301(a) provides that "the discharge of any pollutant by any person shall be unlawful" unless the discharger is in compliance with the terms of an NPDES permit. 33 U.S.C. § 1311(a). As explained above, petroleum, including specifically fuel oil, jet fuel, and other petroleum stored and used at, and discharged from Red Hill are pollutants. Red Hill and its piping system constitute points sources for purposes of the Clean Water Act. At no point has the Navy obtained a CWA permit that authorizes the discharge of pollutants from Red Hill to waters of the United States. Therefore, each and every time the Navy discharges pollutants, including specifically petroleum discharges, from a point source to waters of the United States is a violation of Section 301(a) of the Clean Water Act.

Information available to Wai Ola Alliance indicates that on March 17 and June 2, 2020, Red Hill discharged pollutants to Pu'uloa at the Hotel Pier. Emergency Order, DOH (December 6, 2021) at 2. On July 23, 2021, the Navy confirmed a release of pollutants occurring between July 16 and July 19, 2021, from Red Hill to Pu'uloa at Kilo Pier. Emergency Order, Hawaii Department of Health (December 6, 2021) at 2; *see also* https://incidentnews.noaa.gov/incident/ 10323. Therefore, the Navy's reported discharges confirm at least six (6) violations, and days of violation, of the Clean Water Act in 2020 and 2021.

Reports[4] indicate that both the discharges to Puʻuloa from Red Hill in 2020 and 2021 likely had been ongoing for weeks, or even months, before the Navy notified regulators. In October 2021 the Navy admitted that "a relatively significant" amount of fuel had been leaking from a Facility pipeline into Puʻuloa every day since as early as March 2020.[5] Although the total amount of fuel released is unknown, the leak(s) resulted in visible oil sheens on the water and the Navy acknowledges having recovered as much as 7,700 gallons from the environment.[6]

The Navy's discharges of petroleum and petroleum products to waters of the United States are ongoing and continuous. The Navy's failure to operate and maintain Red Hill resulted in petroleum discharges, and the source of the discharge—petroleum stored, handled, and transported at Red Hill—will continue to operate for the foreseeable future, resulting in additional discharges. Each day and/or each occasion that the Navy has discharged and continues to discharge petroleum from a point source to waters of the United States is a separate and distinct violation of Section 301(a) of the Clean Water Act. 33 U.S.C. § 1311(a). The Navy's violations will continue each day and/or each occasion it discharges pollutants in violation of the requirements of the Clean Water Act. The Navy is subject to penalties for all violations of the Clean Water Act occurring in the 5 years prior to the date of this January 2022 Notice Letter.

Information available to Wai Ola Alliance indicates that the Navy has been underreporting and/or misreporting the number discharges from Red Hill. Moreover, the Navy lacks an adequate monitoring program to detect, report, and address petroleum discharges and their impacts. Thus, information available to Wai Ola Alliance indicates that discharges in addition to those identified above will be discovered through this enforcement action. Wai Ola Alliance will include such additional violations when information becomes available. Wai Ola Alliance puts the Navy on notice that every discharge of pollutants from a point source to waters of the United States is a violation of the Clean Water Act that will be included in this litigation, whether specifically reported or not.

Wai Ola Alliance will seek injunctive and declaratory relief and such other relief permitted by law to remedy the CWA violations outlined above. Wai Ola Alliance will also seek civil penalties and the recovery of litigation costs, including attorneys' and experts' fees, pursuant to CWA Section 505(d), 33 U.S.C. § 1365(d).

---

[4] For example, in October 2021 it was revealed that a Navy captain admitted that "a relatively significant" amount of fuel had been leaking from a Facility pipeline into Puʻuloa every day since as early as March 2020. *See* https://sierraclubhawaii.org/blog/redhill-update-nov21; *see also* https://www.civilbeat.org/2021/10/amid-political-concerns-navy-kept-quiet-about-red-hill-pipeline-leaking-into-pearl-harbor/

[5] *See* https://sierraclubhawaii.org/blog/redhill-update-nov21 (last visited Jan. 24, 2022).

[6] *See* https://www.civilbeat.org/2021/10/amid-political-concerns-navy-kept-quiet-about-red-hill-pipeline-leaking-into-pearl-harbor/ (last visited Jan. 24, 2022).

## IV.    Identification of Party and Counsel

The Wai Ola Alliance address and telephone number are: 2168A Maha Place, Honolulu, Hawai`i 96819 and (808) 375-9852.

The Wai Ola Alliance is represented counsel, to which the Navy should direct all communications:

| | |
|---|---|
| Sycamore Law, Inc. | Margaret Wille & Associates, LLLC |
| Daniel Cooper | Margaret Wille |
| Jesse Swanhuyser | Timothy Vandeveer |
| 1004 O'Reilly Ave. | P.O. Box 6398 |
| San Francisco, CA 94129 | Kamuela, HI 96743 |
| daniel@sycamore.law | mw@mwlawhawaii.com |
| jesse@sycamore.law | tim@mwlawhawaii.com |
| (415) 360-2962 | (808) 388-0660 |

## V.    Conclusion

According to the Secretary of the Navy Carlos Del Toro the release which has recently reached O'ahu's drinking water wells is a "horrible tragedy." While tragic is a proper description, Del Toro's comments fail to acknowledge that Red Hill has released fuel into the environment throughout its history, did so throughout 2020 and 2021, and that the current catastrophe could have been—and should have been—avoided. The Navy has been aware of and on notice for decades that Red Hill's tanks (and associated infrastructure, e.g., pipelines) are antiquated, corroding, leaking, improperly operated and maintained, and at risk of catastrophic failure. Immediate action is required. Counsel for the Wai Ola Alliance, along with our experts, are available to discuss appropriate remedial measures, and a timeline for their implementation.

Sincerely,

*/s/ Daniel Cooper*
Daniel Cooper
Jesse C. Swanhuyser
Sycamore Law, Inc.

*/s/ Margaret Wille*
Margaret Wille
Tim Vandeveer
Margaret Wille & Associates LLLC

# SERVICE LIST

**VIA CERTIFIED U.S. MAIL**
**RETURN RECEIPT REQUESTED**

Rear Admiral Timothy Kott
U.S. Department of the Navy
850 Ticonderoga Street, Suite 110
JBPHH, Hawaii 96860-5101

Merrick Garland, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

Michael Regan, Administrator
U.S. Environmental Protection Agency
William Jefferson Clinton Building
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

Martha Guzman, Regional Administrator
U.S. Environmental Protection Agency, Region IX
75 Hawthorne Street
San Francisco, CA 94105

Hon. David Yutaka Ige, Governor of Hawai'i
Executive Chambers, State Capitol
Honolulu, Hawaii 96813

Dr. Elizabeth A. Char, MD, Director
State of Hawai'i, Department of Health
1250 Punchbowl Street
Honolulu, Hawaii 96813