# Exhibit 1

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII


WAI OLA ALLIANCE, a public interest association, et
al.,

       Plaintiffs,

vs.       Civil Case No. 1:22-cv-00272-LEK-RT

THE UNITED STATES DEPARTMENT OF THE DEFENSE, et al.,

       Defendants.

_____


REMOTE STREAMING DEPOSITION OF

ERIC WIEDEMANN

30(B)(6)


TAKEN ON

FRIDAY, DECEMBER 6, 2024

7:20 A.M.


8725 JOHN J. KINGMAN ROAD

FORT BELVOIR, VIRGINIA 22060

NAEGELI
DEPOSITION & TRIAL
(800) 528 - 3335
NAEGELIUSA.COM

Nationwide
COURT REPORTING
LEGAL VIDEOGRAPHY
REMOTE DEPOSITIONS
TRIAL PRESENTATION
LEGAL TRANSCRIPTION
COPYING AND SCANNING
LANGUAGE INTERPRETERS

Powerful
LITIGATION SUPPORT



(800) 528-3335 | NAEGELI DEPOSITION & TRIAL Established 1980 | NAEGELIUSA.COM

```
 1                    REMOTE APPEARANCES

 2

 3   Appearing on behalf of the Plaintiffs:

 4   DANIEL COOPER, ESQUIRE

 5   KRISTINA HAMBLEY, ESQUIRE

 6   Sycamore Law, Inc.

 7   1004 O'Reilly Avenue, Suite 100

 8   San Francisco, California 94129

 9   (415) 360-2962

10   daniel@sycamore.law

11   kristina@sycamore.law

12

13   Appearing on behalf of the Defendants:

14   PAUL CIRINO, ESQUIRE

15   DAVID MITCHELL, ESQUIRE

16   LUCY BROWN, ESQUIRE

17   Environmental Defense Section

18   P. O. Box 7611

19   Washington, DC 20044

20   (202) 514-3468

21   paul.cirino@usdoj.gov

22   David.mitchell@usdoj.gov

23   Lucy.e.brown@usdoj.gov

24

25
```

```
 1               REMOTE APPEARANCES (CONTINUED)

 2

 3  Appearing on behalf of the Defendant DLA:

 4  KI C. MUN, ESQUIRE

 5  DLA Energy

 6  8725 John J. Kingman Road

 7  Fort Belvoir, Virginia 22060

 8  (571) 767-5200

 9  Ki.mun@dla.mil

10

11  Also Present:

12  Kyle Nishida, Naegeli Technician

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                        EXAMINATION INDEX

 2                                                          PAGE

 3

 4    EXAMINATION BY MR. COOPER                               7

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

ERIC WIEDEMANN                      December 05, 2024                          5
80407                                                                   30(b)(6)

1                        EXHIBIT INDEX

2

3   EXHIBIT                                          PAGE

4       1   NOTICE OF DEPOSITION                     8

5       2   2018 RED HILL OPS                        13

6       3   SGH REPORT                               24

7       5   SPREADSHEET                              35

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1               REMOTE STREAMING DEPOSITION OF

 2                     ERIC WIEDEMANN

 3                        30(B)(6)

 4                        TAKEN ON

 5               FRIDAY, DECEMBER 06, 2024

 6                       7:20 A.M.

 7

 8          THE REPORTER:  We are now on the record at

 9   7:20 a.m.

10          Mr. Eric Wiedemann, may you please raise

11   your right hand?  Thank you, sir.

12          Do you affirm under the penalty of perjury

13   that the testimony you are about to give will be the

14   truth, the whole truth, and nothing but the truth?

15          THE DEPONENT:  I do.

16          THE REPORTER:  Thank you, sir.  You may

17   lower your hand.  Will each attorney please state

18   your name and whom you represent?

19          MR. COOPER:  This is Daniel Cooper, and I

20   represent Wai Ola Alliance, the plaintiff in this

21   action.

22          MS. HAMBLEY:  This is Kristina Hambley.  I

23   also represent Plaintiff Wai Ola Alliance.

24          MR. MITCHELL:  This is Dave Mitchell.  I

25   represent the Department of Defense.
```

 1              MR. CIRINO:  This is Paul Cirino.  I

 2  represent the defendants.

 3              MS. BROWN:  And Lucy Brown.  I also

 4  represent the defendants.

 5              MR. MUN:  This is Ki Mun.  I represent

 6  DLA.

 7              THE REPORTER:  Thank you.  And I do

 8  apologize.  Attorney Hambley, do you agree to move

 9  forward?

10              MS. HAMBLEY:  I do, yes.

11              THE REPORTER:  Thank you, ma'am.  Okay,

12  thank you.  Counsel, please proceed.

13  ERIC WIEDEMANN, having been first duly affirmed to

14  tell the truth, was examined, and testified as

15  follows:

16  EXAMINATION

17  BY MR. COOPER:

18      Q.   Good morning.  What we're going to try and

19  put documents up on the shared screen for us to talk

20  about as exhibits, and then they'll become exhibits

21  to the transcripts.  So we'll try that out and see

22  that -- if that works for you, and -- and adjust as

23  we proceed.  We had a last-minute switch to Teams,

24  and so we're kind of new to that, so we'll be -- you

25  know, please be patient with us as try and figure

 1   this out, if that's okay.

 2              (WHEREUPON, Exhibit 1 was marked for

 3   identification.)

 4              And let's put up the first document, and

 5   this is the Notice of Deposition that is for today's

 6   deposition.  Have -- have you seen this document

 7   before?

 8       A.   Yes.

 9       Q.   And which ones are -- there we go, 17.  So

10   I believe you're here to talk about number 17 in the

11   deposition notice, 18 and 19; is that correct?

12              THE REPORTER:  Mr. Wiedemann, can you hear

13   counsel okay?

14              MR. COOPER:  He's frozen.  You're frozen.

15              THE REPORTER:  It does appear that --

16              MR. MUN:  We're back now.  We're back.

17   BY MR. COOPER:

18       Q.   Okay.  Did you hear me ask the question

19   about the deposition notice?

20       A.   Yes.

21       Q.   And so are you here to testify as to 17,

22   18, and 19 in that notice?

23       A.   Yes.

24       Q.   Okay.  What's your job title?

25       A.   Deputy Director Facility Sustainment

1  Directorate, DLA Energy.

2       Q.   Okay.  Have you been deposed before?

3       A.   Yes.

4       Q.   And what was that in relation to?

5       A.   Reasonable accommodations.

6       Q.   I'm sorry, I didn't hear that.

7       A.   Reasonable accommodations.

8       Q.   Reasonable accommodations?  Okay.  When

9  was that?

10      A.   Several years ago.  I don't recall the

11  exact date.

12      Q.   Okay.  And was that related to your job at

13  DLA or was that a personal matter?

14      A.   Related to my job at DLA.

15      Q.   Okay.  Well, since it was a little while

16  ago, I probably should remind you kind of how this

17  works.  So you understand you're under oath and your

18  testimony today is just the same as if you were

19  appearing in court; is that correct?

20      A.   Yes.

21      Q.   Okay.  When I ask you questions it'd be

22  good to pause for a second and let your attorneys

23  object if they feel like they need to, and we'll let

24  that play out.  Most objections are just for the

25  record and then you can go ahead and answer the

 1  question.  There are some where they'll instruct you

 2  not to answer, and we'll -- again, we'll let that

 3  play out and then have you go ahead and answer.

 4          And we should all try and be careful,

 5  especially on this computer screen to wait for each

 6  other so that the court reporter can make a clean

 7  record.  If -- if we speak over each other it

 8  creates problems.  And we should also try to answer

 9  or talk in terms of yes or no and not gestures if

10  that's possible.  Okay?

11      A.   Okay.

12      Q.   Yeah, okay.  Okay.  Is there any reason

13  you can't testify accurately today?  Any medication

14  or anything going on with your health?

15      A.   No.

16      Q.   Okay.  So maybe you can describe your role

17  at DLA for us?

18      A.   I'm the Deputy Director of Facility

19  Sustainment Directorate.

20      Q.   And what does that -- oh, I'm sorry, go

21  ahead.  I'm sorry.

22      A.   No, go -- go ahead, sir.

23      Q.   I was just going to ask you what that job

24  includes?

25      A.   So we provide support to DoD and Fixed

```
 1   Fuels Infrastructure that holds and supports DLA and

 2   Fuel.

 3        Q.   Okay.  Is there a geographic limit to your

 4   -- to your job?

 5        A.   All DOD installations --

 6        Q.   Wow.

 7        A.   -- worldwide.

 8        Q.   Wow.  Okay.  And you're a civilian

 9   employee?

10             THE REPORTER:  Before we continue counsel.

11   Sorry to interrupt.  Mr. Wiedemann, could we move

12   the microphone closer to you?  It's not capturing --

13   I can hear you, but it's just not crisp as we'd like

14   it to be.

15             THE DEPONENT:  Well, well -- and I'll

16   speak up a little louder.

17             THE REPORTER:  There we go.  Much more

18   clear.  I appreciate it.  Thank you.  Counsel,

19   please proceed.

20   BY MR. COOPER:

21        Q.   Okay.  And you're a civilian employee; is

22   that correct?

23        A.   Correct.

24        Q.   Okay.  And what documents did you review

25   before you came in today?
```

1        A.    I read -- I reviewed the document that

2   you're showing on the screen.  I also reviewed a

3   spreadsheet that had a list of projects on it.

4        **Q.    And where did you get that spreadsheet?**

5        A.    One of the engineers that work in our

6   section developed that spreadsheet for me.

7        **Q.    And what's his name or her name?**

8        A.    Her name is Amanda Muscavage.

9        **Q.    Okay.  And how long have you been in your**

10  **position?**

11       A.    Thirteen and a half years.

12       **Q.    Okay.  And so maybe you can describe your**

13  **role in the budgetary process in your -- in your**

14  **job.**

15       A.    I have oversite in -- in the funds folder

16  for all of the funds within the Facility Sustainment

17  Directorate.

18       **Q.    And the Facility Sustainment Directorate**

19  **is part of DLA?**

20       A.    Part of DLA Energy.

21       **Q.    DLA Energy?  Okay.  And so what -- what --**

22  **what I'm here for today is to try and understand the**

23  **budgetary process for the fuel infrastructure at**

24  **Pearl Harbor.  And so I'm going to -- I'm going to**

25  **-- hopefully, you can guide me through it.  It seems**

```
 1   like a pretty complicated command structure and
 2   funding structure and that's -- I'm hoping that you
 3   can help me understand how that works.  And it
 4   sounds like you've -- you've been there a while and
 5   you're at -- you're at a very high-level position,
 6   so hopefully we can -- I can -- I can gain an
 7   understanding of how this works.  So maybe we can
 8   put up the next exhibit, which is the 2018 Redhill
 9   operations.  Here we go.  And let's go to page 29,
10   Bates 6636.
11              THE REPORTER:  Exhibit 2 marked.
12              (WHEREUPON, Exhibit 2 was marked for
13   identification.)
14              MR. COOPER:  Yes, thank you.
15              MS. HAMBLEY:  6636?
16              MR. COOPER:  Yes.  We passed it.  Yeah,
17   you can always do this.  6646, 66 -- there we go,
18   organizational structure.  There we go.  Okay.
19   Let's see here.
20   BY MR. COOPER:
21       Q.   Okay.  So now we're looking at Exhibit 2,
22   which is a 2018 document that was generated by Pond
23   for the Army Corps, and it's -- it's the best
24   document I could get that just -- that describes the
25   organizational structure, or the best one I found
```

1  anyway.  Have you seen this document before?  Are

2  you -- are you familiar with this?

3         A.   No.

4         Q.   Okay.  I guess my first question is this

5  -- this document describing the operational process

6  for fuels management at Pearl Harbor was generated

7  for the Army Corps of Engineers.  What role does the

8  Army Corps of Engineers have in managing petroleum

9  at Pearl Harbor?

10        A.   DLA provides funding to one of the

11  construction agents whether that's NAVFAC, Army

12  Corps or AFTAC to execute sustainment restoration

13  and modernization for the fixed fuels infrastructure

14  that holds DLA and fuel.

15        Q.   Okay.  And one of those agencies or

16  entities makes a request to DLA for funding for one

17  of these projects.  Is that how it works?

18        A.   The -- the military service generates the

19  requirements.

20        Q.   Okay.  And when you say the requirements

21  then there's a budget -- a budgetary process by

22  which those requirements are considered; is that

23  correct?

24        A.   Yes.

25        Q.   Can you describe that process?

ERIC WIEDEMANN                    December 03, 2024                         15
80407                                                              30(b)(6)

1          A.    So a service will submit a request,

2    identify a requirement, will come through the

3    service to DLA.  We will provide funding to one of

4    the military construction agents to accomplish, to

5    meet that requirement to accomplish the task.

6          Q.    And when you say one of the military

7    construction agents what does that mean?

8               MR. MUN:  Again, sorry.  Again, sorry.

9    Can you give me one second.

10              MR. COOPER:  Sure.  Somebody froze, froze

11   up.

12              THE REPORTER:  It looks like the witness

13   is no longer in the Teams.  Did you want to go off

14   record until they rejoin?

15              MS. HAMBLEY:  Yes.

16              THE REPORTER:  Okay.  Thank you.  We are

17   now off record at 7:36 a.m.  Thank you.

18              (WHEREUPON, a recess was taken.)

19              THE REPORTER:  We are now back on record

20   at 7:42 a.m.  Counsel, please proceed.

21              MR. MITCHELL:  Yeah, and so I was actually

22   jumping in just to say that computer was going to

23   die.

24              MR. COOPER:  Just say that -- we lose him

25   again?

```
 1             THE REPORTER:  We did.

 2             MR. MUN:  I was just -- I was jumping in

 3   just to say the computer was about to die, plug it

 4   in so that's done.  We can proceed.

 5             MR. COOPER:   Okay.  So we -- that crisis

 6   is adverted, and we think we're going to stabilize.

 7   Is that the -- the working theory?

 8             MR. MUN:  Hope so.

 9             MR. COOPER:  Okay.

10   BY MR. COOPER:

11        Q.   So we were having a conversation about how

12   the --the budgetary process works for projects at

13   Pearl Harbor.  And you had stated, and correct me if

14   I am wrong, this is how I wrote it down.  That the

15   military service generates the requirements and then

16   it comes through the service to your shop and then

17   the payments are made.  And you also mentioned

18   military agents.  And so maybe you can -- maybe you

19   can pick it up there and explain how that works.

20   What a -- what a military agent -- I think maybe you

21   mean a contractor or maybe I heard -- anyway if you

22   can explain what you meant by that and -- and how

23   that process works that would -- that would help me.

24             MR. MITCHELL:   Objection.

25   Mischaracterizes prior testimony.
```

```
 1              THE REPORTER:  May I ask who just spoke?
 2    Who just --
 3              MR. MITCHELL:  David Mitchell.
 4              THE REPORTER:  Thank you.
 5              THE DEPONENT:  So I'd like to restate --
 6    so the military service identifies a requirement.
 7    It's routed through the service to the Defense
 8    Logistics Agency.  We then work with one of the
 9    military construction agents.
10    BY MR. COOPER:
11         Q.   And --
12         A.   Army Corps, Naval Facilities, and the Air
13    Force, Yeah, something similar.  They develop a
14    project to meet the requirement, and DLA provides
15    the funding for that contract award.
16         Q.   Okay.  And does -- does DLA have an
17    oversite role in reviewing those requirements?
18         A.   Yes.
19         Q.   Can you describe that role?
20         A.   We verify the requirement, ensure that the
21    requirement is something that DLA is responsible for
22    providing funding for.  So when a contract is
23    developed we also review the contract in conjunction
24    with the military construction agent in the military
25    service to ensure that the contract and action will
```

ERIC WIEDEMANN                     December 03, 2024                          18
80407                                                                  30(b)(6)

1   address the requirement.

2        Q.   And do you review the spending after

3   project completion?

4        A.   DLA is responsible for closing out

5   projects financially.

6        Q.   And what does closing out mean?

7        A.   Ensuring that project was complete for the

8   money that we provided.

9        Q.   Does DLA negotiate the initial cost with

10  the military construction entity at the -- at the

11  outset?

12       A.   No.

13       Q.   So all the pricing and the -- and the

14  totals is  -- is established by the -- the military

15  not DLA; is that correct?

16       A.   The military construction agents write the

17  contracts, and they do any negotiation with

18  contractors.

19       Q.   Okay.  And who oversees implementation of

20  the contract?

21       A.   The military construction agent.  Also

22  DLA, some of our people will visit projects in

23  progress to check on the execution.

24       Q.   Okay.  You referenced a spreadsheet with a

25  list of projects as something you reviewed before we

ERIC WIEDEMANN                    December 03, 2024                              19
80407                                                                     30(b)(6)

1   -- before you came in today.  Was that projects

2   related to Pearl Harbor?

3        A.    Yes.

4        Q.    And what projects were they?

5        A.    According to one of the questions, I

6   believe 18, a request was made for how much was

7   spent on the infrastructure between the upper tank

8   part and the piers.

9        Q.    And that's what the spreadsheet contains?

10       A.    That's correct.

11       Q.    Okay.  And what's the date range for that

12   spreadsheet?

13       A.    I asked my lead engineer to go back 10

14   years.

15       Q.    Okay.  Now looking back again at Exhibit

16   2, I believe it is, with the Bates stamp in the

17   lower right-hand corner Navy 6636.  There's a bunch

18   of acronyms under the heading Organizational

19   Structure 1.3.  And it says the relationship between

20   the various government agencies and contractors are

21   as follows: JBPHH owns the fueling infrastructure,

22   piping tanks, et cetera, and the fuel at the FLC

23   Pearl Harbor.  And I believe JBPHH is Joint Base

24   Pearl Harbor Hickam; is that correct?

25       A.    I believe so.

1       Q.   Okay.  And it says they -- they own the

2  fueling infrastructure and the fuel at Pearl Harbor.

3  And I think I heard you say earlier, although,

4  again, I speak under correction today, that FLC owns

5  the fuel.  Maybe you can -- or DLA, sorry.  DLA owns

6  the fuel.  Maybe you can describe to me how -- how

7  that works.  Who owns the fuel that's managed at

8  Pearl Harbor?

9       A.   DLA owns some fuel at many of the

10  installations.  But in many cases there is also

11  service-owned fuel.

12      Q.   Okay.  So who owns the fuel at Pearl

13  Harbor?

14      A.   I can only speak to the fuel that is owned

15  by DLA that is at Pearl Harbor.  I can't speak to if

16  there is other fuel at Pearl Harbor that is not

17  owned by DLA.

18      Q.   And what fuel is owned by DLA that is

19  managed at Pearl Harbor?

20      A.   So that -- it's outside of my purview.

21  I'd have to go back and do some research with the

22  inventory people in order to identify specifically

23  which fuel is done by DLA.

24      Q.   Okay.  Does DLA own any of the

25  infrastructure at JBPHH?

1        A.   No.

2        Q.   Okay.  Thank you.  I'm learning a lot.

3   Maybe we can look at a couple of examples of how the

4   budgetary process worked at -- at Pearl Harbor, and

5   you can walk me through how the funding worked.  And

6   it's probably consistent with what you just

7   described, but I -- I -- just maybe some examples

8   will help me understand it.  So let's take, for

9   example, the Joint Task Force Redhill.  And

10  I'm -- I'm showing you a -- it's Exhibit 3, I

11  believe.  And it's just -- it's just so you can see

12  the logo and sort of the date and so on.  Have you

13  -- are you familiar with Joint Task Force Redhill?

14       A.   Yes.

15       Q.   And is Joint Task Force Redhill one of the

16  military construction agents that you described

17  previously for funding purposes?

18       A.   No.

19       Q.   How does funding work for JTF Redhill?

20       A.   It's not a part of -- no, it's not part of

21  JTF Redhill.  So again, any requirement would come

22  to us from the service.  It comes through the

23  service to us at DLA, and we work with one of the

24  military construction agents to execute the

25  requirement.

1    Q.    So when you say the service you mean the

2 Navy at large?

3    A.    Yes, sir.

4    Q.    Okay.  And so how did funding for

5 defueling the Redhill tanks come to DLA?

6         MR. MITCHELL:  Objection.  Outside the

7 scope of deposition rules.

8         THE REPORTER:  Who just spoke?

9         MR. COOPER:  You can go ahead and answer.

10         THE REPORTER:  May I ask who just spoke?

11 Who just objected?

12         MR. MITCHELL:  David Mitchell.

13         THE REPORTER:  Thank you, sir.

14         THE DEPONENT:  So -- so requirement was

15 identified.  Joint Task Force Redhill was a special

16 organization to the best of my knowledge that

17 focused on defueling.  That requirement identified

18 by JTF Redhill and the Navy would come to DLA, and

19 we would provide funding to one of the construction

20 agents.  Generally, in this case, to either NAVFAC

21 or the Army Corps to execute whatever requirements

22 they identified.

23 BY MR. COOPER:

24    Q.    And what does NAVFAC stand for?

25    A.    Naval Facilities Systems Engineering

1  Command.  I would have to double -- double check

2  that.

3       Q.   But that's a sub-unit of -- of the Navy.

4  Is that a fair characterization?

5       A.   Yes, sir.

6       Q.   Okay.  How did the -- the engineer, Amanda

7  Muscavage, I think I said that right, you mentioned

8  previously, obtain the information that she put into

9  the spreadsheet that she shared with you?

10       A.   So DLA has a database where we enter

11  information about projects that we are working and

12  funding.  So she went to the DLA database to collect

13  that information.

14       Q.   And what information is -- is kept in that

15  database?

16       A.   Sir, I can talk about what information the

17  Facilities Sustainment Directorate keeps in that

18  database.

19       Q.   Fair enough.

20       A.   Will be things like location, project

21  number, description of the project, costs, start

22  dates.  A lot of data that would be considered

23  milestones for project management.

24       Q.   Including -- sounds like including

25  completion; is that correct?

ERIC WIEDEMANN                December 03, 2024                              24
80407                                                                  30(b)(6)

```
 1      A.   Yes, sir.

 2      Q.   Okay.  Okay.  We've now put up another

 3 exhibit.  This one is 4; is that right?

 4           THE REPORTER:  This will be Exhibit 3.

 5           MR. COOPER:  Exhibit 3?  Okay.

 6           (WHEREUPON, Exhibit 3 was marked for

 7 identification.)

 8 BY MR. COOPER:

 9      Q.   And I'll characterize this as the SGH

10 report.  Have you seen this before?

11      A.   Seen the cover letter.  I have not read

12 this report.

13      Q.   Okay.  Let's go to internal page 328, Navy

14 Bates stamp 4928, and there's a table that has

15 repair cost estimates in it.  Have you seen this

16 before?

17      A.   No, sir.

18      Q.   Does the table that Ms. -- Ms. Muscavage

19 generated for you have dollar figures in it for the

20 projects listed?

21      A.   Yes.

22      Q.   I don't have that spreadsheet,

23 unfortunately, but do the numbers in table 87 were

24 -- was that 76 million total funded?

25      A.   Sir, I'd have to take a look at this and
```

1  compare it to the other spreadsheet.

2      **Q.   Perhaps you can share with us the total**

3  **expenditures from your spreadsheet?**

4      A.   Like grab a copy of my spreadsheet?

5          MR. COOPER:  Mr. Mitchell, has that

6  spreadsheet been shared with us?

7          MR. MITCHELL:  It was in the production

8  yesterday.  It's the document that's noted in the

9  transmittal email.

10         MR. COOPER:  Yesterday?

11 BY MR. COOPER:

12     **Q.   Just to make sure we're not all waiting on**

13 **each other, you're -- you're comparing this**

14 **spreadsheet to the number from the exhibit that is**

15 **up.  Is that what's happening?**

16     A.   No, I'm not.

17         MR. MITCHELL:  So, Dan, I'm not

18 understanding -- not understanding what you're

19 asking.

20         MR. COOPER:  So I asked him if the 76

21 million dollar figure in the exhibit that's up was

22 funded, and he indicated he would have to compare it

23 to the spreadsheet in order to tell us that.  And I

24 asked him -- I asked for the number from the

25 spreadsheet, the total number from the bottom of the

 1  spreadsheet that was, I guess I have an outstanding

 2  question.  What's -- what's the total expenditure at

 3  the bottom of the spreadsheet that you have in your

 4  hand?

 5          MR. MITCHELL:  Dan, we don't have a copy

 6  of the spreadsheet with us.

 7          MR. COOPER:  You don't?  Okay.  Well, I

 8  guess we're going to have to take a break and find

 9  that document and decide what we're going to do

10  about that.

11          MR. MITCHELL:  I mean, sure.  Dan, you

12  might want to talk -- talk offline about this not on

13  the record.

14          MR. COOPER:  Yeah, we might, but not right

15  now.

16          THE REPORTER:  Exhibit 3 is marked.

17          MR. COOPER:  Thank you.

18  BY MR. COOPER:

19      Q.   When DLA reviews milestones or final

20  completion for a project it has funded if it's

21  dissatisfied with the implementation what does it

22  do?

23      A.   We work in close coordination with the

24  military construction agent to ensure the

25  requirements are met.

ERIC WIEDEMANN                    December 03, 2024                    27
80407                                                          30(b)(6)

1          Q.    And how -- how does -- how do you ensure

2    that the requirements are met?  How does DLA ensure

3    the requirements are met?

4          A.    The military construction agents write the

5    contract.  They have the contracting officer.  We

6    work in conjunction with their program managers.  If

7    a project gets off schedule, we work with them to

8    determine the reasoning and how to get back on

9    schedule.

10         Q.    Is scheduling the only criteria or -- or

11   other criteria apply?

12         A.    Cost, timelines, mission impact.

13         Q.    And what happens if a project fails to

14   meet the mission requirements?

15         A.    Then we work with the military service to

16   make sure that they understand mission impact of a

17   project that might be delayed so that we can, in

18   coordination with them, make some alternate

19   arrangements to meet the service operational

20   requirements.

21         Q.    Do you have any enforcement authority?

22         A.    We, DLA, do not.  But the military

23   construction agents who write the contract, to the

24   best of my knowledge, have several tools that they

25   use when one of their contractors stop performing to

```
 1  standard.
 2       Q.   Have you ever withheld funding relating to
 3  costs, timeline, or mission impact failures?
 4            MR. MITCHELL:  Objection.  Vague and
 5  ambiguous.
 6            THE DEPONENT:  Not -- not to my knowledge.
 7  BY MR. COOPER:
 8       Q.   Okay.  So it sounds like if -- if we
 9  wanted to know about the projects implemented, the
10  timeliness and so on at Pearl harbor relating to the
11  fuel infrastructure, we would query the database at
12  DLA; is that correct?
13       A.   That would be one source of a high-level
14  view of project execution.
15       Q.   And funding; is that correct?
16       A.   Yeah, yes.
17       Q.   But if we wanted a more granular view of
18  project execution it sounds like we would go to the
19  military construction agent or the service itself.
20  Is that a fair understanding?
21       A.   Yes.
22            MR. COOPER:  Okay.  Why don't we take a
23  10-minute break and let me look at my stuff, and
24  then we'll come back -- back not on the record, Mr.
25  Mitchell, and we'll talk about what to do about the
```

```
 1  spreadsheet.  Okay?

 2              MR. MITCHELL:  Got it.

 3              MR. COOPER:  Thank you.

 4              THE REPORTER:  We are now off record at

 5  8:13 a.m.  Thank you.

 6              (WHEREUPON, a recess was taken.)

 7              THE REPORTER:  We are now back on the

 8  record at 8:45 a.m.  Counsel, please proceed.  Thank

 9  you.

10              MR. MITCHELL:  Sorry, Dan, just -- just

11  for a second.  I just want to review the records, a

12  discussion briefly at the break.  We had discussed

13  providing a document to plaintiffs for this

14  deposition.  It's a spreadsheet that we anticipate

15  plaintiffs will use in the deposition.  We had

16  produced the document yesterday, but pursuant to our

17  production that was made as responsive to their

18  discovery request that's embedded in the E36 notice.

19  And the plaintiffs told us they were unable to get

20  the document out in time for the deposition.  So we

21  were providing a PDF copy that is not Bates stamped

22  as a courtesy to allow the deposition to move

23  forward now.  Thanks.

24              MR. COOPER:  Yeah, and thank you.  We got

25  it, and we appreciate your efforts.  Thank you.  So
```

1   I just have a few follow-up questions about -- about

2   this spreadsheet, and then I think we'll be done.

3   So why don't we put it up if we ca?.

4   BY MR. COOPER:

5        Q.   Okay.  So this says across the top -- oh,

6   wait.  I guess the first question is have -- have

7   you seen this before?  Is this the -- is this the

8   spreadsheet you were referencing in your prior

9   testimony?

10       A.   Yes.

11       Q.   Okay.  And this was generated from the DLA

12  database; is that correct?

13       A.   Correct.

14       Q.   Okay.  So it says across the top on the

15  first page of the document JBPHH Sustainment

16  Restoration and Modernization funding.  Is that a

17  term you're familiar with?

18       A.   Yes.

19       Q.   What does it mean?

20       A.   Sustainment, restoration and modernization

21  is the primary mission of the Facility Sustainment

22  Directorate in support of DoD and Fuel

23  Infrastructure that holds or supports DLA owned

24  fuel.

25       Q.   Okay.  Does sustainment, restoration, and

1   modernization funding include operation and

2   maintenance of a system like the petroleum and

3   conveyance system at Pearl Harbor?

4        A.   Not operations, just a sustainment,

5   restoration and modernization.

6        Q.   Okay.  How about maintenance, day-to-day

7   maintenance of a system like the fuel conveyance

8   system at Pearl Harbor?

9        A.   Maintenance that can be performed by

10  operators is not included.

11       Q.   How does DLA differentiate between

12  maintenance operations and sustainment operations?

13       A.   Repairs and maintenance that exceeds

14  operator level capability could be sent to DLA for

15  funding.

16       Q.   Okay.  Have you noticed any trends in

17  sustainment, restoration and modernization funding

18  for the petroleum conveyance system at Pearl Harbor?

19  For example, has it increased since 2021?

20            MR. MITCHELL:  Objection.  Compound.

21  BY MR. COOPER:

22       Q.   Go ahead and answer if you understand.  I

23  can break it in two if it's too confusing.

24       A.   I have not noticed any significant

25  changes.

```
 1        Q.    Have you looked for changes?

 2        A.    No.

 3             MR. COOPER:  I think that's it.  Why don't

 4   we just shut down for a moment, And let me just make

 5   absolutely sure that I've asked all my questions.

 6   But I think I'm done.  And then let's go off the

 7   record and have a quick conversation about exhibits

 8   if that's okay.

 9             MR. MITCHELL:  That's fine.

10             MR. COOPER:  Okay.

11             THE REPORTER:  We are --

12             (WHEREUPON, a recess was taken.)

13             THE REPORTER:  Okay.  We are now back on

14   record at 8:53 a.m.  Counsel, please proceed.

15   BY MR. COOPER:

16        Q.    Okay.  Again, looking at that last

17   exhibit, the spreadsheet, there's project numbers

18   and are those project numbers individual projects

19   submitted to DLA for funding?  Is that what that

20   represents?

21        A.    Yes.

22        Q.    Okay.  And what's the difference between

23   the first, I don't know, 30, 40 projects that start,

24   you know -- are designated P. let's say

25   2024.00946.001 and the next one in line that's
```

 1    titled PRL-PND604.  What's the difference between

 2    those designators?

 3         A.   Can -- can you make it a little bit

 4    larger, please?

 5         Q.   Sure, I'm sorry.

 6              MS. HAMBLEY:  Give me a moment.  Can you

 7    see them better now?  We're looking at the second

 8    column.

 9              THE DEPONENT:  Yes.

10              MS. HAMBLEY:  Okay.

11              THE DEPONENT:  The -- the P. and the year

12    numbers represent a project within a larger project

13    that -- primarily those large projects would go to

14    NAVFAC.  I believe there's a column farther right

15    that tells exactly what construction agent.  And the

16    PRL-PND would have been through the -- normally

17    through the Army Corps of Engineers to a contractor

18    for a recurring maintenance and minor repair service

19    order.

20         Q.   Okay.  So I'm -- I'm confused again.  A

21    minor maintenance and service repair order seems

22    like maintenance to me.  Is the -- what's -- what's

23    the distinction?  Why is this in the DLA listing for

24    minor service and return repair?

25         A.   If the minor repair exceeds the operator

 1   level of maintenance, then it would be sent to DLA.
 2   And then we would work either with the Army Corps or
 3   NAVFAC to meet the requirement.
 4        Q.   All right.  Okay.  That's consistent with
 5   what you said.  I just didn't get it.  Okay.  All
 6   right.  I think you've answered all my questions.
 7             MR. COOPER:  So I think we're done with
 8   this witness, and we can go off the record.
 9             MR. MITCHELL:  And we don't have any
10   follow-up questions.
11             MR. COOPER:  Go ahead, David, sorry.
12             MR. MITCHELL:  Can you hear me?
13             THE REPORTER:  Yes, sir.
14             MR. COOPER:  Yes.
15             MR. MITCHELL:  Defendants don't have any
16   follow-up questions for this witness.
17             THE REPORTER:  Okay.  Thank you.  Before
18   we go off record today.  I would like to ask for
19   orders.  Attorney Cooper, would you like to order
20   the original?
21             MR. COOPER:  Yes.
22             THE REPORTER:  Thank you, sir.  I will be
23   asking each attorney in the room if you folks would
24   like a copy.  Attorney Mitchell, would you like a
25   copy?

 1              MR. MITCHELL:  Yes, and we'll need one for

 2   the defendants.

 3              THE REPORTER:  One for defendants?  Okay.

 4   Thank you.  And, Attorney Hambley, would you like a

 5   copy?

 6              MS. HAMBLEY:  We just need one for

 7   plaintiffs as well.  Thank you.

 8              THE REPORTER:  Understood.  Thank you.

 9   Thank you for your orders.  We are now off of the

10   record at 8:57 a.m.  Thank you.

11              (WHEREUPON, a recess was taken.)

12              THE REPORTER:  We are now back on record

13   at 9:00 o'clock a.m.  Counsel, please proceed.

14              MR. MITCHELL:  For the final transcript,

15   the federal defendants are going to extract the

16   Bates version of what is Exhibit 5.  The spreadsheet

17   that was just discussed in the last line of

18   questioning.  And so the Bates stamped version of

19   the exhibit for the record, which is identical to

20   the version presented except for the Bates stamp.

21              (WHEREUPON, Exhibit 5 was marked for

22   identification.)

23              MR. COOPER:  Did you hear all that, Ms.

24   Knight?

25              THE REPORTER:  Yes, I was able to capture

 1 | that, yes.

 2 |         MR. COOPER:  Okay.  All right.  And that's

 3 | fine with us what -- what Mr. Mitchell proposes is

 4 | fine with us.

 5 |         THE REPORTER:  Thank you.

 6 |         MR. COOPER:  Okay.

 7 |         THE REPORTER:  We okay to go off record?

 8 | Okay.  We are now off record at 9:01 a.m.   Thank

 9 | you.

10 |         (WHEREUPON, the deposition of ERIC

11 | WIEDEMANN was concluded at 9:01 a.m.)

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

1                            CERTIFICATE

2

3          I, Mae Knight, do hereby certify that I

4     reported all proceedings adduced in the foregoing

5     matter and that the foregoing transcript pages

6     constitutes a full, true and accurate record of said

7     proceedings to the best of my ability.

8

9          I further certify that I am neither related to

10    counsel or any party to the proceedings nor have any

11    interest in the outcome of the proceedings.

12

13         IN WITNESS HEREOF, I have hereunto set my hand

14    this 31st day of December, 2024.

15

16

17

18

19    Mae Knight

20

21

22

23

24

25

```
 1                    CORRECTION SHEET

 2  Deposition of: Eric Wiedemann      Date: 12/06/2024

 3  Regarding: Wai Ola Alliance vs. US Dept of Defense

 4  Reporter: Knight/Daigle

 5  _____

 6  Please make all corrections, changes or

 7  clarifications to your testimony on this sheet,

 8  showing page and line number.  If there are no

 9  changes, write "none" across the page.  Sign this

10  sheet and the line provided.

11  Page  Line  Reason for Change

12  ____  ____  _____

13  ____  ____  _____

14  ____  ____  _____

15  ____  ____  _____

16  ____  ____  _____

17  ____  ____  _____

18  ____  ____  _____

19  ____  ____  _____

20  ____  ____  _____

21  ____  ____  _____

22  ____  ____  _____

23  ____  ____  _____

24           Signature: _____

25                    Eric Wiedemann
```

```
 1                          DECLARATION

 2   Deposition of: Eric Wiedemann    Date: 12/06/2024

 3   Regarding: WAI OLA ALLIANCE vs UNITED STATES DEPARTMENT OF DEFENSE

 4   Reporter:  Mae Knight

 5   _____

 6

 7   I declare under penalty of perjury the following to be

 8   true:

 9

10   I have read my deposition and the same is true and

11   accurate save and except for any corrections as made

12   by me on the Correction Sheet herein.

13

14   Signed at _____, _____

15   on the _____ day of _____, 20____.

16

17

18

19

20

21

22

23

24            Signature: _____

25                       Eric Wiedemann
```

### Exhibits

**EX001 NOTICE OF DEPOSITION DECEMBER 06 2024** 8:2

**EX002 2018 RED HILL OPS** 13:11, 12,21 19:15,16

**EX003 JTF RED HILL BULK FUEL OCTOBER 24 2022** 21:10 24:4,5,6 26:16

**EX005 FUNDING SPREADSHEET** 35:16,21

---

**-**

**--the** 16:12

---

**1**

**1** 8:2

**1.3** 19:19

**10** 19:13

**10-minute** 28:23

**17** 8:9,10,21

**18** 8:11,22 19:6

**19** 8:11,22

---

**2**

**2** 13:11,12,21 19:16

**2018** 13:8,22

**2021** 31:19

**2024.00946.001** 32:25

**29** 13:9

---

**3**

**3** 21:10 24:4,5,6 26:16

**30** 32:23

**328** 24:13

---

**4**

**4** 24:3

**40** 32:23

**4928** 24:14

---

**5**

**5** 35:16,21

---

**6**

**66** 13:17

**6636** 13:10,15 19:17

**6646** 13:17

---

**7**

**76** 24:24 25:20

**7:20** 6:9

**7:36** 15:17

**7:42** 15:20

---

**8**

**87** 24:23

**8:13** 29:5

**8:45** 29:8

**8:53** 32:14

**8:57** 35:10

---

**9**

**9:00** 35:13

**9:01** 36:8

---

**A**

**a.m.** 6:9 15:17,20 29:5,8 32:14 35:10,13 36:8

**absolutely** 32:5

**accommodations** 9:5,7,8

**accomplish** 15:4, 5

**accurately** 10:13

**acronyms** 19:18

**action** 6:21 17:25

**address** 18:1

**adjust** 7:22

**adverted** 16:6

**affirm** 6:12

**affirmed** 7:13

**AFTAC** 14:12

**agencies** 14:15 19:20

**Agency** 17:8

**agent** 16:20 17:24 18:21 26:24 28:19 33:15

**agents** 14:11 15:4,7 16:18 17:9 18:16 21:16,24 22:20 27:4,23

**agree** 7:8

**ahead** 9:25 10:3, 21,22 22:9 31:22 34:11

**Air** 17:12

**Alliance** 6:20,23

**alternate** 27:18

**Amanda** 12:8 23:6

**ambiguous** 28:5

**anticipate** 29:14

**apologize** 7:8

**appearing** 9:19

**apply** 27:11

**Army** 13:23 14:7, 8,11 17:12 22:21 33:17 34:2

**arrangements** 27:19

**attorney** 6:17 7:8 34:19,23,24 35:4

**attorneys** 9:22

**authority** 27:21

**award** 17:15

---

**B**

**back** 8:16 15:19

19:13,15 20:21
27:8 28:24 29:7
32:13 35:12

**Base** 19:23

**Bates** 13:10
19:16 24:14
29:21 35:16,18,
20

**bit** 33:3

**bottom** 25:25
26:3

**break** 26:8 28:23
29:12 31:23

**briefly** 29:12

**Brown** 7:3

**budget** 14:21

**budgetary** 12:13,
23 14:21 16:12
21:4

**bunch** 19:17

---
                C
---

**ca** 30:3

**capability** 31:14

**capture** 35:25

**capturing** 11:12

**careful** 10:4

**case** 22:20

**cases** 20:10

**cetera** 19:22

**characterization**
23:4

**characterize** 24:9

**check** 18:23 23:1

**Cirino** 7:1

**civilian** 11:8,21

**clean** 10:6

**clear** 11:18

**close** 26:23

**closer** 11:12

**closing** 18:4,6

**collect** 23:12

**column** 33:8,14

**command** 13:1
23:1

**compare** 25:1,22

**comparing** 25:13

**complete** 18:7

**completion** 18:3
23:25 26:20

**complicated** 13:1

**Compound** 31:20

**computer** 10:5
15:22 16:3

**confused** 33:20

**confusing** 31:23

**conjunction**
17:23 27:6

**considered** 14:22
23:22

**consistent** 21:6
34:4

**construction**
14:11 15:4,7
17:9,24 18:10,16,
21 21:16,24
22:19 26:24 27:4,
23 28:19 33:15

**continue** 11:10

**contract** 17:15,
22,23,25 18:20
27:5,23

**contracting** 27:5

**contractor** 16:21
33:17

**contractors**
18:18 19:20
27:25

**contracts** 18:17

**conversation**
16:11 32:7

**conveyance** 31:3,
7,18

**Cooper** 6:19 7:17
8:14,17 11:20
13:14,16,20
15:10,24 16:5,9,
10 17:10 22:9,23
24:5,8 25:5,10,
11,20 26:7,14,17,
18 28:7,22 29:3,
24 30:4 31:21
32:3,10,15 34:7,
11,14,19,21
35:23 36:2,6

**coordination**
26:23 27:18

**copy** 25:4 26:5
29:21 34:24,25
35:5

**corner** 19:17

**Corps** 13:23 14:7,
8,12 17:12 22:21
33:17 34:2

**correct** 8:11 9:19
11:22,23 14:23

**16:13 18:15
19:10,24 23:25
28:12,15 30:12,
13

**correction** 20:4

**cost** 18:9 24:15
27:12

**costs** 23:21 28:3

**counsel** 7:12 8:13
11:10,18 15:20
29:8 32:14 35:13

**couple** 21:3

**court** 9:19 10:6

**courtesy** 29:22

**cover** 24:11

**creates** 10:8

**crisis** 16:5

**crisp** 11:13

**criteria** 27:10,11

---
                D
---

**Dan** 25:17 26:5,
11 29:10

**Daniel** 6:19

**data** 23:22

**database** 23:10,
12,15,18 28:11
30:12

**date** 9:11 19:11
21:12

**dates** 23:22

**Dave** 6:24

**David** 17:3 22:12
34:11

ERIC WIEDEMANN
80407

Case 1:22-cv-00272-LEK-RT    Document 282-1    Filed 02/13/26    Page 43 of 48
PageID.7348
December 03, 2024                                                            42
30(b)(6)Index: day-to-day..figures

**day-to-day** 31:6

**decide** 26:9

**defendants** 7:2,4
34:15 35:2,3,15

**Defense** 6:25
17:7

**defueling** 22:5,17

**delayed** 27:17

**Department** 6:25

**DEPONENT** 6:15
11:15 17:5 22:14
28:6 33:9,11

**deposed** 9:2

**deposition** 8:5,6,
11,19 22:7 29:14,
15,20,22

**Deputy** 8:25
10:18

**describe** 10:16
12:12 14:25
17:19 20:6

**describes** 13:24

**describing** 14:5

**description** 23:21

**designated** 32:24

**designators** 33:2

**determine** 27:8

**develop** 17:13

**developed** 12:6
17:23

**die** 15:23 16:3

**difference** 32:22
33:1

**differentiate**
31:11

**Director** 8:25
10:18

**Directorate** 9:1
10:19 12:17,18
23:17 30:22

**discovery** 29:18

**discussed** 29:12
35:17

**discussion** 29:12

**dissatisfied**
26:21

**distinction** 33:23

**DLA** 7:6 9:1,13,14
10:17 11:1 12:19,
20,21 14:10,14,
16 15:3 17:14,16,
21 18:4,9,15,22
20:5,9,15,17,18,
23,24 21:23 22:5,
18 23:10,12
26:19 27:2,22
28:12 30:11,23
31:11,14 32:19
33:23 34:1

**document** 8:4,6
12:1 13:22,24
14:1,5 25:8 26:9
29:13,16,20
30:15

**documents** 7:19
11:24

**Dod** 10:25 11:5
30:22

**dollar** 24:19
25:21

**double** 23:1

**duly** 7:13

**E**

**E36** 29:18

**earlier** 20:3

**efforts** 29:25

**email** 25:9

**embedded** 29:18

**employee** 11:9,21

**Energy** 9:1 12:20,
21

**enforcement**
27:21

**engineer** 19:13
23:6

**Engineering**
22:25

**engineers** 12:5
14:7,8 33:17

**ensure** 17:20,25
26:24 27:1,2

**Ensuring** 18:7

**enter** 23:10

**entities** 14:16

**entity** 18:10

**Eric** 6:10 7:13

**established**
18:14

**estimates** 24:15

**exact** 9:11

**EXAMINATION**
7:16

**examined** 7:14

**examples** 21:3,7

**exceeds** 31:13
33:25

**execute** 14:12
21:24 22:21

**execution** 18:23
28:14,18

**exhibit** 8:2 13:8,
11,12,21 19:15
21:10 24:3,4,5,6
25:14,21 26:16
32:17 35:16,19,
21

**exhibits** 7:20 32:7

**expenditure** 26:2

**expenditures**
25:3

**explain** 16:19,22

**extract** 35:15

**F**

**Facilities** 17:12
22:25 23:17

**Facility** 8:25
10:18 12:16,18
30:21

**fails** 27:13

**failures** 28:3

**fair** 23:4,19 28:20

**familiar** 14:2
21:13 30:17

**farther** 33:14

**federal** 35:15

**feel** 9:23

**figure** 7:25 25:21

**figures** 24:19

Case 1:22-cv-00272-LEK-RT    Document 282-1    Filed 02/13/26    Page 44 of 48
PageID.7349
ERIC WIEDEMANN                    December 06, 2024                           43
80407                                              30(b)(6)Index: final..Kristina

**final** 26:19 35:14

**financially** 18:5

**find** 26:8

**fine** 32:9 36:3,4

**fixed** 10:25 14:13

**FLC** 19:22 20:4

**focused** 22:17

**folder** 12:15

**folks** 34:23

**follow-up** 30:1 34:10,16

**Force** 17:13 21:9, 13,15 22:15

**forward** 7:9 29:23

**found** 13:25

**froze** 15:10

**frozen** 8:14

**fuel** 11:2 12:23 14:14 19:22 20:2, 5,6,7,9,11,12,14, 16,18,23 28:11 30:22,24 31:7

**fueling** 19:21 20:2

**fuels** 11:1 14:6,13

**funded** 24:24 25:22 26:20

**funding** 13:2 14:10,16 15:3 17:15,22 21:5,17, 19 22:4,19 23:12 28:2,15 30:16 31:1,15,17 32:19

**funds** 12:15,16

### G

**gain** 13:6

**Generally** 22:20

**generated** 13:22 14:6 24:19 30:11

**generates** 14:18 16:15

**geographic** 11:3

**gestures** 10:9

**give** 6:13 15:9 33:6

**good** 7:18 9:22

**government** 19:20

**grab** 25:4

**granular** 28:17

**guess** 14:4 26:1,8 30:6

**guide** 12:25

### H

**half** 12:11

**Hambley** 6:22 7:8,10 13:15 15:15 33:6,10 35:4,6

**hand** 6:11,17 26:4

**happening** 25:15

**harbor** 12:24 14:6,9 16:13 19:2,23,24 20:2, 8,13,15,16,19 21:4 28:10 31:3, 8,18

**heading** 19:18

**health** 10:14

**hear** 8:12,18 9:6 11:13 34:12 35:23

**heard** 16:21 20:3

**Hickam** 19:24

**high-level** 13:5 28:13

**holds** 11:1 14:14 30:23

**Hope** 16:8

**hoping** 13:2

### I

**identical** 35:19

**identification** 8:3 13:13 24:7 35:22

**identified** 22:15, 17,22

**identifies** 17:6

**identify** 15:2 20:22

**impact** 27:12,16 28:3

**implementation** 18:19 26:21

**implemented** 28:9

**include** 31:1

**included** 31:10

**includes** 10:24

**including** 23:24

**increased** 31:19

**individual** 32:18

**information** 23:8, 11,13,14,16

**infrastructure** 11:1 12:23 14:13 19:7,21 20:2,25 28:11 30:23

**initial** 18:9

**installations** 11:5 20:10

**instruct** 10:1

**internal** 24:13

**interrupt** 11:11

**inventory** 20:22

### J

**JBPHH** 19:21,23 20:25 30:15

**job** 8:24 9:12,14 10:23 11:4 12:14

**Joint** 19:23 21:9, 13,15 22:15

**JTF** 21:19,21 22:18

**jumping** 15:22 16:2

### K

**Ki** 7:5

**kind** 7:24 9:16

**Knight** 35:24

**knowledge** 22:16 27:24 28:6

**Kristina** 6:22

## L

**large** 22:2 33:13

**larger** 33:4,12

**last-minute** 7:23

**lead** 19:13

**learning** 21:2

**letter** 24:11

**level** 31:14 34:1

**limit** 11:3

**list** 12:3 18:25

**listed** 24:20

**listing** 33:23

**location** 23:20

**Logistics** 17:8

**logo** 21:12

**long** 12:9

**longer** 15:13

**looked** 32:1

**lose** 15:24

**lot** 21:2 23:22

**louder** 11:16

**lower** 6:17 19:17

**Lucy** 7:3

## M

**made** 16:17 19:6
29:17

**maintenance**
31:2,6,7,9,12,13
33:18,21,22 34:1

**make** 10:6 25:12

27:16,18 32:4
33:3

**makes** 14:16

**managed** 20:7,19

**management**
14:6 23:23

**managers** 27:6

**managing** 14:8

**marked** 8:2
13:11,12 24:6
26:16 35:21

**matter** 9:13

**meant** 16:22

**medication** 10:13

**meet** 15:5 17:14
27:14,19 34:3

**mentioned** 16:17
23:7

**met** 26:25 27:2,3

**microphone**
11:12

**milestones** 23:23
26:19

**military** 14:18
15:4,6 16:15,18,
20 17:6,9,24
18:10,14,16,21
21:16,24 26:24
27:4,15,22 28:19

**million** 24:24
25:21

**minor** 33:18,21,
24,25

**Mischaracterizes**
16:25

**mission** 27:12,14,

16 28:3 30:21

**Mitchell** 6:24
15:21 16:24 17:3
22:6,12 25:5,7,17
26:5,11 28:4,25
29:2,10 31:20
32:9 34:9,12,15,
24 35:1,14 36:3

**modernization**
14:13 30:16,20
31:1,5,17

**moment** 32:4
33:6

**money** 18:8

**morning** 7:18

**move** 7:8 11:11
29:22

**Mun** 7:5 8:16 15:8
16:2,8

**Muscavage** 12:8
23:7 24:18

## N

**Naval** 17:12 22:25

**NAVFAC** 14:11
22:20,24 33:14
34:3

**Navy** 19:17 22:2,
18 23:3 24:13

**negotiate** 18:9

**negotiation** 18:17

**noted** 25:8

**notice** 8:5,11,19,
22 29:18

**noticed** 31:16,24

**number** 8:10
23:21 25:14,24,
25

**numbers** 24:23
32:17,18 33:12

## O

**oath** 9:17

**object** 9:23

**objected** 22:11

**Objection** 16:24
22:6 28:4 31:20

**objections** 9:24

**obtain** 23:8

**officer** 27:5

**offline** 26:12

**Ola** 6:20,23

**operation** 31:1

**operational** 14:5
27:19

**operations** 13:9
31:4,12

**operator** 31:14
33:25

**operators** 31:10

**order** 20:22 25:23
33:19,21 34:19

**orders** 34:19 35:9

**organization**
22:16

**organizational**
13:18,25 19:18

**original** 34:20

**outset** 18:11

Case 1:22-cv-00272-LEK-RT    Document 282-1    Filed 02/13/26    Page 46 of 48
PageID.7351
ERIC WIEDEMANN                    December 03, 2024                               45
80407                                              30(b)(6)Index: outstanding..reporter

**outstanding** 26:1

**oversees** 18:19

**oversite** 12:15
17:17

**owned** 20:14,17,
18 30:23

**owns** 19:21 20:4,
5,7,9,12

**P**

**part** 12:19,20
19:8 21:20

**passed** 13:16

**patient** 7:25

**Paul** 7:1

**pause** 9:22

**payments** 16:17

**PDF** 29:21

**Pearl** 12:24 14:6,
9 16:13 19:2,23,
24 20:2,8,12,15,
16,19 21:4 28:10
31:3,8,18

**penalty** 6:12

**people** 18:22
20:22

**performed** 31:9

**performing** 27:25

**perjury** 6:12

**personal** 9:13

**petroleum** 14:8
31:2,18

**pick** 16:19

**piers** 19:8

**piping** 19:22

**plaintiff** 6:20,23

**plaintiffs** 29:13,
15,19 35:7

**play** 9:24 10:3

**plug** 16:3

**Pond** 13:22

**position** 12:10
13:5

**presented** 35:20

**pretty** 13:1

**previously** 21:17
23:8

**pricing** 18:13

**primarily** 33:13

**primary** 30:21

**prior** 16:25 30:8

**PRL-PND** 33:16

**PRL-PND604**
33:1

**problems** 10:8

**proceed** 7:12,23
11:19 15:20 16:4
29:8 32:14 35:13

**process** 12:13,23
14:5,21,25 16:12,
23 21:4

**produced** 29:16

**production** 25:7
29:17

**program** 27:6

**progress** 18:23

**project** 17:14
18:3,7 23:20,21,

23 26:20 27:7,13,
17 28:14,18
32:17,18 33:12

**projects** 12:3
14:17 16:12 18:5,
22,25 19:1,4
23:11 24:20 28:9
32:18,23 33:13

**proposes** 36:3

**provide** 10:25
15:3 22:19

**provided** 18:8

**providing** 17:22
29:13,21

**purposes** 21:17

**pursuant** 29:16

**purview** 20:20

**put** 7:19 8:4 13:8
23:8 24:2 30:3

**Q**

**query** 28:11

**question** 8:18
10:1 14:4 26:2
30:6

**questioning**
35:18

**questions** 9:21
19:5 30:1 32:5
34:6,10,16

**quick** 32:7

**R**

**raise** 6:10

**range** 19:11

**read** 12:1 24:11

**reason** 10:12

**Reasonable** 9:5,
7,8

**reasoning** 27:8

**recall** 9:10

**recess** 15:18 29:6
32:12 35:11

**record** 6:8 9:25
10:7 15:14,17,19
26:13 28:24 29:4,
8 32:7,14 34:8,18
35:10,12,19 36:7,
8

**records** 29:11

**recurring** 33:18

**Redhill** 13:8 21:9,
13,15,19,21 22:5,
15,18

**referenced** 18:24

**referencing** 30:8

**rejoin** 15:14

**related** 9:12,14
19:2

**relating** 28:2,10

**relation** 9:4

**relationship**
19:19

**remind** 9:16

**repair** 24:15
33:18,21,24,25

**Repairs** 31:13

**report** 24:10,12

**reporter** 6:8,16
7:7,11 8:12,15

Case 1:22-cv-00272-LEK-RT    Document 282-1    Filed 02/13/26    Page 47 of 48
PageID.7352
ERIC WIEDEMANN                December 05, 2024                                    46
80407                               30(b)(6)Index: represent..testimony

10:6 11:10,17
13:11 15:12,16,
19 16:1 17:1,4
22:8,10,13 24:4
26:16 29:4,7
32:11,13 34:13,
17,22 35:3,8,12,
25 36:5,7

**represent** 6:18,
20,23,25 7:2,4,5
33:12

**represents** 32:20

**request** 14:16
15:1 19:6 29:18

**requirement**
15:2,5 17:6,14,
20,21 18:1 21:21,
25 22:14,17 34:3

**requirements**
14:19,20,22
16:15 17:17
22:21 26:25 27:2,
3,14,20

**research** 20:21

**responsible**
17:21 18:4

**responsive** 29:17

**restate** 17:5

**restoration** 14:12
30:16,20,25 31:5,
17

**return** 33:24

**review** 11:24
17:23 18:2 29:11

**reviewed** 12:1,2
18:25

**reviewing** 17:17

**reviews** 26:19

**right-hand** 19:17

**role** 10:16 12:13
14:7 17:17,19

**room** 34:23

**routed** 17:7

**rules** 22:7

---

**S**

**schedule** 27:7,9

**scheduling** 27:10

**scope** 22:7

**screen** 7:19 10:5
12:2

**section** 12:6

**service** 14:18
15:1,3 16:15,16
17:6,7,25 21:22,
23 22:1 27:15,19
28:19 33:18,21,
24

**service-owned**
20:11

**SGH** 24:9

**share** 25:2

**shared** 7:19 23:9
25:6

**shop** 16:16

**showing** 12:2
21:10

**shut** 32:4

**significant** 31:24

**similar** 17:13

**sir** 6:11,16 10:22

22:3,13 23:5,16
24:1,17,25 34:13,
22

**sort** 21:12

**sounds** 13:4
23:24 28:8,18

**source** 28:13

**speak** 10:7 11:16
20:4,14,15

**special** 22:15

**specifically** 20:22

**spending** 18:2

**spent** 19:7

**spoke** 17:1 22:8,
10

**spreadsheet**
12:3,4,6 18:24
19:9,12 23:9
24:22 25:1,3,4,6,
14,23,25 26:1,3,6
29:1,14 30:2,8
32:17 35:16

**stabilize** 16:6

**stamp** 19:16
24:14 35:20

**stamped** 29:21
35:18

**stand** 22:24

**standard** 28:1

**start** 23:21 32:23

**state** 6:17

**stated** 16:13

**stop** 27:25

**structure** 13:1,2,
18,25 19:19

**stuff** 28:23

**sub-unit** 23:3

**submit** 15:1

**submitted** 32:19

**support** 10:25
30:22

**supports** 11:1
30:23

**sustainment** 8:25
10:19 12:16,18
14:12 23:17
30:15,20,21,25
31:4,12,17

**switch** 7:23

**system** 31:2,3,7,
8,18

**Systems** 22:25

---

**T**

**table** 24:14,18,23

**talk** 7:19 8:10
10:9 23:16 26:12
28:25

**tank** 19:7

**tanks** 19:22 22:5

**task** 15:5 21:9,13,
15 22:15

**Teams** 7:23 15:13

**tells** 33:15

**term** 30:17

**terms** 10:9

**testified** 7:14

**testify** 8:21 10:13

**testimony** 6:13

Case 1:22-cv-00272-LEK-RT     Document 282-1     Filed 02/13/26     Page 48 of 48
PageID.7353
ERIC WIEDEMANN                December 03, 2024                              47
80407                                               30(b)(6)Index: theory..yesterday

9:18 16:25 30:9

**theory** 16:7

**things** 23:20

**Thirteen** 12:11

**time** 29:20

**timeline** 28:3

**timelines** 27:12

**timeliness** 28:10

**title** 8:24

**titled** 33:1

**today** 9:18 10:13
11:25 12:22 19:1
20:4 34:18

**today's** 8:5

**told** 29:19

**tools** 27:24

**top** 30:5,14

**total** 24:24 25:2,
25 26:2

**totals** 18:14

**transcript** 35:14

**transcripts** 7:21

**transmittal** 25:9

**trends** 31:16

**truth** 6:14 7:14

                    **U**

**unable** 29:19

**understand** 9:17
12:22 13:3 21:8
27:16 31:22

**understanding**
13:7 25:18 28:20

**Understood** 35:8

**upper** 19:7

                    **V**

**Vague** 28:4

**verify** 17:20

**version** 35:16,18,
20

**view** 28:14,17

**visit** 18:22

                    **W**

**Wai** 6:20,23

**wait** 10:5 30:6

**waiting** 25:12

**walk** 21:5

**wanted** 28:9,17

**Wiedemann** 6:10
7:13 8:12 11:11

**withheld** 28:2

**work** 12:5 17:8
21:19,23 26:23
27:6,7,15 34:2

**worked** 21:4,5

**working** 16:7
23:11

**works** 7:22 9:17
13:3,7 14:17
16:12,19,23 20:7

**worldwide** 11:7

**Wow** 11:6,8

**write** 18:16 27:4,
23

**wrong** 16:14

**wrote** 16:14

                    **Y**

**year** 33:11

**years** 9:10 12:11
19:14

**yesterday** 25:8,
10 29:16