IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| WAI OLA ALLIANCE, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES DEPARTMENT OF NAVY, et al. <br><br> Defendants. | Civil Case No. 1:22-cv-00272-LEK-RT <br><br> **JOINT STIPULATIONS TO FACTS AND LAW** <br><br> <u>Judge</u>: Hon. Leslie E. Kobayashi & <br> <u>Magistrate Judge</u>: Hon. Rom Trader <br> <u>Trial Date</u>: March 31, 2026 |

Plaintiffs Wai Ola Alliance, *et al.* ("Wai Ola") and Defendants United States Department of Navy, *et al.* ("Navy") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree to the following only for purposes of Plaintiffs' Clean Water Act ("CWA") claim and the March 31, 2026 trial as follows:

I. **STIPULATIONS TO LAW**

1. Pearl Harbor (also referred to as "Pu'uloa") and Hālawa Stream are navigable waters that are waters of the United States for purposes of the CWA. Dkt. No. 244 at 18.

2. Fuel is a pollutant for purposes of 33 U.S.C. § 1362(12)(A). Dkt. No. 244 at 18.

3. "[A]s a matter of law [Wai Ola], Doktor, Helela, Frank, and Niheu have standing to pursue the Clean Water Act claim in this case." Dkt. No. 219 at

20, 21.

4. The Hotel Pier Release "as a matter of law, . . . did not constitute an ongoing discharge at the time this action was filed." Dkt. No. 244 at 23-24.

5. The Kilo Pier Release "as a matter of law, . . . did not constitute an ongoing discharge" at the time this action was filed. Dkt. No. 244 at 24.

## II.  STIPULATIONS TO FACTS

6. Plaintiffs have presented evidence in the form of declarations in support of their Motion for Partial Summary Judgement (Dkt. No. 177) from Peter Doktor (Dkt. No. 178-4), Steven Hanaloa Helelā (Dkt. No. 178-5), Jade Frank (Dkt. No. 178-6), and Kalamaoka`aina Niheu (Dkt. No. 178-7) of their "reasonable concerns about the effects of the discharges, as well as evidence of how the discharges affect their recreational, aesthetic, spiritual, and cultural interests." Dkt. No. 219 at 19. The Court found that this "evidence is sufficient to establish that Doktor, Helelā, Frank, and Niheu have each suffered injuries in fact as a result of the Navy's [alleged] acts" should any "such relief [be] awarded" on Plaintiffs' Clean Water Act claim. *Id*.

7. The Facility that is the subject of the Clean Water Act claim in this case consists of portions of the Navy's permanent fuel distribution system at Joint Base Pearl Harbor Hickam ("Joint Base") between the underground pumphouse and five existing fuel piers in Pearl Harbor and specifically includes six aboveground storage tanks (known as the "Upper Tank Farm") as well as Hotel

Pier, Kilo Pier, Sierra Pier, Mike Pier, and Bravo Pier (the "Piers") and the pipelines that connect them (collectively, the "Facility"), which are owned and operated by the Navy. Dkt. No. 244 at 3-4. The "Facility" does not include the twenty underground storage tanks ("USTs") (sometimes referred to as the Red Hill Tank Farm), infrastructure, and associated piping between the 20 USTs and the underground pumphouse. Dkt. No. 244 at 4 n.5. Nor does the "Facility" include the Tank Gallery, the Lower Access Tunnel, the Lower Yard Tunnel, the Harbor Tunnel, Adits 2-6, Hickam, and any associated infrastructure, piping, and mechanical components as well as any vessels at the Piers or in Pearl Harbor or Halawa Stream. *Id.* at 28 n.12.

8.  The Facility's Upper Tank Farm is situated inland of Pearl Harbor and consists of the six aboveground tanks, which all sit within a secondary containment system designed to prevent releases to the environment. Dkt. No. 244 at 8.

*Hotel Pier*

9.  The Defuel Line was the source of the Hotel Pier Release and ceased leaking by August 2021. Dkt. No. 244 at 23.

10. The riser valves associated with the Defuel Line were removed, the risers were filled with concrete, and the riser piping was capped and welded shut. Dkt. No. 244 at 6.

11. The Navy awarded contracts during the 2025 fiscal year for the

demolition of the Defuel Line and for the replacement of the piping and relief valves between Hotel Pier and the valve stations. Dkt. No. 244 at 6.

12. The active fuel pipelines at Hotel Pier are contained within a concrete trough on the topside of the pier deck, which provides secondary containment in the event of a release. Dkt. No. 244 at 8-9.

*Kilo Pier, Mike Pier, Bravo Pier, Sierra Pier*

13. For one week during July 2021, a Kilo Pier pipeline released fuel into a boomed area of Pearl Harbor ("Kilo Pier Release"). Dkt. No. 244 at 7.

14. The Navy reported the release to DOH and deployed absorbent pads and skimmers to recover the fuel. Dkt. No. 244 at 7.

15. Thereafter, the Kilo Pier pipelines were isolated, drained, and taken out of service for repairs. Dkt. No. 244 at 8.

16. The Navy is not currently conducting fuel operations at Kilo Pier, and the Navy plans to replace all of the Kilo Pier fuel piping before resuming fuel operations. Dkt. No. 244 at 8.

17. The Navy expects to complete the replacement of the Kilo Pier fuel piping in June 2026.

18. Fueling operations at Mike Pier and Bravo Pier stopped in 2022. Fuel piping at Mike Pier and Bravo Piers has also been isolated, drained, and taken out of service for repairs. Dkt. No. 244 at 8.

19. The Navy also intends to make improvements to the Sierra Pier fuel

piping. Dkt. No. 244 at 9.

20. The active Hotel Pier and Sierra Pier pipelines all passed annual pressure testing in May and June 2025. Dkt. No. 244 at 9.

*Organization of the Facility & Defense Fuel Support Point*

21. The Facility comprises a portion of the Defense Fuel Support Point ("DFSP") at Joint Base, which is a location where fuel is received, stored, and distributed for military use. The DFSP at Joint Base is a government owned and operated (GOGO) fuel storage and distribution system.

22. The Defense Logistics Agency ("DLA") owns the fuel at Joint Base.

23. The Joint Base Fuels Department operates the DFSP at Joint Base, including the portion that comprises the Facility.

24. The fueling mission at Joint Base supports military operations across the United States Indo-Pacific Command ("INDOPACOM"), which is headquartered at the Joint Base.

25. INDOPACOM is not part of the Department of the Navy. It is a unified combatant command of the United States Armed Forces responsible for the Indo-Pacific Region. *See* https://www.pacom.mil/about-usindopacom/.

26. The Joint Base supports INDOPACOM's mission as a strategic fueling point for military vessels and aircraft. *See id.*

27. The Joint Base Fuels Department ("Fuels Department") conducts fueling operations for U.S. Navy vessels and aircraft, U.S. Air Force aircraft, and the vessels and aircraft of visiting U.S. allies and partners at the Joint Base.

28. On the Navy side of the Joint Base, the Fuels Department fuels vessels at fueling piers along Pearl Harbor. The Department also delivers fuel to the Air Force side of the Joint Base for aircraft operations on the flight line.

29. The Fuels Department delivers three fuels: (1) F-76, a military-grade diesel fuel used in vessels; (2) F-24, a military-grade jet fuel used in Air Force aircraft; and (3) JP-5, military-grade jet fuel used primarily for aircraft operations on Navy aircraft carriers.

30. The Fuels Department refers maintenance and repairs it is not equipped to perform in-house to the Joint Base Public Works Department ("Public Works Department").

31. The Public Works Department refers maintenance and repairs that it cannot do or cannot complete in the necessary time frame to the United States Army Corps of Engineers ("Army Corps") or the Naval Facilities Engineering Command ("NAVFAC").

*RMMR Projects*

32. The Army Corps manages contracting for the routine maintenance and minor repair program at the Facility, known as Recurring Maintenance and Minor Repair ("RMMR").

*SRM Projects*

33.    NAVFAC and its suborganizations execute, directly or through contracts, more significant maintenance repairs under the Sustainment, Restoration, and Modernization ("SRM") Program.

34.    NAVFAC and its suborganizations also contract for larger scale testing and inspections at the Facility like annual pipeline and leak detection testing, as well as once-every-five-year pipeline inspections under American Petroleum Institute Standard 570 for pipeline inspections.

Dated: February 26, 2026

*/s/ Kristina Hambley (with permission)*
Daniel Cooper (pro hac vice)
daniel@sycamore.law
Jesse C. Swanhuyser (pro hac vice)
jesse@sycamore.law
Kristina Hambley (pro hac vice)
kristina@sycamore.law
SYCAMORE LAW, INC.
1004 O'Reilly Avenue, Ste. 100
San Francisco, CA 94129
Tel: (415) 360-2962

Philip Gregory (*pro hac vice*)
pgregory@gregorylawgroup.com
GREGORY LAW GROUP
1250 Godetia Drive
Redwood City, CA 94062
Tel: (650) 278-2957

Jason Flanders (*pro hac vice*)
jrf@atalawgroup.com
AQUA TERRA AERIS LAW GROUP
8 Rio Vista Ave.
Oakland, CA 94609
Tel: (916) 202-3018

William A. Harrison (HI Bar No. 2948)
william@harrisonlawcenter.com
HARRISON LAW CENTER
American Savings Bank Tower
1001 Bishop Street, Suite 2828
Honolulu, Hawai`i 96813
Tel: (808) 523-7041

*Attorneys for Plaintiffs*

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Asst. Attorney General
Environment & Natural Resources Div.
United States Department of Justice

*/s/ Bryan J. Harrison*
BRYAN J. HARRISON
ALEXANDER M. PURPURO
ALEX J. HARDEE
DAVID MITCHELL
Environmental Defense Section
U.S. Department of Justice
Environment & Natural Resources Div.
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-5426 (Harrison)
bryan.harrison@usdoj.gov

*Attorneys for Defendants*

**APPROVED AND SO ORDERED.**

Dated this 4th day of March 2026.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
Senior U.S. District Judge