ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

BRYAN J. HARRISON (FL #106379)
DAVID D. MITCHELL (IL #6302250)
ALEX J. HARDEE (NC #56321)
ALEXANDER M. PURPURO (FL #1025872)
U.S. Department of Justice
Environment & Natural Resources Div.
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-5426 (Harrison)
bryan.harrison@usdoj.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| WAI OLA ALLIANCE, *et al.*,<br><br>              Plaintiffs,<br><br>       v.<br><br>UNITED STATES DEPARTMENT OF THE NAVY, *et al.*,<br><br>              Defendants. | Case No. 1:22-cv-272-LEK-RT<br><br>**DEFENDANTS' REDACTED TRIAL DECLARATION OF GUY PASCO, P.E.; CERTIFICATE OF SERVICE**<br><br>District Judge: Leslie E. Kobayashi<br>Magistrate Judge: Rom A. Trader<br><br>Trial: March 31, 2026 at 9 a.m.<br><br>Final Pretrial Conference: March 17, 2026 at 10 a.m. |

## DEFENDANTS' REDACTED TRIAL DECLARATION OF
## GUY PASCO, P.E.

Pursuant to the Fourth Amended Scheduling Order, Dkt. No. 261 at PageID.6798, and the Court's Trial Procedures, ¶ 17, Defendants submit the attached redacted trial declaration of Guy Pasco, P.E., who will appear for cross-examination and re-direct examination in person at trial commencing on March 31, 2026 as part of Defendants' case-in-chief.  Contemporaneously with this filing, Defendants are filing a motion to seal certain references in the trial declaration on the basis that those references contain defense critical infrastructure security information.  Defendants have redacted those certain references in the attached trial declaration.

Dated:  March 6, 2026                    Respectfully submitted,

                                         ADAM R.F. GUSTAFSON
                                         Principal Deputy Assistant Attorney General
                                         Environment & Natural Resources Division
                                         United States Department of Justice

                                         /s/ *Bryan J. Harrison*
                                         BRYAN J. HARRISON
                                         ALEXANDER M. PURPURO
                                         ALEX J. HARDEE
                                         DAVID D. MITCHELL
                                         Environmental Defense Section

                                         *Attorneys for Defendants*

Defendants' Redacted Trial Declaration of Guy Pasco, P.E.
Civil No. 22-00272-LEK-RT

## CERTIFICATE OF SERVICE

I certify that on March 6, 2026, and by the methods of service noted below, a true and correct copy of the foregoing and accompanying attachment were served on Defendants' counsel of record at their provided email address:

Served Electronically through CM/ECF:

Daniel Gordon Cooper, daniel@sycamore.law

Kristina Hambley, kristina@sycamore.law

Jesse Colorado Swanhuyser, jesse@sycamore.law

Philip L. Gregory, pgregory@gregorylawgroup.com

William A. Harrison, william@harrisonlawcenter.com

Jason R. Flanders, jrf@atalawgroup.com

Erica A. Maharg, eam@atalawgroup.com

Theresa M. Trillo, tt@atalawgroup.com

*Attorneys for Plaintiffs*

/s/ *Bryan J. Harrison*
BRYAN J. HARRISON

Defendants' Redacted Trial Declaration of Guy Pasco, P.E.
Civil No. 22-00272-LEK-RT