**UNITED STATES DISTRICT COURT**
**DISTRICT OF HAWAII**

| | |
|---|---|
| WAI OLA ALLIANCE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE NAVY, *et al.*,<br><br>Defendants. | Case No. 1:22-cv-272-LEK-RT<br><br>**TRIAL DECLARATION OF GUY PASCO, P.E.**<br><br>District Judge: Leslie E. Kobayashi<br>Magistrate Judge: Rom A. Trader |

## TRIAL DECLARATION OF GUY PASCO, P.E.

Pursuant to 28 U.S.C. § 1746, I, Guy Pasco, P.E., make the following declaration as my direct testimony for trial, under penalty of perjury.  I make the following statements based on my experience and personal knowledge or on the information that became known to me in the course of my professional duties at Joint Base Pearl Harbor Hickam.

*Table of Contents*

*Exhibits and Demonstratives Referenced* ................................................................ iii
*Abbreviations and Acronyms* ...................................................................................... iv
*Background* .................................................................................................................1
*The Location, Configuration, and Operation of the Facility* .....................................2
*The Joint Base Fuels Department*...............................................................................15
*Facility Infrastructure Repair and Replacement*.......................................................16
*Facility Testing and Inspections Operations*.............................................................23
*Facility Maintenance Operations* ..............................................................................27
*Tracking Maintenance, Testing and Inspections*.......................................................29
*Fuels Department Weekly Meetings and Training Days*.............................................32
*The 2023 Pipeline Integrity Management Plan*.........................................................33
*The 2024 Spill Prevention, Control, and Countermeasures Plan*............................41

Trial Declaration of Guy Pasco, P.E.
Case No. 1:22-cv-272-LEK-RT

*Exhibits and Demonstratives Referenced*

| Exhibit/ Demonstrative | Document Description |
|---|---|
| DX-011 | Contract Report. POL Pipelines Integrity Management Plan. Parts 1-2 |
| DX-016 | Operation, Maintenance, Environmental, and Safety Plan. |
| DX-021 | Red Hill Consolidated Repair List With Charts |
| DX-022 | Defueling Consolidated Repair/Enhancement List |
| DX-023 | Spreadsheet. HCNA & PPSI COMBINED SCHEDULE- JB Pearl Harbor-Hickam - 2025 Annual SLPT and Leak Detection Testing Schedule. |
| DX-016 | Spill Prevention, Control, and Countermeasure (SPCC) Plan for Commander Navy Region Hawaii (CNRH) |
| D_DEMO-019 | Labeled Aerials |
| D_DEMO-020 | Labeled Aerials |

Trial Declaration of Guy Pasco, P.E.
Case No. 1:22-cv-272-LEK-RT

*Abbreviations and Acronyms*

| | |
|---|---|
| API | American Petroleum Institute |
| Army Corps | United States Army Corps of Engineers |
| Coast Guard | United States Coast Guard |
| EPA | United States Environmental Protection Agency |
| F-24 | Jet Fuel |
| F-76 | Marine Diesel Fuel |
| FAAMS | Fuel Assets Maintenance Management System |
| FORFAC | Fuel Oil Reclamation Facility |
| Hawaii Electric | Hawaiian Electric Company, Inc. |
| IMP | Pipeline Integrity Management Plan |
| JP-5 | Jet Fuel Propellant |
| Joint Base | Joint Base Pearl Harbor Hickam |
| MILCON | Military Construction |
| NAVFAC | Naval Facilities Engineering Systems Command |
| Navy | United States Department of the Navy |
| OMES | Operation, Maintenance, Environmental, and Safety Plan |
| Red Hill | Red Hill Bulk Fuel Storage Facility |
| RMMR | Recurring Maintenance and Minor Repair |
| SPCC | Spill Prevention, Control, and Countermeasures |

*Background*

1.      I am a civilian employee for the United States Department of the Navy

("Navy") with eleven years of federal service.  Since June 2023, I have been

Supervisory General Engineer of the Facilities Division in the Pearl Harbor Fuels

Department headquartered at Joint Base Pearl Harbor-Hickam ("Joint Base"),

Hawaii.  In this position, my responsibilities include development of short- and

long-range programs for maintenance, repair, and construction of the fuel

distribution system at the Joint Base.  Additionally, I provide technical and

operational support for maintenance, repair, and construction projects.

2.      I was a General Engineer in the Joint Base Fuels Department from

December 2020, until my promotion to Supervisory General Engineer in 2023.

From February 2015 through December 2020, I provided petroleum systems

project management and engineering support for Navy and United States Marine

Corps fuel facilities in Hawaii as a Mechanical Engineer at the Naval Facilities

Engineering Systems Command ("NAVFAC") Engineering and Expeditionary

Warfare Center.  Before entering federal civil service, I was a power plant

mechanical engineer at Hawaiian Electric Company, Inc. ("Hawaii Electric") from

December 1988 through January 2015.  My work at Hawaii Electric included the

design, construction and maintenance of fuel storage and fuel transfer systems for

generation facilities on Oahu, Maui, Molokai, Lanai and the Big Island (the Island

1

Trial Declaration of Guy Pasco, P.E.
Case No. 1:22-cv-272-LEK-RT

of Hawaii). I additionally operated and maintained shipboard fuels systems while serving in the Navy and the United States Coast Guard, from 1976 until 2013.

3.      Based on my education, training, and work experience, including review of documents as part of my job responsibilities, I am knowledgeable about and will provide testimony in this declaration about the following topics: (1) the location, configuration, and operation of the Joint Base fueling infrastructure; (2) the organization and responsibilities of the Joint Base Fuels Department; (3) the Navy's past efforts and future plans to repair and/or replace fuel infrastructure, including at Hotel, Kilo, Bravo, Mike, and Sierra piers; (4) Facility[1] infrastructure testing and inspection operations and the responsible organizations; (5) Facility maintenance operations and the responsible organizations; (6) tracking programs and tools for the Navy's testing, inspection, and maintenance programs; (7) weekly Joint Base Fuels Department meetings and training days; (8) the Navy's pipeline integrity management plan for the Facility; and (9) the Navy's spill prevention, control, and countermeasures plan for the Facility.

*The Location, Configuration, and Operation of the Facility*

4.      The Joint Base fuel distribution system provides fueling operational capacity for Navy vessels and aircraft at piers and docks at Pearl Harbor and Air

---

[1] *See* Paragraph 4 for the definition of the Facility.

Force aircraft fueling operations on the Hickam side of the Joint Base. I understand the "Facility" at issue for this trial to be the infrastructure that delivers fuel from the above ground storage tanks known as the "Upper Tank Farm" to the fueling points at Pearl Harbor and including what the Navy refers to as the "Underground Pumphouse." My testimony is limited to the elements of the fueling infrastructure at the Joint Base that comprise the "Facility" for this trial.

5.      The Facility typically receives fuel from PAR Hawaii, a commercial fuel provider, through a commercial pipeline connected to the Facility. That pipeline is a multi-product line, which means it can transport different types of fuel.

6.      The Facility includes (1) six above ground storage tanks that the Navy calls the "Upper Tank Farm," (2) five piers for vessels, (3) underground and aboveground piping that delivers fuel to the piers, (4) valve stations (above ground) and valve chambers (below ground) that serve as junctions to divert fuel to piping branches that can deliver fuel to the various piers, (5) the Underground Pumphouse and the much smaller Pumphouse 1554 used to pump fuel from the Upper Tank Farm to the piers, (6) a fuel oil reclamation facility, also known as the "FORFAC," to recover used fuel for recycling, and (7) a truck loading rack used to fuel vehicles that deliver fuel to points on the Joint Base inaccessible to fixed fueling points. Each of these components at the Facility is described in the paragraphs that follow. These Facility components are depicted below. *See*

Trial Declaration of Guy Pasco, P.E.
Case No. 1:22-cv-272-LEK-RT

D_DEMO-019-0002.



7.      The six aboveground storage tanks at the Upper Tank Farm are numbered

46, 47, 48, 53, 54 and 55 and each can hold about 6 to 6.3 million gallons of fuel.

Tanks 47, 48 and 54 hold Marine Diesel Fuel ("F-76") for vessels.  Tank 46 and 53

hold Jet Fuel ("F-24").  Tank 55 holds Jet Fuel Propellant ("JP-5").  These tanks

receive the fuel from PAR Hawaii through the commercial pipeline and store it for

use in fueling operations throughout the Joint Base.  All six tanks are operational,

although Tanks 48 and 53 are currently emptied for routine inspection and

maintenance.

8.      Each tank at the Upper Tank Farm is situated in a depressed area that is

fitted with an impermeable liner that serves as "secondary containment"—i.e., a

Trial Declaration of Guy Pasco, P.E.
Case No. 1:22-cv-272-LEK-RT

feature that can capture and contain fuel if there is a release of fuel from that tank. These large, lined areas are designed to collect and hold any released fuel and can hold the maximum capacity of each tank plus 10 inches of rain. Most of the rainwater that enters these areas during storms is drained through a stormwater release valve and any minor residual water evaporates. The Upper Tank Farm is depicted below. *See* D_DEMO-019-0008.



9.      The five piers are called Hotel, Kilo, Sierra, Mike, and Bravo.[2] Hotel Pier and Sierra Pier are the only currently operational piers.

10.     Hotel Pier handles most of the current fueling operations for vessels and

_____

[2] Mike and Bravo technically are docks and named accordingly, but, for simplicity, this declaration will use "piers" for both the piers and docks at issue.

Trial Declaration of Guy Pasco, P.E.
Case No. 1:22-cv-272-LEK-RT

Navy aircraft at the Joint Base.  There are six fueling pipelines at Hotel Pier, two for each type of fuel (F-24, JP-5 and F-76).  The pipelines are in a sunken concrete trench on the topside of the pier deck.  The concrete trench acts as a secondary containment system that collects fuel if there is a release from the pipelines.  The trench is designed to prevent any accidental fuel releases from reaching Pearl Harbor or elsewhere in the environment.

11.    Hotel Pier has a sump drain line that collects water runoff that may be mixed with petroleum products.  The sump pumps to the FORFAC discussed below.  The sump can also be used to pump fuel that could be unintentionally released from fuel transfer operations at Hotel Pier to the FORFAC.

12.    Hotel Pier has 31 fueling riser stations that contain fueling valves.  For fueling, detachable hoses are attached to the fueling points on the riser stations and fuel can be delivered to marine tankers or vessels through the hoses.  As discussed below, fueling is usually controlled remotely via a control center in the Underground Pumphouse or an alternate control center.

13.    Hotel Pier also has a defueling line that runs from the pier to the FORFAC, but that line is out-of-service and in the process of being removed.  The 16 defueling-risers at Hotel Pier are no longer operational and have been filled with concrete and sealed with welded caps.

14.    Hotel Pier is depicted below.  *See* D_DEMO-019-0003.

Trial Declaration of Guy Pasco, P.E.
Case No. 1:22-cv-272-LEK-RT



15.    Sierra, Mike, and Bravo Piers are only equipped to deliver F-76 fuel

through a single pipeline at each pier. Kilo Pier has a single multiproduct pipeline

that can transfer F-76, F-24 or JP-5 fuels, but it is normally used for F-76 fuel.

When operational, fuel is delivered to vessels through fueling risers and detachable

hoses in the same way as for Hotel Pier. As discussed below, the pipelines at Kilo,

Mike, and Bravo Piers are empty, isolated, and out-of-service pending necessary

repairs. Kilo Pier has 4 fueling riser stations, Bravo Pier has 28 fueling riser

stations, and Mike Pier has 23 fueling riser stations.

16.    Sierra Pier formerly had 34 fueling riser stations. However, Sierra Pier

currently operates from a section of pipe serving only two in-service fueling riser

stations. The remaining section of pipeline and associated fuel risers are empty,

Trial Declaration of Guy Pasco, P.E.
Case No. 1:22-cv-272-LEK-RT

isolated, and permanently removed from service.  The operational section of Sierra

Pier is used to fuel barges that in turn fuel other vessels in other locations

throughout Pearl Harbor.

17.     Kilo, Sierra, Mike, and Bravo Piers are depicted below.  *See* D_DEMO-

019-0004–0007.



Trial Declaration of Guy Pasco, P.E.
Case No. 1:22-cv-272-LEK-RT





Trial Declaration of Guy Pasco, P.E.
Case No. 1:22-cv-272-LEK-RT



18.     Fuel from the Upper Tank Farm reaches the piers (when operational) through piping that runs below and above ground.  Six pipelines, two for each type of fuel, run from the tanks at the Upper Tank Farm to Hotel Pier.  One pipeline for F-76 fuel runs to the other piers which can be served by Tanks 47, 48 or 54 at the Upper Tank Farm.  Another pipeline, which runs from the Upper Tank Farm to the Hickam side of the Joint Base, provides F-24 fuel for aircraft fueling operations from Tanks 46 and 53 at the Upper Tank Farm.

19.     The Facility pipelines that deliver fuel to the piers (when operational) are depicted below.  *See* D_DEMO-020-0001; *see also* DX-024-0106, Spill Prevention, Control, and Countermeasure (SPCC) Plan for Commander Navy Region Hawaii (CNRH) (providing not-to-scale Facility pipeline schematic).



20.    When fuel flows from the Upper Tank Farm, a series of valve stations and chambers route fuel to the end destination.  To transfer fuel to Mike Pier, fuel is routed through Valve Station █ and Valve Chambers █ and █.  The fuel then routes through Valve Chamber █ to get to Bravo Pier.  To transfer fuel to Sierra Pier, fuel routes through Valve Station █ and Valve Chamber █.  To transfer fuel to Kilo and Hotel Piers, fuel routes through the following series of valves: Valve Station █, Valve Chamber █, Valve Station █, and Valve Station █. Valve Station 3 is located at the foot of Hotel Pier.  These valve stations and chambers at the Facility are depicted below.  *See* D_DEMO-020-0002–0006.

11

Trial Declaration of Guy Pasco, P.E.
Case No. 1:22-cv-272-LEK-RT



21.     The Underground Pumphouse will control fuel movements to Hotel and

Kilo Piers (when operational) but has been offline since 2022 for repairs.  When

operational, the control room there is staffed 24/7 and its operators can remotely

control the flow of fuel anywhere at the Facility, including valves, tanks, and

pumps, using an automated fuel handling equipment system.  Fueling at the

operational piers is controlled through this system up to valves closest to the

fueling piers.  Those valves are controlled manually.  The control room in the

Underground Pumphouse is also offline during repairs to equipment in the

Underground Pumphouse.

22.     Pumphouse 1554 is being used to transfer F-24 fuel to the Hickam side of

the Joint Base for jet fueling, and F-76 fuel to the Hotel and Sierra Piers while the

Underground Pumphouse is under repair.  When the Underground Pumphouse is operational, Pumphouse 1554 will be used to transfer F-76 fuel to Sierra Pier, Mike Pier (when operational), and Bravo Pier (when operational), and to continue to transfer F-24 fuel to the Hickam side of the Joint Base for jet fueling.  JP-5 product is currently transferred using a pump located at Valve Station ██.

23.     The FORFAC receives drained product and oily water for reuse.  It is located next to the Upper Tank Farm.  The FORFAC can receive transfers from (1) a pipeline that runs from Sierra Pier, (2) a pipeline from a wet well sump at Hotel Pier that captures deck water runoff and any fuel releases to the pipeline trenches, (3) lines from sumps at the Underground Pumphouse and truck loading rack designed to collect water and fuel, and (4) oil and oily water from Facility vacuum trucks.

24.     There are two aboveground storage tanks numbered B-1 and B-2 at the FORFAC that sit in a secondary containment system.  Tank B-1 is a settling tank for oily water.  The fuel that rises to the top is then stored in Tank B-2 and separated water is sent to a smaller clarifying tank for any further oil and water separation.  Any additional oil separated is pumped to Tank B-2.  The separated water is then tested for contaminants and discharged to the sanitary sewer if water quality allows discharge.  Reclaimed fuel can be transferred to Sierra Pier or to tanker trucks for sale.  Tank B-1 is out-of-service for an internal inspection.

Trial Declaration of Guy Pasco, P.E.
Case No. 1:22-cv-272-LEK-RT

25.    The FORFAC is depicted below.  *See* D_DEMO-019-0009.



26.    The truck loading rack is used to load tanker trucks that deliver fuel

products (F-24, JP-5 and F-76) to areas of the Joint Base that do not have fixed

fueling lines and other military and government facilities on Oahu.  The fuel

products are delivered from the Upper Tank Farm to the truck loading rack and

then loaded onto tanker trucks through loading arms at the truck loading rack.

Turbine and engine lubrication oils are also loaded onto tanker trucks for delivery

from two on-site above ground storage tanks with secondary containment.  The

truck loading rack has a closed trench that can collect any spilled product during

transfer operations that is then pumped through sumps to Tank B-1 at the

FORFAC.  The trench can hold the capacity of the largest tanker truck.

Trial Declaration of Guy Pasco, P.E.
Case No. 1:22-cv-272-LEK-RT

27.    The truck loading rack is depicted below.  *See* D_DEMO-019-0010.



*The Joint Base Fuels Department*

28.    The Joint Base Fuels Department oversees the operation and maintenance of the Facility and the Defense Logistics Agency funds centrally-managed programs like major pipeline testing and aboveground storage tank inspections described below.  The Fuels Department is under the command and control of the Joint Base Commander, currently Captain Samuel White.

29.    The Fuels Department is organized into multiple divisions that cover facilities, inventory accounting, operations, the fuel laboratory, maintenance, and environmental compliance.  The Fuels Department is led by a Director who ensures the Fuels Department meets its mission and a Deputy Director who

manages Facility operations. The division heads report to the Deputy Director who reports to the Director.

30.    The Joint Base Operation, Maintenance, Environmental, and Safety Plan ("OMES") manual includes a description of the Fuels Department divisions and key personnel. *See* DX-016-0025-31, Operation, Maintenance, Environmental, and Safety Plan. Of note though, the Fuels Department is no longer under the Fleet Logistics Center Pearl Harbor, a suborganization of Naval Supply Systems Command. References to the Fuels Department as being under these organizations are out-of-date and no longer correct. As noted above, the Fuels Department is under the command and control of the Joint Base Commander, who is under the command and control of Navy Region Hawaii, a suborganization of Commander, Navy Installations Command.

*Facility Infrastructure Repair and Replacement*

31.    The Facility has undergone significant infrastructure improvements since there were releases of fuel from the defueling line at Hotel Pier in 2020 and the pipeline at Kilo Pier in July 2021. First, the Joint Task Force-Red Hill made all 253 repairs recommended in various assessments of Red Hill and parts of the Facility to safely defuel 104 million gallons of fuel from the Red Hill Bulk Fuel Storage Facility ("Red Hill"). *See* DX-021, Red Hill Consolidated Repair List With Charts; DX-022, Defueling Consolidated Repair/Enhancement List.

Defueling was accomplished by moving the fuel stored at Red Hill to the Upper Tank Farm or onto fuel tankers at Hotel Pier. Some of the repairs necessary for defueling were to infrastructure at and serving Hotel Pier.

32.    The Navy also replaced the under-pier drain lines at Hotel Pier and replaced 75 hangers that secure the lines below deck.

33.    In addition to the repairs made at the Facility to ensure the safe defueling of Red Hill, the Navy recently made repairs to a segment of JP-5 product piping that connects Tank 55 at the Upper Tank Farm to the Lower Yard Tunnel (a piping and utility tunnel) near the Underground Pumphouse. On June 5, 2025, during annual pressure testing at over three times the normal pressure on the line, a small portion of this piping segment above the Lower Yard Tunnel began to seep a small amount of fuel. The weep was enough to wet the concrete floor and a portion of the outer surface of the pipeline, but not enough to be measured. The Navy stopped the test, drained this segment of the pipeline, captured the fuel that seeped from this part of the line, and ordered an emergency repair. This segment of pipeline was replaced and passed pressure testing thereafter on September 25, 2025.

34.    Other significant repairs the Navy has made to the Facility since Red Hill was defueled include:

- corrosion control and preservation;

17
Trial Declaration of Guy Pasco, P.E.
Case No. 1:22-cv-272-LEK-RT

- replacement of all the riser valves on Hotel Pier;

- disassembly, cleaning, part replacement, reassembly, testing, and reassembly of the 800-pound Pumphouse 1554 F-76 pump discharge control valve;

- installation of a swing check valve in the FORFAC;

- installation of additional high point vent valves to facilitate pressure testing of the line that connects the FORFAC to the truck-loading rack;

- replacement of the light poles and fixtures on Hotel Pier;

- installation of a low point drain in the buried section of the JP-5 "A" pipeline that connects Tank 55 to the Lower Yard Tunnel;

- installation of a high point vent valve in the buried section of the JP-5 "B" pipeline that connects Tank 55 to the Underground Pumphouse;

- replacement of the sump pumps and controls in a fan room near the Underground Pumphouse;

- refurbishment of the FORFAC effluent sump including replacement of the two sump pumps, piping, valves and controls;

- refurbishment of the Hotel Pier sump, including replacement of the two pumps, piping, valves, and controls;

- replacement of the sectional valves (isolation valves used to divide

the pipelines into smaller, manageable sections) serving the pipelines for all three fuel products on Hotel Pier;

- replacement of thermal relief valves and modification of piping on Hotel Pier;

- addition of pipe flanges and spectacle blinds at the Underground Pumphouse and Lower Yard Tunnel;

- replacement of the valves, motor operators, pipe and fittings, access hatches, and the personnel access ladder at Valve Chamber ▮;

- repairs to overflow prevention controls at the truck loading rack; replacement of the fuel oil recovery fire valve at the truck loading rack;

- relocation of a low point drain at Valve Chamber ▮;

- retrofit of stem position indicators on control valves;

- retrofit of local motor start/stop switches at Valve Station ▮;

- retrofit pressure gauge on a relief line to Tank 48;

- removal of abandoned dead leg piping at Valve Station ▮;

- replacement of pressure gauges throughout the portion of the Facility subject to Coast Guard regulations to match with test pressure for Coast Guard-regulated piping;

- replacement of gate valves at Valve Station ▮ with compliant ball

Trial Declaration of Guy Pasco, P.E.
Case No. 1:22-cv-272-LEK-RT

valves; and

- retrofit of low point drains at two spectacle blinds at Tank 55.

35.    The Navy also plans to make significant further repairs and improvements at the piers and the Facility piping thermal relief valve system.

36.    Most notably, the Navy awarded a contract in 2025 to remove the defueling line at Hotel Pier that was the source of the fuel release from the Facility in 2020. The defueling line was isolated from the rest of the system in January 2021.  This contract also includes installation of a product recovery tank to receive discharge of relief valves at Valve Station █, replacement of all the drain lines under the Hotel Pier, and installation of a new buried pipe that connects the Hotel Pier sump to Valve Station █.  The Navy awarded another contract in 2025 to add or replace thermal relief valves at Valve Stations █, █, and █, and at Valve Chamber █. The thermal relief scheme on Hotel Pier will also be reconfigured to cascade to the new product recovery tank at Valve Station █.  Design is currently being performed for a separate Hotel Pier contract to replace corroded/pitting piping, repair pipe coating at the foot of the pier, inspect and repair the fuel trench coating, replace low point drains with all welded joints, modify or replace the trench covers, and modify or replace a personnel ladder.

37.    The piping at Kilo, Mike, and Bravo Piers has been isolated, drained, and removed from service.  Fuel piping beneath Kilo Pier was isolated, drained, and

removed from service in July 2021.  Fuel piping beneath Mike and Bravo Piers

was isolated, drained, and removed from service in January 2022.  Kilo, Mike, and

Bravo Piers fuel piping will remain empty, isolated, and out-of-service until all

necessary repairs and replacements are complete.

38.     At Kilo Pier, the Navy will replace all the piping and supports under the

pier.  A contract for this work was awarded in June 2024, and work is in progress.

The work under the contract includes testing to ensure the hydraulic integrity of the

piping at Kilo Pier.  This Kilo Pier project is estimated to be completed by June

2026.

39.     At Mike and Bravo Piers, the Navy also will make necessary repairs before

returning the lines to service.  A contract award is pending prioritization of funding

for all petroleum projects in the Navy for fiscal year 2026.  The work under the

proposed contract includes replacing corroded pipe fittings and segments,

replacing deteriorated pipe supports, replacing thermal relief valves, and providing

necessary piping maintenance coating.

40.     At Sierra Pier, which is in limited operations for fuel transfers to barges, the

Navy currently plans to perform an inspection and preventative repairs if needed

based on the results of the inspection.

41.     The Navy will be making upgrades to the pipeline thermal relief valve

system at the piers as part of the repair work before bringing the pipelines back

online.  Thermal relief valves are important because when temperatures in the piping increase, pressure increases.  The thermal relief valves serve as a "bypass" between isolated sections of pipeline, which allows fuel in one pipeline section to expand and travel into another section, reducing pressure in the preceding section when the pressure gets too high.  The pipeline is protected from overpressure by venting the fluid back into the associated storage tank.

42.    The Navy plans to install new thermal relief valves at Mike and Bravo Piers.  Thermal relief valves were recently replaced on Hotel Pier and installed with vertical orientation and as specified in the manufacturer's instructions.

43.    The Navy also is performing repairs at the Underground Pumphouse.  The original fuel transfer pumps and motors have been replaced and the internal pumphouse piping reconfigured to allow transfer of F-76 fuel and JP-5 product from the Upper Tank Farm to Hotel and Kilo Piers.  A product recovery tank has been added in the Underground Pumphouse to receive drains from the pumphouse piping.  The groundwater sump pumps and automatic controls were replaced. Electrical infrastructure has been upgraded and portions of the ventilation system repaired or replaced.  Integration of controls for the new equipment into the automated fuel handling equipment control system is pending.

*Facility Testing and Inspections Operations*

44.     The Navy or its contractors perform regular testing and inspections to ensure the integrity of the fuel system at the Facility.  These activities range from Rover checks every 8-hour shift (visual checks for leaks, weeps, wet spots on the deck, and valve positions at all valve stations, valve chambers, piers, tank containments, and pipelines) and pump deadhead checks in every system operation (a field integrity test incorporated into Operation Orders) to static liquid pressure testing performed annually (required for Coast Guard-regulated piping systems).

45.     The Navy complies with several different sets of regulations at the Facility. Notably, the Navy complies with Coast Guard regulations at 33 C.F.R. Parts 154 and 156 from the piers up to the first valve in containment.  The Navy complies with United States Environmental Protection Agency ("EPA") regulations at 33 C.F.R. Part 112 for the rest of the Facility.

46.     The Navy also implements relevant Department of War Unified Facilities Criteria, most relevant here Unified Facilities Criteria 3-460-03, *Petroleum Fuel Systems Maintenance*.

47.     The Navy voluntarily follows Occupational Safety and Health Administration Process Safety Management standards at 29 C.F.R. § 1910.119 at the Facility.  The Navy also applies relevant American Petroleum Institute Standards and implements other best management practices to ensure safety at the

23
Trial Declaration of Guy Pasco, P.E.
Case No. 1:22-cv-272-LEK-RT

Facility.

48.     The Navy's OMES manual, Chapter 13 provides a summary of inspection

and testing requirements for the Facility.[3]  *See* DX-016-0195-214.

49.     Major testing and inspections to ensure the structural integrity of Facility

assets include (1) annual pipeline pressure and leak detection testing; and (2)

American Petroleum Institute ("API") Standard 570 inspections and assessments of

the pipelines, among other checks.  The API Standard 570 piping inspections are

usually conducted every five years for pier piping, and every ten years for other

piping in the Facility.

50.     As noted below, the most recent API Standard 570 pipeline inspection at

the Facility was conducted in 2023 and resulted in the current pipeline integrity

management plan.  The next pipeline integrity management plan is planned and

been identified for funding in fiscal year 2028.

51.     Annual static liquid pressure testing determines if pipelines associated with

pier operations maintain integrity (i.e., no leaks occur) under static pressure of at

least 1.5 times the maximum allowable working pressure.  These tests can identify

---

[3] OMES manuals are updated approximately every five years.  Inspection and testing requirements may change before a new OMES manual is issued.  Changes to the OMES manuals are made only if they are substantive to fuel movement operations.  The Navy does not issue a new OMES manual every time a test requirement changes.  Instead, the Navy explains any requirement changes in inspection reports or other necessary documentation.

Trial Declaration of Guy Pasco, P.E.
Case No. 1:22-cv-272-LEK-RT

if pipeline integrity is compromised.  If pressure testing fails, then the Navy makes any necessary emergency repairs and retests the segment.

52.    Pressure testing is how the Navy identified the minor seep in the pipeline running from Tank 55 at the Upper Tank Farm to the Underground Pumphouse, which was immediately identified and promptly repaired as discussed above.  *See* ¶ 33.  Post-repair hydrostatic pressure testing also identified a deficient gasket near the Underground Pumphouse in November 2025, which broke during the test and was promptly repaired.  That gasket failure caused about 115 gallons of fuel to discharge, which was captured in concrete containment as designed and cleaned up within two hours.

53.    Precision leak detection testing is designed to identify leaks in pipelines not regulated by the Coast Guard.  The test is conducted using a method listed with the National Work Group on Leak Detection Evaluations to detect leaks no smaller than 0.5-gallons per hour at normal operating pressure.  Leak detection testing is performed by a contractor using a proprietary leak detection system.  If the test results are below the minimum detectable leak rate, then the piping segment passes; if test results are above the minimum detectable leak rate, then the segment fails and is repaired and retested.  The test also includes a visual inspection.

54.    All of the in-service portions of the Facility pipelines passed annual pressure and leak detection testing in 2025, except the portion of the Facility where

25
Trial Declaration of Guy Pasco, P.E.
Case No. 1:22-cv-272-LEK-RT

the Navy identified the minor seep discussed above. *See* DX-023, Spreadsheet.

HCNA & PPSI COMBINED SCHEDULE- JB Pearl Harbor-Hickam - 2025

Annual SLPT and Leak Detection Testing Schedule. The segment with the minor

seep passed testing after necessary repairs were completed.

55.    Visual corrosion checks are another important inspection for Facility

integrity. These entail an eyes-on monthly inspection of all the Facility

infrastructure for corrosion that may need further investigation.

56.    The Fuels Department is responsible for performing routine testing and

inspections at the Facility. That includes the monthly visual checks for corrosion,

valve cycling and inspections, thermal relief valve inspections and testing,

instrument calibration checks, pantograph arm inspections, and obtaining cathodic

protection rectifier readings.

57.    Contractors perform the more substantial, less frequent testing and

inspections, like the annual pressure and leak detection testing and the API 570

inspection. NAVFAC is responsible for administrating these integrity

management inspections. The Fuels Department coordinates with the NAVFAC

Engineering Expeditionary Warfare Center to track these assessments. These

Centrally Managed Programs are funded by the Defense Logistics Agency.

*Facility Maintenance Operations*

58.    The Fuels Department conducts minor operator-level maintenance requirements and small repairs, such as draining water and sediment from system low points, performing fire extinguisher and emergency eyewash station inspections and repairs, cleaning strainer baskets, and replacing filter elements.  If routine inspections reveal the need for more significant repairs or work, the Fuels Department coordinates with Joint Base Public Works Department to do the maintenance or repair.

59.    For more significant repairs or work, if the Public Works Department has the capacity to do the maintenance or repair, and to complete it on time, the Public Works Department will do it.  If the repair must be done faster or is beyond the Public Works Department's capacity, the Public Works Department may refer the work to other programs, such as the United States Army Corps of Engineers ("Army Corps"), depending on the size and scope of the project.  The Defense Logistics Agency provides funding for the more substantial repairs and fueling infrastructure projects to support reliable upkeep and operation of the fuel assets. The Fuels Department tracks these projects to monitor progress and completion for the Joint Base Commander.

60.    Relatively minor repairs and more substantial routine maintenance (quarterly and longer) are handled by the Army Corps for service under the

27
Trial Declaration of Guy Pasco, P.E.
Case No. 1:22-cv-272-LEK-RT

recurring maintenance and minor repair program, which is referred to as the RMMR program. Minor repairs return Facility assets to a useable condition. Examples of minor repairs are replacement of system components or constituent parts, and Facility upgrades to comply with current environmental, safety, fire protection, and electrical codes. Recurring maintenance is recurrent, periodic work required to inspect and prevent deterioration of Facility assets. Examples of recurring maintenance include calibrating, cleaning, diagnostic inspections, and testing. The Army Corps manages execution of service orders by an RMMR program contractor. The RMMR contractor is currently APTIM Federal Services LLC, which replaced Pond & Company.

61.    For larger infrastructure repairs or other construction projects for the Facility (repairs less than $7 million and minor construction less than $1 million), work is executed by NAVFAC under the Navy's Sustainment, Restoration, and Modernization program.

62.    Projects that add operational functions at the Facility, typically over $1 million, are Military Construction ("MILCON") projects. Initiating and executing a MILCON project involves installation-level planning, military command vetting, Department of War budgeting, and Congressional authorization. Congress must approve MILCON funding, typically via the annual National Defense Authorization Act. Once funded, NAVFAC usually executes MILCON projects at

the Facility.  As an example, the project that replaced the fuel pipelines that connect Valve Station ▮ from the foot of Hotel Pier to Valve Chamber ▮ at the entrance to the Underground Pumphouse was a MILCON project.

*Tracking Maintenance, Testing and Inspections*

63.    The Navy's program to track maintenance, testing, and inspection requirements and implementation was overhauled after the 2020 release at Hotel Pier and 2021 release at Kilo Pier.  TKC Global Consulting LLC was contracted to develop and improve systems to track the status and completion of these tasks, as well as compliance monitoring, training, and other Occupational Safety and Health Administration Process Safety Management practices.  Ted Caudill led the TKC Global team and was responsible for tracking maintenance, inspections, and testing.  The Navy implemented these improved tracking processes beginning in 2022.

64.    The Navy uses three tools to track maintenance, testing, and inspections. The first tool tracks recurring preventative maintenance using the existing Navy's Fuel Asset Maintenance Management System, commonly referred to as "FAMMS."  FAMMS is built around a comprehensive database that includes a detailed inventory of all the petroleum assets and associated infrastructure at the Facility and then catalogs the specific maintenance and inspection requirements for each asset in the inventory.  These activities are derived directly from the Unified

29
Trial Declaration of Guy Pasco, P.E.
Case No. 1:22-cv-272-LEK-RT

Facilities Criteria 3-460-03, Petroleum Fuel Systems Maintenance, which establishes Department of War maintenance requirements for land-based petroleum fuel systems for all the Department of War services.

65.    FAMMS translates the high-level maintenance standards from Unified Facilities Criteria 3-460-03 into actionable, detailed work orders for mechanics and technicians to carry out.  The work orders are designed as a complete guide providing asset identification, safety precautions, required tools and parts, and step-by-step procedures outlining the exact tasks to be performed.  Automated scheduling ensures that routine and preventative maintenance tasks are not overlooked and are performed at the correct intervals.  Work order completion data provides management with information to ensure assets are maintained effectively and that weaknesses can be identified and corrected.  Maintenance requirements that are tracked through FAMMS are not tracked with the tools Mr. Caudill developed.

66.    The second tool is a "Compliance Tracker," which tracks recurring regulatory compliance obligations.  The Compliance Tracker is a local SharePoint tracking system created by Mr. Caudill that contains those required tasks and deadlines, including those that are funded by the Defense Logistics Agency.

67.    The third tool is an "Action Tracker" Excel spreadsheet that tracks and documents non-recurring tasks that, while not required, the Navy implements to

enhance the safety of the fuel system.  The Navy updates the Action Tracker as tasks are completed and new tasks are added as they are identified.

68.     The Navy continues to implement the tracking program that Mr. Caudill developed.  The Fuels Department Compliance Team is responsible for maintaining the Compliance Tracker.  These individuals are granted "owner" access to the system.  Compliance Team personnel can create or update compliance tasks.  The software sorts tasks daily and sends notifications to the person responsible for completing an upcoming task.  A member of the Compliance Team reports the status of Compliance Tracker items to the Fuels Director at the Fuels Department weekly staff meeting.  *See* ¶ 72.

69.     I am responsible for completing some of the regulatorily required tasks.  I get an automatic email reminder for tasks that are "coming due," which depends on the frequency of the task.  For example, if a task is scheduled monthly, I receive a reminder email two weeks before it is due.  If the task is not completed by a set time, I would receive another email reminder.  When I note a task as completed, the Compliance Tracker shows when that task was completed.

70.     The Navy also continues to implement the Action Tracker that Mr. Caudill developed.  The Compliance Team is responsible for maintaining the Action Tracker.  Action Tracker items are reviewed at each weekly Fuels Department staff meeting.  *See* ¶ 72.

71.     I am responsible for some of the non-recurring items on the Action Tracker. The Action Tracker can create filtered reports to display assigned actions and due dates.  When these tasks change or are completed, I inform the Compliance Team so they can update the Action Tracker.

*Fuels Department Weekly Meetings and Training Days*

72.     The Fuels Department conducts a weekly staff meeting, an operations and maintenance schedule synchronization weekly meeting, and Wednesday trainings days.  At the weekly staff meeting, the Fuels Director receives a presentation that starts with a review of the Fuels Department strategic goals and a three-month lookahead schedule showing high-level events for the current calendar quarter. Then, Fuels Department Division heads (e.g., Facilities, Controls, Operations, Technical, and Maintenance) provide high-level updates for ongoing efforts, completed actions, problems or issues, a review of mission capabilities, and future plans.  The Compliance Team (i.e., Safety, Environmental, and Training) then presents information on each of their programs, such as upcoming events, inspections, assessments and audits, findings and recommendations, and progress on efforts in each area.  The Compliance Team also provides a summary of the Compliance Tracker and Action Tracker items.

73.     The operations and maintenance schedule synchronization meeting reviews operations, inspections, repairs, and construction activities that are already planned

Trial Declaration of Guy Pasco, P.E.
Case No. 1:22-cv-272-LEK-RT

and approved for the following week, and to identify and resolve potential conflicts. Common issues to deconflict include potential disruptions to fuel transfers and the military mission; competition for access, space and resources; utility shutdowns that may impact other parties; and noise or safety issues. These meetings include the Fuel Department Director and Fuels Department Operations, Facilities, and Maintenance Division leads, as well as representatives from contractors and other commands performing work within the fuel terminal. A day-by-day review is conducted of the planned maintenance and repair activities for the upcoming week, and each party describes their planned work to the rest of the group. This team approach, with final decisions made by the Director, is designed to ensure that all stakeholders are coordinated on schedules and safe sequencing of work.

74. The Fuels Department training Wednesdays provide personnel time to complete required trainings. Operations generally do not occur on these training days. However, the Fuels Department will respond on these training days to urgent operations or maintenance issues that require immediate attention.

*The 2023 Pipeline Integrity Management Plan*

75. The Navy maintains a pipeline integrity management plan ("IMP") that provides maintenance and repair recommendations to ensure the integrity of the piping system at the Facility and extend the life of the infrastructure. The current

33

Trial Declaration of Guy Pasco, P.E.
Case No. 1:22-cv-272-LEK-RT

plan ("2023 IMP") was developed in 2023 and based on the results of the Facility-wide, every five-year API Standard 570 inspection of the pipelines conducted by Austin Brockenbrough. *See generally* DX-011, Contract Report. POL Pipelines Integrity Management Plan. Parts 1-2. The next API Standard 570 inspection will be conducted in 2028, and the Navy will update the IMP as necessary based on the inspection findings.

76.    The 2023 IMP contains a list of recommended one-time repairs to ensure the integrity and longevity of the Facility infrastructure. *See* DX-011-0017-20. There are three categories of recommended repairs: "urgent," "short-term," and "long-term." Broadly, the recommendations are to replace the out-of-service and severely corroded piping at Bravo and Mike Piers, address corrosion, repair pipe coating, fix or replace pipeline hangers (supports for the suspended pipes at the piers), reconfigure piping that is in contact with the ground, eliminate metal-to-metal contact between piping and other infrastructure elements, reconfigure and/or replace thermal relief valves, address issues with a few low-point drains, and a few other miscellaneous items. *See* DX-011-0017-20.

77.    The Navy's recent completed, in-progress, and planned repairs cover all the recommendations in the 2023 IMP. Most of the urgent repairs are corrosion-related recommendations at Mike and Bravo Piers. These systems are isolated, drained and out-of-service, and the repairs are pending contract award. The two

short-term repairs in the 2023 IMP are corrosion-related deficiencies at Bravo Pier

that are pending a contract award.  Long-term recommendations from the 2023

IMP that have not been completed will be addressed in planned Sustainment,

Restoration, and Modernization projects.  Long-term recommendations for Kilo,

Mike, and Bravo Piers are included in the scope of the projects at those piers

discussed above.

78.    The 2023 IMP recommended repairs and the actions the Navy has taken

and planned are set forth in the table below.  The recommended repair numbers

correspond to the actions listed in 2023 IMP.  *See* DX-011-0017-20.  As noted

above, Kilo, Mike, and Bravo Piers are empty, isolated, and out-of-service, and

recommended repairs at these piers (repair numbers 56-60, 64-97) thus are for

inactive portions of the Facility.

| Recommended Repair Number *See* DX-011-0017-20 | Urgency | Action | Status |
|---|---|---|---|
| 1 | Urgent | Hotel Pier Concrete Piping Penetrations Repair | Completed |
| 2 | Long Term | Hotel Pier Pipe Supports Replacement | Planned |
| 3 | Long Term | Hotel Pier Pipe Support Coating Repair | Planned |
| 4 | Long Term | Hotel Pier Pipe Coating Repair | Planned |
| 5 | Long Term | Hotel Pier Corroded and Pitted Piping Repair | Planned |

35
Trial Declaration of Guy Pasco, P.E.
Case No. 1:22-cv-272-LEK-RT

| 6 | Long Term | Provide Isolation between pipe and Support at Hotel Pier | Planned |
|---|---|---|---|
| 7 | Long Term | Hotel Pier Concrete Trench Repair | Completed |
| 8 | Long Term | Reconfigure Thermal Relief Valves at Hotel Pier. | Completed |
| 9 | Long Term | Hotel Pier Low Point Drain Assembly Replacement | Planned |
| 10 | Long Term | Hotel Pier Conduit Support | Planned |
| 11 | Long Term | Provide Handrail for Fender Access at Hotel Pier | Planned |
| 12 | Long Term | Hotel Pier Valves and Flanges Coating Repair | Completed in part and Planned in part |
| 13 | Long Term | Repair Coatings on Piping at a Valve Station | Completed in part and Planned in part |
| 14 | Long Term | Remove Sight Flow Indicators from TRV Assemblies at a Valve Station | Completed in part and Planned in part |
| 15 | Long Term | Replace Pipe Markings at a Valve Station | Planned |
| 16 | Long Term | Repair Pipe Supports at a Valve Station | Completed |
| 17 | Long Term | Replace Low Point Drain Pits at a Valve Station | Planned |
| 18 | Long Term | Provide Isolation Support at a Valve Station | Planned |
| 19 | Long Term | Repair Pipe Support Coating at a Valve Station | Completed |
| 20 | Long Term | Provide Drainage at a Valve Station | Completed |
| 21 | Long Term | Above Ground Pipe Segment Coating Repair | Completed in part and Planned in part |

Trial Declaration of Guy Pasco, P.E.
Case No. 1:22-cv-272-LEK-RT

| 22 | Long Term | Above Ground Pipe Segment Pipe Shoe Coating Repair | Planned |
| 23 | Long Term | Above Ground Pipe Segment Pipe Marking Replacement | Completed |
| 24 | Long Term | Above Ground Pipe Segment Pipe Support Repair | Planned |
| 25 | Long Term | Eliminate Contact Between Above Ground Pipe Segment and Fence | Planned |
| 26 | Long Term | Provide Low Point Drain Access at Above Ground Pipe Segment | Planned |
| 27 | Long Term | Repair Pipe Coatings at a Valve Station | Completed |
| 28 | Long Term | Repair Valve and Flange Coatings at a Valve Station | Completed |
| 29 | Long Term | Remove Sight Flow Indicators from Thermal Relief Valve Assembly at a Valve Station | Completed |
| 30 | Long Term | Provide Isolation Between Pipe and Supports at a Valve Station | Planned |
| 31 | Long Term | Reconfigure Piping at a Valve Station | Completed |
| 32 | Long Term | Lower Yard Tunnel Pipe Coating Repair | Completed |
| 33 | Long Term | Provide Isolation Between Pipe and Supports at the Lower Yard Tunnel | Completed |
| 34 | Long Term | Modify Concrete Pipe Supports at Lower Yard Tunnel | Completed |
| 35 | Long Term | Lower Yard Tunnel Pipe Wrap Replacement | Completed |
| 36 | Long Term | Lower Yard Tunnel High Point Vent assemblies Replacement | Completed |
| 37 | Long Term | Lower Yard Tunnel Motor Operator Repair | Completed |
| 38 | Long Term | Repair Pipe Coatings at a Valve Station | Completed |
| 39 | Long Term | Repair Pipe Coatings at a Valve Chamber | Completed |
| 40 | Urgent | Replace Low Point Drains at a Valve Chamber | Completed |

Trial Declaration of Guy Pasco, P.E.
Case No. 1:22-cv-272-LEK-RT

| 41 | Long Term | Upper Tank Farm Pipe Coating Repair | Completed in part and Planned in part |
|---|---|---|---|
| 42 | Long Term | North Road Pipe Coating Repair | Completed |
| 43 | Long Term | North Road Valve and Flanges Coatings Repair | Completed |
| 44 | Long Term | Provide Access to Low Point Drains at North Road | Planned |
| 45 | Long Term | Provide Space Between Ground and Pipe at North Road | Planned |
| 46 | Long Term | North Road Seal Replacement | Planned |
| 47 | Long Term | Lube Oil Valve and Flange Coating Repair | Planned |
| 48 | Long Term | Add Isolation Between Pipe and Support at Lube Oil | Planned |
| 49 | Long Term | Pipe Coating Repairs at valve chamber | Planned |
| 50 | Long Term | FORFAC Pipe Coating Repairs | Completed |
| 51 | Long Term | Add Isolation Between Pipe and Support at FORFAC | Completed |
| 52 | Long Term | FORFAC Pipe Markings Replacement | Planned |
| 53 | Long Term | FORFAC Valve and Flange Coating Repairs | Completed |
| 54 | Long Term | Upper Tank Farm Valve and Flange Coating Repairs | Completed in part and Planned in part |
| 55 | Long Term | Upper Tank Farm Pipe Coating Repairs | Planned |
| 56 | Long Term | Kilo Pier Pipe Coating repair | In Progress |
| 57 | Long Term | Kilo Pier Low Point Drain Repair | In Progress |
| 58 | Long Term | Kilo Pier Pipe Support Adjustment | In Progress |
| 59 | Urgent | Kilo Pier Pipe Clamp Replacement | In Progress |
| 60 | Urgent | Kilo Pier Pipe Clamp Replacement | In Progress |
| 61 | Long Term | Sierra Pier Pipe Coating Repair | In Progress |
| 62 | Long Term | Sierra Pier Pipe Support Adjustment | Planned |

Trial Declaration of Guy Pasco, P.E.
Case No. 1:22-cv-272-LEK-RT

| 63 | Long Term | Sierra Pier Pipe Seal Replacement | Planned |
|---|---|---|---|
| 64 | Long Term | Mike Pier Pipe Coating and Corrosion Repair | Planned |
| 65 | Long Term | Mike Pier Pipe Support Adjustment | Planned |
| 66 | Long Term | Add Isolation Between Pipe and Support at Mike Pier | Planned |
| 67 | Long Term | Mike Pier Valve and Flanges Coating Replacement | Planned |
| 68 | Long Term | Mike Pier Low Point Drain Repair | Planned |
| 69 | Urgent | Mike Pier Pipe Segment Replacement | Planned |
| 70 | Urgent | Mike Pier Pipe Segment Replacement | Planned |
| 71 | Urgent | Mike Pier Riser Station Repair | Planned |
| 72 | Urgent | Mike Pier Pipe Segment Replacement | Planned |
| 73 | Urgent | Mike Pier Tee Replacement | Planned |
| 74 | Urgent | Mike Pier Pipe Segment Replacement | Planned |
| 75 | Urgent | Mike Pier Pipe Segment Replacement | Planned |
| 76 | Urgent | Mike Pier Low Point Drain and Isolation Flange Kit replacement | Planned |
| 77 | Urgent | Mike Pier Pipe Segment Replacement | Planned |
| 78 | Urgent | Mike Pier Pipe Segment Replacement | Planned |
| 79 | Urgent | Mike Pier Pipe Segment Replacement | Planned |
| 80 | Urgent | Mike Pier Pipe Segment Replacement | Planned |
| 81 | Urgent | Mike Pier Low Point Drain and Isolation Flange Kit replacement | Planned |
| 82 | Urgent | Mike Pier Pipe Segment Replacement | Planned |
| 83 | Urgent | Mike Pier Riser Replacement | Planned |
| 84 | Urgent | Mike Pier Pipe Segment Replacement | Planned |
| 85 | Urgent | Mike Pier Pipe Segment Replacement | Planned |
| 86 | Urgent | Mike Pier Pipe Segment Replacement | Planned |
| 87 | Urgent | Mike Pier Pipe Segment Replacement | Planned |
| 88 | Short term | Bravo Pier Pipe Coating and Corrosion Repair | Planned |
| 89 | Short term | Bravo Pier Valve and Flange Coating Repair | Planned |
| 90 | Urgent | Bravo Pier Pipe Segment Replacement | Planned |
| 91 | Urgent | Bravo Pier Pipe Segment Replacement | Planned |

Trial Declaration of Guy Pasco, P.E.
Case No. 1:22-cv-272-LEK-RT

| 92 | Urgent | Secure Fastener at Bravo Pier | Planned |
| 93 | Urgent | Bravo Pier Pipe Segment Replacement | Planned |
| 94 | Urgent | Bravo Pier Pipe Segment Replacement | Planned |
| 95 | Urgent | Bravo Pier Pipe Segment Replacement | Planned |
| 96 | Urgent | Bravo Pier Low Point Drain and Wrap Replacement | Planned |
| 97 | Urgent | Bravo Pier Flanged Connections Repair | Planned |

79.     The Navy has taken measures that address the thermal relief valve findings of the 2023 IMP study and further measures are planned.  Thermal relief valves on Hotel Pier that were installed in the horizontal position have been replaced and installed in the correct vertical orientation.  A service order is in place to replace horizontal thermal relief valves in Pumphouse 1554 and re-pipe them into the vertical position with execution planned for fiscal year 2026.  The Navy also is planning to install thermal relief valves at Mike and Bravo Piers before bringing those pipelines back on-line.  Further, the Navy plans to add or replace thermal relief valves at Valve Stations █, █, and █, and at Valve Chamber █.

80.     The Navy has implemented a formal "Car Seal" program, which applies industry practices for managing the pressure and thermal relief systems.  Every thermal relief valve has been identified, labeled and catalogued in a master index.  Crimped cables have been installed to ensure that isolation valves for each thermal relief valve stay in the required position.  Thermal relief valve setpoints, last

Trial Declaration of Guy Pasco, P.E.
Case No. 1:22-cv-272-LEK-RT

calibration date, and status (in or out-of-service) are tracked in the master index.

81.    Under the Car Seal program, operation personnel use a checklist to perform monthly verification field checks of each thermal relief valve in the system. Thermal relief valve deficiencies are logged, reported to the operations supervisor, and entered into the FAMMS database for corrective action.  Maintenance Controllers independently perform quarterly audits of the Car Seal program to validate compliance.

82.    Further, the Operations Division has implemented a Thermal Pressure Control Standard Operating Procedure.  Instrumentation in the automated fuel handling equipment control system continuously monitors pressures throughout the Facility.  Pressure warning thresholds are set under default set points for safety. The automated fuel handling equipment control system warns operators if pressures exceed the threshold.

83.    Further, glass components in the discharge piping of the thermal relief valves have been removed and replaced with piping.  And valves with missing nameplates or that have failed calibration have been replaced or overhauled and calibrated.

*The 2024 Spill Prevention, Control, and Countermeasures Plan*

84.    The Navy maintains a spill prevention, control, and countermeasures ("SPCC") plan for the parts of the Facility subject to the EPA's regulations at 40

C.F.R. Part 112 as noted above.  *See* DX-024.  Relevant here, this plan is designed to prevent discharges of fuel products from reaching Pearl Harbor or Halawa Stream.  The Navy updates the SPCC plan every five years, and the SPCC plan is certified by a professional engineer.

85.     The Navy's 2024 SPCC plan for the Facility covers the aboveground storage tanks at the Upper Tank Farm discussed above, the truck loading rack, and several other small infrastructure elements at the Facility.[4]  The 2024 SPCC plan provides for secondary containment to hold any released fuel and prevent it from migrating and entering Pearl Harbor or Halawa Stream, among other measures as documented in the plan.

86.     The response to a fuel release on July 1, 2025, near the Underground Pumphouse shows the effectiveness of the Navy's spill control plans.  During repair work on the pipeline running from Tank 55 at the Upper Tank Farm, gas pressure applied from an internal nitrogen purge dislodged a temporary mechanical pipe plug that was being used to control vapor discharge from a section of piping near the Underground Pumphouse that had been cut out for replacement.  That caused a release of approximately 165 gallons of fuel that was fully contained

---

[4] The plan also covers infrastructure at the Joint Base that is not part of the Facility for this case, notably above ground storage tanks on the Hickam side of the Joint Base and other tanks around the Joint Base.

Trial Declaration of Guy Pasco, P.E.
Case No. 1:22-cv-272-LEK-RT

within a concrete trough and cleaned up within 48 hours.  The Hawaii Department of Health and EPA conducted an inspection of the spill area with Navy personnel.

87.     Containment also was effective for a release that occurred during pressure testing on November 18, 2025.  A flange gasket on a high point vent failed during a pressure test of repaired piping, and about 120 gallons of fuel was released into and contained in the Lower Yard Tunnel.  Testing was secured, pressure was relieved from the pipeline, and product was recovered with a vacuum truck and absorbents.

***

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on March 6, 2026, at Joint Base Pearl Harbor-Hickam, Hawaii.

PASCO.GUY.F.1113916440
Digitally signed by PASCO.GUY.F.1113916440
Date: 2026.03.06 10:22:59 -10'00'

Guy Pasco
Supervisory General Engineer
Fuel Facilities Division
Joint Base Pearl Harbor Hickam

43

Trial Declaration of Guy Pasco, P.E.
Case No. 1:22-cv-272-LEK-RT