UNITED STATES DISTRICT COURT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Mar 31, 2026, 8:23 am
Lucy H. Carrillo, Clerk of Court

DISTRICT OF HAWAII

**Request for Media Blogging**

The undersigned requests that the court allow blogging during the proceeding(s) described below. Requests must be emailed to the presiding judge's email address for orders. For matters calendared at least 28 days in advance, requests must be received by the court 14 days prior to the start of the proceeding. For matters calendared less than 28 days in advance, requests must be made as soon as practicable.

Case Name: Wai Ola Alliance v US Navy   Case No.   1:22-cv-00272

Presiding District or Magistrate Judge: Leslie E Kobayashi

Media Outlet: Honolulu Civil Beat

Representative(s): Marcel Honore

Email Address To Send Completed Request Form: mhonore@civilbeat.org

☐ Permission being sought for the following hearing(s):

| Date | Time | Hearing Type |
|------|------|--------------|
| March 31 | 9am | trial |
| | | |
| | | |
| | | |
| | | |

DATED: 3/30/26   SIGNATURE: _____

PRINTED NAME: Marcel Honore

IT IS SO ORDERED.

[X] APPROVED     ☐ APPROVED AS MODIFIED     ☐ DENIED

DATED: 3/31/2026          Leslie E. Kobayashi