# MINUTES

CASE NUMBER:             1:22-cv-00272-LEK-RT

CASE NAME:               Wai Ola Alliance, et al. v. United States Department of
                         the Navy et al.

ATTY'S FOR PLTFS:        Daniel Gordon Cooper
                         Philip L. Gregory
                         Kristina Hambley
                         *Erica A. Maharg
                         William A. Harrison

ATTY'S FOR DEFTS:        *David D. Mitchell
                         Alex J. Hardee
                         Bryan J. Harrison

---

JUDGE:    Leslie E. Kobayashi       REPORTER:    Beth Krupa

DATE:    7/14/2026                  TIME:        10:10am-10:40am

---

COURT ACTION:   EP:    Hearing on [348] Defendants' Motion to Dismiss or in the Alternative, Stay, The Second Cause of Action of The Third Amended Complaint and Status Conference held by Video Teleconference ("VTC").

Oral arguments heard.

For reasons stated on the record, Defendants' Motion to Dismiss or in the Alternative, Stay, The Second Cause of Action of The Third Amended Complaint [348] - TAKEN UNDER ADVISEMENT.

Court to issue written order.


Submitted by: Carla Cortez, Courtroom Manager